UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MENDES AND DORIS MENDES,<br><br>Plaintiffs,<br><br>v.<br><br>CENDANT MORTGAGE,<br><br>Defendant. | )<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 05cv11765 DPW |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST BY
DEFENDANT CENDANT MORTGAGE CORPORATION,
A/K/A PHH MORTGAGE CORPORATION**

In accordance with Fed. R. Civ. P. 7.1, Defendant, Cendant Mortgage Corporation ("Cendant"), a/k/a PHH Mortgage Corporation, by and through their attorneys, Thomas I. Elkind and Andrew K. Goldstein, hereby submits the following corporate disclosure:

1. Effective February 1, 2005, Cendant changed its name to PHH Mortgage Corporation.

2. PHH Mortgage Corporation is a wholly owned subsidiary of the publicly traded PHH Corporation.

3. No other corporation, unincorporated association, partnership, business entity or insurer that are no parties to the above-captioned litigation, has a financial interest in the outcome of this litigation.

027.168704.1

If necessary, Cendant will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b)(2).

*[signature]*
Thomas I. Elkind, BBO# 153080
Andrew K. Goldstein, BBO #552239
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts  02199
(617) 342-4000

Attorneys for Defendant
CENDANT MORTGAGE

Dated:   August 26, 2005.

027.168704.1

## CERTIFICATE OF SERVICE

I, Thomas I. Elkind, hereby certify that on this 26th day of August, 2005, I caused the foregoing Defendant's Corporate Disclosure Statement to be served by first class mail, postage paid, upon the plaintiff's attorney:

Christopher J. Trombetta
Law Office of Christopher J. Trombetta
310 North Main Street
Mansfield, MA 02048

*[signature]*
Thomas I. Elkind, Esq.

027.168704.1