UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MENDES AND DORIS MENDES, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CENDANT MORTGAGE, )<br><br>Defendant. ) | C.A. No.: 05-11765-DPW |

## DEFENDANT'S CERTIFICATION

Defendant, Cendant Mortgage, now known as PHH Mortgage Corporation, (PHH Mortgage) and their counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation of this action, and to consider the resolution of this action through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PHH Mortgage Corporation, f/k/a　　　　　　　PHH Mortgage Corporation, f/k/a
Cendant Mortgage　　　　　　　　　　　　　　Cendant Mortgage,

　　　　　　　　　　　　　　　　　　　　　　By its attorneys,

By: /s/ Kristina M. Larese　　　　　　　　　　/s/ Andrew Keith Goldstein
Kristina M. Larese, Esq.　　　　　　　　　　　Thomas I. Elkind, BBO #153080
Senior Staff Counsel, Legal Department　　　　Andrew Keith Goldstein, BBO #552239
PHH Mortgage Corporation　　　　　　　　　　Foley & Lardner LLP
3000 Leadenhall Road　　　　　　　　　　　　111 Huntington Avenue
Mt. Laurel, NJ 08054　　　　　　　　　　　　 Boston, Massachusetts 02199
　　　　　　　　　　　　　　　　　　　　　　(617) 342-4000

Dated: October 5, 2005