UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANTHONY MENDES<br>AND DORIS MENDES,<br><br>           Plaintiffs,<br><br>v.<br><br>CENDANT MORTGAGE,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.:  05-11765-DPW |

## JOINT STATEMENT

Pursuant to Federal R. Civ. P. 16(b) and Local Rule 16.1, Plaintiffs, Anthony and Doris Mendes, and Defendant, Cendant Mortgage (now PHH Mortgage Corporation), hereby submit their Joint Statement.

## Pretrial Schedule

**I.     Proposed Discovery Schedule**

| | | |
|---|---|---|
| 1. | Complete Automatic Disclosures | November 2, 2005 |
| 2. | Initial Document Requests And Interrogatories Served | December 31, 2005 |
| 3. | Requests for Admissions Served | May 8, 2006 |
| 4. | Supplemental Document Request and Interrogatories Served | May 8, 2006 |
| 4. | Non-Expert Depositions Completed | May 8, 2006 |
| 5. | Disclosure of experts pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure Completed | June 9, 2006 |
| 6. | Rebuttal To Expert Reports | July 10, 2006 |

| | | |
|---|---|---|
| 6. | Expert Depositions Completed | August 11, 2006 |

**II.  Proposed Motion Schedule**

| | | |
|---|---|---|
| 1. | Motions To Amend Pleadings Filed By | March 10, 2006 |
| 2. | Oppositions to Motions To Amend Filed By | March 31, 2006 |
| 3. | Dispositive Motions Filed By | July 10, 2006 |
| 4. | Oppositions to Dispositive Motions Filed By | July 31, 2006 |

Respectfully submitted,

ANTHONY AND DORIS MENDES

By their attorney,
LAW OFFICE OF CHRISTOPHER J. TROMBETTA


/s/ Christopher J. Trombetta
Christopher J. Trombetta (BBO# 556923)
310 North Main Street, Suite 6
Mansfield, MA  02048
(508) 339-5900

PHH Mortgage Corporation,
f/k/a/ Cendant Mortgage,

By its attorneys,


/s/ Andrew K. Goldstein
Thomas I. Elkind, BBO No. 153080
Andrew K. Goldstein, BBO No. 552239
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts  02199
(617) 342-4000

Dated:  October 11, 2005