Exhibit G





107687102-0

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    JAN 01, 2001    JAN 31, 2001

DORIS H MENDES
171 BRIDGE ST
DEDHAM  MA 02026-1740                1            476232JUN2701  10000.04247%15.500

```
*** GREAT RATES AVAILABLE ON NEW AND USED AUTOS! APPLY FOR A ***
*** METRO AUTO LOAN AT 800-225-5908 AND GET PRE-APPROVED    ***
*** TODAY FOR PRESIDENTS' DAY SHOPPING!                      ***

   2001   DIVIDENDS EARNED-------------1.52    INTEREST PAID ON LOANS--------59.13

        1 SHARE ACCOUNT PREVIOUS BALANCE          415.13
0104      PAYROLL-DEDUCTION              35.00     450.13
             99801      PACIFIC COM SYS
0111      PAYROLL-DEDUCTION              35.00     485.13
             99801      PACIFIC COM SYS
0118      PAYROLL-DEDUCTION              35.00     520.13
             99801      PACIFIC COM SYS
0125      PAYROLL-DEDUCTION              35.00     555.13
             99801      PACIFIC COM SYS
0131      D I V I D E N D * P A I D      1.05      556.18
          FOR 1/1/01 THROUGH 1/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
          EARNED OF 2.55% BASED ON AVERAGE DAILY BALANCE OF $489.65

        5 CHRISTMAS CLUB PREVIOUS BALANCE         195.61
0104      PAYROLL-DEDUCTION              15.00     210.61
             99801      PACIFIC COM SYS
0111      PAYROLL-DEDUCTION              15.00     225.61
             99801      PACIFIC COM SYS
0118      PAYROLL-DEDUCTION              15.00     240.61
             99801      PACIFIC COM SYS
0125      PAYROLL-DEDUCTION              15.00     255.61
             99801      PACIFIC COM SYS
0131      D I V I D E N D * P A I D       .47      256.00
          FOR 1/1/01 THROUGH 1/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
          EARNED OF 2.46% BASED ON AVERAGE DAILY BALANCE OF $227.55

        1 ACCOUNT PREVIOUS BALANCE                        5,092.34
0102      INSURANCE PREMIUM             10.85           5,103.19
            A                          MDL INSUR
0104      PAYROLL-DEDUCTION          100.00  15.14     5,018.33
             99801      PACIFIC COM SYS
0111      PAYROLL-DEDUCTION          100.00  14.92     4,933.25
             99801      PACIFIC COM SYS
0118      PAYROLL-DEDUCTION          100.00  14.66     4,847.91
             99801      PACIFIC COM SYS
0125      PAYROLL-DEDUCTION          100.00  14.41     4,762.32
             99801      PACIFIC COM SYS
```

107687118-0

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    FEB 01, 2001    FEB 28, 2001

DORIS H MENDES
171 BRIDGE ST                              1                442765AUG0101  10000.04247%15.500
DEDHAM  MA 02026-1740

```
        ***  METRO OFFERS A WIDE RANGE OF FINANCIAL PRODUCTS AND       ***
        ***  SERVICES - VISIT US ONLINE AT WWW.METROCREDITUNION.ORG     ***
        ***  TO LEARN MORE ABOUT METRO OR TO APPLY FOR A LOAN!          ***

        2001  DIVIDENDS EARNED-------------2.60    INTEREST PAID ON LOANS-------114.32
```

|        |   | Description | Amount | Balance |
|--------|---|-------------|--------|---------|
|        | 1 | SHARE ACCOUNT PREVIOUS BALANCE |         | 556.18 |
| 0201   |   | PAYROLL-DEDUCTION | 35.00 | 591.18 |
|        |   | 99801       ALL TIME |  |  |
| 0208   |   | PAYROLL-DEDUCTION | 35.00 | 626.18 |
|        |   | 99801       ALL TIME |  |  |
| 0208   |   | SHARE WITHDRAWAL | 500.00- | 126.18 |
| 0215   |   | SHARE DEPOSIT | 150.00 | 276.18 |
|        |   | ALL TIME    99801 |  |  |
| 0222   |   | SHARE DEPOSIT | 150.00 | 426.18 |
|        |   | ALL TIME    99801 |  |  |
| 0223   |   | TRANSFER DECREASE | 15.00- | 411.18 |
|        |   | TO SHARE ACCOUNT: 107687118-0.5 |  |  |
| 02230222 |  | TRANSFER DECREASE | 15.00- | 396.18 |
|        |   | TO SHARE ACCOUNT: 107687118-0.5 |  |  |
| 02230215 |  | TRANSFER DECREASE | 100.00- | 296.18 |
|        |   | TO LOAN ACCOUNT: 107687118-0.1 |  |  |
| 02230222 |  | TRANSFER DECREASE | 100.00- | 196.18 |
|        |   | TO LOAN ACCOUNT: 107687118-0.1 | .55 | 196.73 |
| 0228   |   | D I V I D E N D * P A I D |  |  |

FOR 2/1/01 THROUGH 2/28/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.54% BASED ON AVERAGE DAILY BALANCE OF $235.82

|        |   | Description | Amount | Balance |
|--------|---|-------------|--------|---------|
|        | 5 | CHRISTMAS CLUB PREVIOUS BALANCE |  | 256.08 |
| 0201   |   | PAYROLL-DEDUCTION | 15.00 | 271.08 |
|        |   | 99801       ALL TIME |  |  |
| 0208   |   | PAYROLL-DEDUCTION | 15.00 | 286.08 |
|        |   | 99801       ALL TIME |  |  |
| 0223   |   | TRANSFER INCREASE | 15.00 | 301.08 |
|        |   | FROM SHARE ACCOUNT: 107687118-0.1 |  |  |
| 02230222 |  | TRANSFER INCREASE | 15.00 | 316.08 |
|        |   | FROM SHARE ACCOUNT: 107687118-0.1 | .53 | 316.61 |
| 0228   |   | D I V I D E N D * P A I D |  |  |

FOR 2/1/01 THROUGH 2/28/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.03% BASED ON AVERAGE DAILY BALANCE OF $317.15

|        |   | Description | Amount |  | Balance |
|--------|---|-------------|--------|--|---------|
|        | 1 | ACCOUNT PREVIOUS BALANCE |  |  | 4,762.32 |
| 0201   |   | PAYROLL-DEDUCTION | 100.00 | 14.16 | 4,676.48 |
|        |   | 99801       ALL TIME |  |  |  |
| 0201   |   | INSURANCE PREMIUM | 10.14 | MDL INSUR | 4,686.62 |
| 0208   |   | PAYROLL-DEDUCTION | 100.00 | 13.93 | 4,600.55 |
|        |   | 99801       ALL TIME |  |  |  |
| 02230215 |  | PAYMENT--SHARE/LOAN TRANSFER | 100.00 | 13.68 | 4,514.23 |
|        |   | FROM SHARE ACCOUNT: 107687118-0.1 |  |  |  |
| 02230222 |  | PAYMENT--SHARE/LOAN TRANSFER | 100.00 | 13.42 | 4,427.65 |
|        |   | FROM SHARE ACCOUNT: 107687118-0.1 |  |  |  |

**107687118-0**

107687119-0    PAGE 1    OF 2

METROPOLITAN CREDIT UNION
PO BOX 9100

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    MAR 01, 2001    MAR 31, 2001

DORIS H MENDES
171 BRIDGE ST
DEDHAM   MA 02026-1740

409825SEP1201  10000.04247%15.5%0

- NEED TO GET AWAY? A METRO VACATION CLUB ACCOUNT CAN HELP  •
- YOU DO JUST THAT! CAN'T WAIT? A METRO VACATION LOAN CAN  •
- ALLOW YOU TO GO TODAY! CALL 800-225-5908 AND SIGN UP TODAY!•

2001  DIVIDENDS EARNED------------3.55    INTEREST PAID ON LOANS------165.49

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1 SHARE ACCOUNT PREVIOUS BALANCE |  |  | 196.73 |
| 0301 | PAYROLL-DEDUCTION | 35.00 |  | 231.73 |
|  | 99801    ALL TIME |  |  |  |
| 0301 | SHARE WITHDRAWAL | 200.00- |  | 31.73 |
| 0308 | PAYROLL-DEDUCTION | 35.00 |  | 66.73 |
|  | 99801    ALL TIME |  |  |  |
| 0315 | PAYROLL-DEDUCTION | 35.00 |  | 101.73 |
|  | 99801    ALL TIME |  |  |  |
| 0322 | PAYROLL-DEDUCTION | 35.00 |  | 136.73 |
|  | 99801    ALL TIME |  |  |  |
| 0329 | SHARE DEPOSIT | 150.00 |  | 286.73 |
|  | DEUTSCHES ALTEN99801 |  |  |  |
| 0331 | D I V I D E N D • P A I D | .22 |  | 286.95 |

FOR 3/1/01 THROUGH 3/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.60% BASED ON AVERAGE DAILY BALANCE OF $100.92

|  |  |  |  |  |
|---|---|---|---|---|
|  | 5 CHRISTMAS CLUB PREVIOUS BALANCE |  |  | 316.61 |
| 0301 | PAYROLL-DEDUCTION | 15.00 |  | 331.61 |
|  | 99801    ALL TIME |  |  |  |
| 0308 | PAYROLL-DEDUCTION | 15.00 |  | 346.61 |
|  | 99801    ALL TIME |  |  |  |
| 0315 | PAYROLL-DEDUCTION | 15.00 |  | 361.61 |
|  | 99801    ALL TIME |  |  |  |
| 0322 | PAYROLL-DEDUCTION | 15.00 |  | 376.61 |
|  | 99801    ALL TIME |  |  |  |
| 0331 | D I V I D E N D • P A I D | .73 |  | 377.34 |

FOR 3/1/01 THROUGH 3/31/01 WHICH IS AN ANNUAL  RCENTAGE YIELD
EARNED OF 2.45% BASED ON AVERAGE DAILY BALANCE OF $354.35

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1 ACCOUNT PREVIOUS BALANCE |  |  | 4,427.65 |
| 0301 | PAYROLL-DEDUCTION | 100.00 | 13.16 | 4,340.81 |
|  | 99801    ALL TIME |  |  |  |
| 0301 | INSURANCE PREMIUM | 9.43 |  | 4,350.24 |
|  | .9 | MDL INSUR |  |  |
| 0308 | PAYROLL-DEDUCTION | 100.00 | 12.93 | 4,263.17 |
|  | 99801    ALL TIME |  |  |  |
| 0315 | PAYROLL-DEDUCTION | 100.00 | 12.67 | 4,175.84 |
|  | 99801    ALL TIME |  |  |  |
| 0322 | PAYROLL-DEDUCTION | 100.00 | 12.41 | 4,088.25 |
|  | 99801    ALL TIME |  |  |  |

**107687118-0**

107687118=0    PAGE 1

```
METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908
```

107687118-0    APR 01, 2001    APR 30, 2001

```
DORIS H MENDES
171 BRIDGE ST                        1         3756350CT2401  10000.04247%15.500
DEDHAM  MA 02026-1740
```

```
** TAKE ADVANTAGE OF METRO'S LOW LOAN RATES! IF YOU ARE        **
** PURCHASING A CAR, BUYING A HOME, TAKING A VACATION OR       **
** PAYING FOR COLLEGE, PUT METRO'S LOW RATES TO WORK FOR YOU!  **
```

```
   2001  DIVIDENDS EARNED------------5.09   INTEREST PAID ON LOANS-------224.88
         1 SHARE ACCOUNT PREVIOUS BALANCE               286.95
04030329   TRANSFER DECREASE                    15.00-  271.95
             TO SHARE ACCOUNT: 107687118-0.5
0405       PAYROLL-DEDUCTION                     35.00   306.95
             99801     DEUTSCHES ALTENH
0412       PAYROLL-DEDUCTION                     35.00   341.95
             99801     DEUTSCHES ALTENH
0419       PAYROLL-DEDUCTION                     35.00   376.95
             99801     DEUTSCHES ALTENH
0426       PAYROLL-DEDUCTION                     35.00   411.95
             99801     DEUTSCHES ALTENH
0430       D I V I D E N D * P A I D               .70   412.65
             FOR 4/1/01 THROUGH 4/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
             EARNED OF 2.54% BASED ON AVERAGE DAILY BALANCE OF $338.62

         5 CHRISTMAS CLUB PREVIOUS BALANCE               377.34
04030329   TRANSFER INCREASE                    15.00   392.34
             FROM SHARE ACCOUNT: 107687118-0.1
0405       PAYROLL-DEDUCTION                     15.00   407.34
             99801     DEUTSCHES ALTENH
0412       PAYROLL-DEDUCTION                     15.00   422.34
             99801     DEUTSCHES ALTENH
0419       PAYROLL-DEDUCTION                     15.00   437.34
             99801     DEUTSCHES ALTENH
0426       PAYROLL-DEDUCTION                     15.00   452.34
             99801     DEUTSCHES ALTENH
0430       D I V I D E N D * P A I D               .84   453.18
             FOR 4/1/01 THROUGH 4/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
             EARNED OF 2.45% BASED ON AVERAGE DAILY BALANCE OF $422.34
                                                                    4,088.25
         1 ACCOUNT PREVIOUS BALANCE                          8.71   4,096.96
04020401   INSURANCE PREMIUM                  MDL INSUR
             .A                               100.00  24.32  4,021.28
0405       PAYROLL-DEDUCTION
             99801     DEUTSCHES ALTENH       100.00  11.95  3,933.23
0412       PAYROLL-DEDUCTION
             99801     DEUTSCHES ALTENH       100.00  11.69  3,844.92
0419       PAYROLL-DEDUCTION
             99801     DEUTSCHES ALTENH       100.00  11.43  3,756.35
0426       PAYROLL-DEDUCTION
             99801     DEUTSCHES ALTENH
```

## 107687118-0

METROPOLITAN CREDIT UNION

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    MAY 01, 2001    MAY 31, 2001

DORIS H MENDES
171 BRIDGE ST
DEDHAM  MA 02026-1740          1          321765DEC1901  10000.04247%15.500

```
    ***   MORTGAGE FINANCING - A SMART INVESTMENT AT METRO!    ***
    ***   LOW RATES AND MANY PROGRAMS AVAILABLE.               ***
    ***   CALL 800-225-5908 TODAY FOR MORE INFORMATION!        ***

    2001  DIVIDENDS EARNED-------------7.14   INTEREST PAID ON LOANS-------278.18

      1 SHARE ACCOUNT PREVIOUS BALANCE           412.65
0503    PAYROLL-DEDUCTION              35.00     447.65
        99801      DEUTSCHES ALTENH
0510    PAYROLL-DEDUCTION              35.00     482.65
        99801      DEUTSCHES ALTENH
0517    PAYROLL-DEDUCTION              35.00     517.65
        99801      DEUTSCHES ALTENH
0524    PAYROLL-DEDUCTION              35.00     552.65
        99801      DEUTSCHES ALTENH
0531    PAYROLL-DEDUCTION              70.00     622.65
        99801      DEUTSCHES ALTENH
0531    SHARE WITHDRAWAL             350.00-     272.65
0531    D I V I D E N D * P A I D      1.05     273.70
        FOR 5/1/01 THROUGH 5/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
        EARNED OF 2.54% BASED ON AVERAGE DAILY BALANCE OF $491.68

      5 CHRISTMAS CLUB PREVIOUS BALANCE          453.18
0503    PAYROLL-DEDUCTION              15.00     468.18
        99801      DEUTSCHES ALTENH
0510    PAYROLL-DEDUCTION              15.00     483.18
        99801      DEUTSCHES ALTENH
0517    PAYROLL-DEDUCTION              15.00     498.18
        99801      DEUTSCHES ALTENH
0524    PAYROLL-DEDUCTION              15.00     513.18
        99801      DEUTSCHES ALTENH
0531    PAYROLL-DEDUCTION              30.00     543.18
        99801      DEUTSCHES ALTENH
0531    D I V I D E N D * P A I D       1.00     544.18
        FOR 5/1/01 THROUGH 5/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
        EARNED OF 2.44% BASED ON AVERAGE DAILY BALANCE OF $487.05

      1 ACCOUNT PREVIOUS BALANCE                           3,756.35
0501    INSURANCE PREMIUM                    8.00           3,764.35
        A                                MDL INSUR
0503    PAYROLL-DEDUCTION             100.00  11.18         3,675.53
        99801      DEUTSCHES ALTENH
0510    PAYROLL-DEDUCTION             100.00  10.93         3,586.46
        99801      DEUTSCHES ALTENH
0517    PAYROLL-DEDUCTION             100.00  10.56         3,497.12
        99801      DEUTSCHES ALTENH
0524    PAYROLL-DEDUCTION             100.00  10.40         3,407.52
        99801      DEUTSCHES ALTENH
0531    PAYROLL-DEDUCTION             200.00  10.13         3,217.65
        99801      DEUTSCHES ALTENH
```

107687118-0

107687118-0   PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0   JUN 01, 2001   JUN 30, 2001

DORIS H MENDES
171 BRIDGE ST
DEDHAM  MA 02026-1740          1          296179JAN2302  10000.04247%15.500

```
***        METRONET OFFERS HOME BANKING          ***
***        AND BILL PAYMENT SERVICES AT          ***
***        WWW.METROCREDITUNION.ORG.             ***
```

2001  DIVIDENDS EARNED------------8.91   INTEREST PAID ON LOANS-------315.47

| | | | | |
|---|---|---|---|---|
| | 1 SHARE ACCOUNT PREVIOUS BALANCE | | 273.70 | |
| 0607 | PAYROLL-DEDUCTION | 35.00 | 308.70 | |
| | 99801     DEUTSCHES ALTENH | | | |
| 0621 | PAYROLL-DEDUCTION | 35.00 | 343.70 | |
| | 99801     DEUTSCHES ALTENH | | | |
| 0628 | PAYROLL-DEDUCTION | 35.00 | 378.70 | |
| | 99801     DEUTSCHES ALTENH | | | |
| 0630 | D I V I D E N D * P A I D | .65 | 379.35 | |

FOR 6/1/01 THROUGH 6/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.55% BASED ON AVERAGE DAILY BALANCE OF $313.37

| | | | | |
|---|---|---|---|---|
| | 5 CHRISTMAS CLUB PREVIOUS BALANCE | | 544.18 | |
| 0607 | PAYROLL-DEDUCTION | 15.00 | 559.18 | |
| | 99801     DEUTSCHES ALTENH | | | |
| 0621 | PAYROLL-DEDUCTION | 15.00 | 574.18 | |
| | 99801     DEUTSCHES ALTENH | | | |
| 0628 | PAYROLL-DEDUCTION | 15.00 | 589.18 | |
| | 99801     DEUTSCHES ALTENH | | | |
| 0630 | D I V I D E N D * P A I D | 1.12 | 590.30 | |

FOR 6/1/01 THROUGH 6/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.46% BASED ON AVERAGE DAILY BALANCE OF $561.18

| | | | | | |
|---|---|---|---|---|---|
| | 1 ACCOUNT PREVIOUS BALANCE | | | | 3,217.65 |
| 0601 | INSURANCE PREMIUM | | 6.85 | MDL INSUR | 3,224.50 |
| | .A | | | | |
| 0607 | PAYROLL-DEDUCTION | 100.00 | | 9.59 | 3,134.09 |
| | 99801     DEUTSCHES ALTENH | | | | |
| 0621 | PAYROLL-DEDUCTION | 100.00 | | 18.63 | 3,052.72 |
| | 99801     DEUTSCHES ALTENH | | | | |
| 0628 | PAYROLL-DEDUCTION | 100.00 | | 9.07 | 2,961.79 |
| | 99801     DEUTSCHES ALTENH | | | | |

## 107687118-0

METROPOLITAN CREDIT UNION

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    JUL 01, 2001    JUL 31, 2001

DORIS M MENDES
171 BRIDGE ST                1              260175FEB2702   10000.04247%15.500
DEDHAM  MA 02026-1740

```
***   METRO'S CHECK CARD (DEBIT CARD) OFFERS MORE CONVENIENCE  ***
***   THAN AN ATM CARD. IT CAN BE USED AT ANY ATM OR LOCATION  ***
***   WHERE VISA IS ACCEPTED.                                  ***
```

2001  DIVIDENDS EARNED------------11.14   INTEREST PAID ON LOANS-------349.12

| | | | | | |
|---|---|---|---|---|---|
| | 1 SHARE ACCOUNT PREVIOUS BALANCE | | | 379.35 | |
| | | | 35.00 | 414.35 | |
| 0705 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 35.00 | 449.35 | |
| 0712 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 35.00 | 484.35 | |
| 0719 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 35.00 | 519.35 | |
| 0726 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | | | |
| 0731 | D I V I D E N D + P A I D | | .96 | 520.31 | |

FOR 7/1/01 THROUGH 7/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.54% BASED ON AVERAGE DAILY BALANCE OF $449.35

| | | | | | |
|---|---|---|---|---|---|
| | 5 CHRISTMAS CLUB PREVIOUS BALANCE | | | 590.30 | |
| | | | 15.00 | 605.30 | |
| 0705 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 15.00 | 620.30 | |
| 0712 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 15.00 | 635.30 | |
| 0719 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 15.00 | 650.30 | |
| 0726 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | | | |
| 0731 | D I V I D E N D + P A I D | | 1.27 | 651.57 | |

FOR 7/1/01 THROUGH 7/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.44% BASED ON AVERAGE DAILY BALANCE OF $620.30

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 2,961.79 |
| | 1 ACCOUNT PREVIOUS BALANCE | | | 6.31 | 2,968.10 |
| 0702 | INSURANCE PREMIUM | | | MDL INSUR | |
| | A | | 100.00 | 8.81 | 2,876.91 |
| 0705 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 100.00 | 8.55 | 2,785.46 |
| 0712 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 100.00 | 8.28 | 2,693.74 |
| 0719 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | 100.00 | 8.01 | 2,601.75 |
| 0726 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | | | |

# 107687118-0

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5978

107687118-0    AUG 01, 2001    AUG 31, 2001

DORIS H MENDES
171 BRIDGE ST
DEDHAM  MA 02026-1740                    214329APR2402  10000.04247%15.500

```
            *****    GIVE YOURSELF A GIFT FOR THE HOLIDAYS, OPEN   *****
            *****    A METRO CHRISTMAS CLUB ACCOUNT AND EXPERIENCE *****
            *****    ZERO HOLIDAY STRESS!                          *****

            2001  DIVIDENDS EARNED---  -------13.20   INTEREST PAID ON LOANS-------385.12
```

|       |                                          |          |           |        |          |
|-------|------------------------------------------|----------|-----------|--------|----------|
|       | 1 SHARE ACCOUNT PREVIOUS BALANCE         |          | 520.31    |        |          |
| 0802  | PAYROLL-DEDUCTION                        | 35.00    | 555.31    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0809  | PAYROLL-DEDUCTION                        | 35.00    | 590.31    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0814  | SHARE WITHDRAWAL                         | 550.00-  | 40.31     |        |          |
| 0816  | PAYROLL-DEDUCTION                        | 35.00    | 75.31     |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0823  | PAYROLL-DEDUCTION                        | 35.00    | 110.31    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0830  | PAYROLL-DEDUCTION                        | 35.00    | 145.31    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0831  | D I V I D E N D * P A I D                | .65      | 145.96    |        |          |

FOR 8/1/01 THROUGH 8/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.55% BASED ON AVERAGE DAILY BALANCE OF $303.37

|       |                                          |          |           |        |          |
|-------|------------------------------------------|----------|-----------|--------|----------|
|       | 5 CHRISTMAS CLUB PREVIOUS BALANCE        |          | 651.57    |        |          |
| 0802  | PAYROLL-DEDUCTION                        | 15.00    | 666.57    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0809  | PAYROLL-DEDUCTION                        | 15.00    | 681.57    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0816  | PAYROLL-DEDUCTION                        | 15.00    | 696.57    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0823  | PAYROLL-DEDUCTION                        | 15.00    | 711.57    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0830  | PAYROLL-DEDUCTION                        | 15.00    | 726.57    |        |          |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0831  | D I V I D E N D * P A I D                | 1.41     | 727.98    |        |          |

FOR 8/1/01 THROUGH 8/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.44% BASED ON AVERAGE DAILY BALANCE OF $687.86

|       |                                          |          |           |        |          |
|-------|------------------------------------------|----------|-----------|--------|----------|
|       | 1 ACCOUNT PREVIOUS BALANCE               |          |           |        | 2,601.75 |
| 0801  | INSURANCE PREMIUM                        |          | 5.54      |        | 2,607.29 |
|       | .A                                       |          | MDL INSUR |        |          |
| 0802  | PAYROLL-DEDUCTION                        | 100.00   |           | 7.74   | 2,515.03 |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0809  | PAYROLL-DEDUCTION                        | 100.00   |           | 7.48   | 2,422.51 |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0816  | PAYROLL-DEDUCTION                        | 100.00   |           | 7.20   | 2,329.71 |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0823  | PAYROLL-DEDUCTION                        | 100.00   |           | 6.93   | 2,236.64 |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |
| 0830  | PAYROLL-DEDUCTION                        | 100.00   |           | 6.65   | 2,143.29 |
|       | 99801      DEUTSCHES ALTENH              |          |           |        |          |

**107687118-0**

METROPOLITAN CREDIT UNION

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    SEP 01, 2001    SEP 30, 2001

DORIS H MENDES
171 BRIDGE ST                    1            1972550CT0801   10000.04247%15.500
DEDHAM MA 02026-1740

```
***** METRO OFFERS CHECKING AND SAVINGS ACCOUNTS WITH NO    *****
***** MONTHLY SERVICE FEE FOR MEMBERS 18 AND YOUNGER OR 65  *****
***** AND OLDER - CALL 800-225-5908.                        *****
```

2001  DIVIDENDS EARNED-----------15.32    INTEREST PAID ON LOANS-------409.81

|  | | | | |
|---|---|---|---|---|
| | 1 SHARE ACCOUNT PREVIOUS BALANCE | | | 145.96 |
| 0906 | PAYROLL-DEDUCTION | | 35.00 | 180.96 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0913 | PAYROLL-DEDUCTION | | 135.00 | 315.96 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0920 | PAYROLL-DEDUCTION | | 135.00 | 450.96 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0927 | PAYROLL-DEDUCTION | | 35.00 | 485.96 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0930 | D I V I D E N D * P A I D | | .62 | 486.58 |

FOR 9/1/01 THROUGH 9/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.55% BASED ON AVERAGE DAILY BALANCE OF $298.96

|  | | | | |
|---|---|---|---|---|
| | 5 CHRISTMAS CLUB PREVIOUS BALANCE | | | 727.98 |
| 0906 | PAYROLL-DEDUCTION | | 15.00 | 742.98 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0913 | PAYROLL-DEDUCTION | | 15.00 | 757.98 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0920 | PAYROLL-DEDUCTION | | 15.00 | 772.98 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0927 | PAYROLL-DEDUCTION | | 15.00 | 787.98 |
| | 99801    DEUTSCHES ALTENH | | | |
| 0930 | D I V I D E N D * P A I D | | 1.50 | 739.48 |

FOR 9/1/01 THROUGH 9/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.44% BASED ON AVERAGE DAILY BALANCE OF $754.98

|  | | | | | |
|---|---|---|---|---|---|
| | 1 ACCOUNT PREVIOUS BALANCE | | | | 2,143.29 |
| | | | | | 2,147.86 |
| 0904 | INSURANCE PREMIUM | | | 4.57 | |
| | .A | | | MDL INSUR | |
| 0906 | PAYROLL-DEDUCTION | | 100.00 | 6.37 | 2,054.23 |
| | 99801    DEUTSCHES ALTENH | | | | |
| 0927 | PAYROLL-DEDUCTION | | 100.00 | 18.32 | 1,972.55 |
| | 99801    DEUTSCHES ALTENH | | | | |

**107687118-0**

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0   OCT 01, 2001    OCT 31, 2001

DORIS H MENDES
171 BRIDGE ST                        1         159857NOV1901  10000.04247%15.500
DEDHAM  MA 02026-1740

```
     *   APPLY FOR METRO'S HOLIDAY LOAN TODAY AND BEAT THE HOLIDAY    *
     *   STRESS! VISIT OUR WEBSITE AT WWW.METROCREDITUNION.ORG, OR    *
     *   CALL 800-225-5908 FOR MORE INFORMATION.                      *

     2001  DIVIDENDS EARNED------------16.64   INTEREST PAID ON LOANS-------431.63
```

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1 SHARE ACCOUNT PREVIOUS BALANCE |  |  | 486.58 |
| 1004 | PAYROLL-DEDUCTION | 35.00 | 521.58 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1011 | PAYROLL-DEDUCTION | 35.00 | 556.58 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1018 | PAYROLL-DEDUCTION | 35.00 | 591.58 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1025 | PAYROLL-DEDUCTION | 35.00 | 626.58 |
|  | 99831    DEUTSCHES ALTENH |  |  |
| 1031 | D I V I D E N D * P A I D | 1.20 | 627.78 |

```
     FOR 10/1/01 THROUGH 10/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
     EARNED OF 2.55% BASED ON AVERAGE DAILY BALANCE OF $561.10
```

|  |  |  |  |
|---|---|---|---|
|  | 5 CHRISTMAS CLUB PREVIOUS BALANCE |  | 789.48 |
| 1001 | SHARE WITHDRAWAL - CHECK | 789.48- | .00 |
|  | CHRISTMAS CLUB ACCOUNT  - CHECK ISSUED |  |  |
| 1004 | PAYROLL-DEDUCTION | 15.00 | 15.00 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1011 | PAYROLL-DEDUCTION | 15.00 | 30.00 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1018 | PAYROLL-DEDUCTION | 15.00 | 45.00 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1025 | PAYROLL-DEDUCTION | 15.00 | 60.00 |
|  | 99801    DEUTSCHES ALTENH |  |  |
| 1031 | D I V I D E N D * P A I D | .12 | 60.12 |

```
     FOR 10/1/01 THROUGH 10/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
     EARNED OF 2.49% BASED ON AVERAGE DAILY BALANCE OF $57.40
```

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 1,972.55 |
|  | 1 ACCOUNT PREVIOUS BALANCE | 4.20 |  | 1,976.75 |
| 1001 | INSURANCE PREMIUM |  | MDL INSUR |  |
|  | .A | 100.00 | 5.87 | 1,882.62 |
| 1004 | PAYROLL-DEDUCTION | 100.00 | 5.60 | 1,788.22 |
|  | 99801    DEUTSCHES ALTENH |  |  |  |
| 1011 | PAYROLL-DEDUCTION | 100.00 | 5.32 | 1,693.54 |
|  | 99801    DEUTSCHES ALTENH |  |  |  |
| 1018 | PAYROLL-DEDUCTION | 100.00 | 5.03 | 1,598.57 |
|  | 99801    DEUTSCHES ALTENH |  |  |  |
| 1025 | PAYROLL-DEDUCTION |  |  |  |
|  | 99801    DEUTSCHES ALTENH |  |  |  |

107687118-0

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    NOV 01, 2001    NOV 30, 2001

DORIS H MENDES
171 BRIDGE ST                      1              121874DEC3101   10000.04247%15.500
DEDHAM MA 02026-1740

```
     *   APPLY FOR METRO'S HOLIDAY LOAN TODAY AND BEAT THE HOLIDAY    *
     *   STRESS! VISIT OUR WEBSITE AT WWW.METROCREDITUNION.ORG, OR    *
     *   CALL 800-225-5908 FOR MORE INFORMATION.                      *

         2001  DIVIDENDS EARNED------------17.45    INTEREST PAID ON LOANS-------448.40
                                                        627.78
       1 SHARE ACCOUNT PREVIOUS BALANCE     35.00       662.78
         PAYROLL-DEDUCTION
1101     99801      DEUTSCHES ALTENH        35.00       697.78
         PAYROLL-DEDUCTION
1108     99801      DEUTSCHES ALTENH        85.00-      612.78
1109     TRANSFER DECREASE 46268            35.00       647.78
1115     PAYROLL-DEDUCTION
         99801      DEUTSCHES ALTENH       600.00-       47.78
1120     SHARE WITHDRAWAL                   35.00        82.78
1121     PAYROLL-DEDUCTION
         99801      DEUTSCHES ALTENH          .65        83.43
1130     D I V I D E N D * P A I D                               IS AN ANNUAL PERCENTAGE YIELD
         FOR 11/1/01 THROUGH 11/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
         EARNED OF 1.75% BASED ON AVERAGE DAILY BALANCE OF $455.78
                                                         60.12
       5 CHRISTMAS CLUB PREVIOUS BALANCE    15.00        75.12
         PAYROLL-DEDUCTION
1101     99801      DEUTSCHES ALTENH        15.00        90.12
         PAYROLL-DEDUCTION
1108     99801      DEUTSCHES ALTENH        15.00       105.12
         PAYROLL-DEDUCTION
1115     99801      DEUTSCHES ALTENH        15.00       120.12
         PAYROLL-DEDUCTION
1121     99801      DEUTSCHES ALTENH          .16       120.28
1130     D I V I D E N D * P A I D                       AN ANNUAL PERCENTAGE YIELD
         FOR 11/1/01 THROUGH 11/30/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
         EARNED OF 2.01% BASED ON AVERAGE DAILY BALANCE OF $97.62
                                                               1,598.57
       1 ACCOUNT PREVIOUS BALANCE          100.00   4.75  1,503.32
         PAYROLL-DEDUCTION
1101     99801      DEUTSCHES ALTENH         3.40        1,506.72
1101     INSURANCE PREMIUM                              MDL INSUR
         -A                              100.00   4.48  1,411.20
1108     PAYROLL-DEDUCTION
         99801      DEUTSCHES ALTENH      100.00   4.19  1,315.39
1115     PAYROLL-DEDUCTION
         99801      DEUTSCHES ALTENH      100.00   3.35  1,218.74
1121     PAYROLL-DEDUCTION
         99801      DEUTSCHES ALTENH
```

**107687118-0**

107687119-0    PAGE 1    OF 2

METROPOLITAN CREDIT UNION

107687102-0

107687118-0    PAGE 1

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

107687118-0    DEC 01, 2001    DEC 31, 2001

DORIS H MENDES
171 BRIDGE ST
DEDHAM  MA 02026-1740          1          83832FEB1102  10000.04247%15.500

** ** METROPOLITAN CREDIT UNION WISHES YOU AND YOUR FAMILY ** **
** **        A SAFE, HEALTHY AND HAPPY NEW YEAR !      ** **
** **

2001  DIVIDENDS EARNED-----------17.87   INTEREST PAID ON LOANS------465.38

| | | | | | |
|---|---|---|---|---|---|
| | 1 ACCOUNT PREVIOUS BALANCE | | 83.43 | | 1,218.74 |
| 1203 | INSURANCE PREMIUM | | | 2.60 | 1,221.34 |
| | .A | | | MDL INSUR | |
| 1206 | PAYROLL-DEDUCTION | | | 100.00   7.77 | 1,129.11 |
| | 99801      DEUTSCHES ALTENH | 35.00 | 118.43 | | |
| 1206 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | | 100.00   3.36 | 1,032.47 |
| 1213 | PAYROLL-DEDUCTION | 35.00 | 153.43 | | |
| | 99801      DEUTSCHES ALTENH | | | | |
| 1213 | PAYROLL-DEDUCTION | | | 100.00   3.07 | 935.54 |
| | 99801      DEUTSCHES ALTENH | 35.00 | 188.43 | | |
| 1220 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | | 100.00   2.78 | 838.32 |
| 1220 | PAYROLL-DEDUCTION | 35.00 | 223.43 | | |
| | 99801      DEUTSCHES ALTENH | | | | |
| 1227 | PAYROLL-DEDUCTION | .16 | 223.59 | | |
| 1227 | PAYROLL-DEDUCTION | | | | |
| | 99801      DEUTSCHES ALTENH | | | | |
| 1231 | D I V I D E N D * P A I D | | | | |

FOR 12/1/01 THROUGH 12/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 1.27% BASED ON AVERAGE DAILY BALANCE OF $148.91

| | | | | |
|---|---|---|---|---|
| | 5 CHRISTMAS CLUB PREVIOUS BALANCE | | 120.28 | |
| 1206 | PAYROLL-DEDUCTION | 15.00 | 135.28 | |
| | 99801      DEUTSCHES ALTENH | | | |
| 1213 | PAYROLL-DEDUCTION | 15.00 | 150.28 | |
| | 99801      DEUTSCHES ALTENH | | | |
| 1220 | PAYROLL-DEDUCTION | 15.00 | 165.28 | |
| | 99801      DEUTSCHES ALTENH | | | |
| 1227 | PAYROLL-DEDUCTION | 15.00 | 180.28 | |
| | 99801      DEUTSCHES ALTENH | | | |
| 1231 | D I V I D E N D * P A I D | .26 | 180.54 | |

FOR 12/1/01 THROUGH 12/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD
EARNED OF 2.08% BASED ON AVERAGE DAILY BALANCE OF $148.34

107687118-0

PAGE   1 OF   1

943973-4466

03/25/01

156    B

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 5.78 | .00 | .00 | .00 | .00 | 5.78 |

ACCOUNT NO.    943973-4466     BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622          PERIOD 12/26/00 THROUGH 03/25/01
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                    .70 %
INTEREST EARNED THIS PERIOD FOR  90 DAYS                      .01

- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION | |
|---|---|---|---|---|
| 01-25 | | | SC AVG BALANCE = | 5 |
| 02-23 | | | SC AVG BALANCE = | 5 |
| 03-23 | | | SC AVG BALANCE = | 5 |



PAGE   1 OF   2

943973-4466

04/30/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---------|-------------------|-------------------------|---------------------------|---------------|-------------------------------|----------------|
| 943973-4466 | 5.78 | 1090.56 | 889.00 | .18 | 5.00 | 202.52 |

ACCOUNT NO.    943973-4466      BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD
INTEREST EARNED THIS PERIOD FOR   36 DAYS
2001 INTEREST PAID YEAR TO DATE

PERIOD 03/26/01 THROUGH 04/30/01

.98 %
.22
.18

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 04-17 | | 680.56 | DEPOSIT-ATM<br>1665 VFW PARKWAY<br>WEST ROXBURY MA |
| 04-19 | | 410.00 | DEPOSIT-ATM<br>ROUTE 44<br>RAYNHAM      MA |
| 04-19 | 200.00 | | ATM WITHDRAWAL (01) |
| 04-23 | 141.00 | | ATM NETWORK WITHDRAWAL (02) |
| 04-23 | 101.00 | | ATM NETWORK WITHDRAWAL (03) |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-24 | 61.00 | | ATM NETWORK WITHDRAWAL (04) |
| 04-24 | 1.50 | | ATM NETWORK FEE |
| 04-25 | 200.00 | | RETURNED DEPOSITED ITEM |
| 04-25 | 5.00 | | RETURNED DEPOSIT ITEM FEE |
| 04-25 | | .18 | INTEREST |

PERIOD 03-26-01 TO 04-25-01
AVERAGE BALANCE        216.42
INTEREST RATE         .999 %

PAGE   2 OF   2

943973-4466

04/30/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. | 943973-4466 | CONTINUED | PERIOD 03/26/01 THROUGH 04/30/01 |
|---|---|---|---|

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED**

| DATE | DEBITS (-) | CREDITS (+) DESCRIPTION | |
|---|---|---|---|
| 04-25 | | SC AVG BALANCE = | 216 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) DESCRIPTION |
|---|---|---|
| 04-26 | 40.00 | ATM WITHDRAWAL (05) |
| 04-26 | .50 | MINI - STATEMENT FEE |
| 04-26 | 1.00 | MINI - STATEMENT FEE |
| 04-27 | 40.00 | ATM WITHDRAWAL (06) |
| 04-30 | 60.00 | ATM WITHDRAWAL (07) |
| 04-30 | 40.00 | ATM WITHDRAWAL (08) |

**- ATM/POS/SELECT LOCATIONS -**

```
(01) ROUTE 44 RAYNHAM MA 90987
(02) EDS/7-11 W. YARMOUTH MA MA655
(03) 907 MAIN ST WALPOLE MA TQ182
(04) SHAWS SHARON SHARON MA CMS41
(05) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(06) 134 NAHATAN STREET NORWOOD MA 90935
(07) 175 MANSFIELD AVE NORTON MA 90930
(08) 1665 VFW PARKWAY WEST ROXBURY MA 91136
```

**- DAILY BALANCE SUMMARY -**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04-17 | 686.34 | 04-24 | 588.84 | 04-27 | 302.52 |
| 04-19 | 896.34 | 04-25 | 384.02 | 04-30 | 202.52 |
| 04-23 | 651.34 | 04-26 | 342.52 | | |

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 5.78 | 2475.74 | 1272.00 | .29 | 5.00 | 1204.81 |

ACCOUNT NO.   943973-4466    BASIC SAVINGS            PERIOD 03/26/01 THROUGH 05/31/01
FLEET TELEPHONE BANKING ACCESS CODE 4622
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                     .99 %
INTEREST EARNED THIS PERIOD FOR  67 DAYS                       .39
2001 INTEREST PAID YEAR TO DATE                               .29

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 04-17 | | 680.56 | DEPOSIT-ATM |
| | | | 1665 VFW PARKWAY |
| | | | WEST ROXBURY MA |
| 04-19 | | 410.00 | DEPOSIT-ATM |
| | | | ROUTE 44 |
| | | | RAYNHAM      MA |
| 04-19 | 200.00 | | ATM WITHDRAWAL (01) |
| 04-23 | 141.00 | | ATM NETWORK WITHDRAWAL (02) |
| 04-23 | 101.00 | | ATM NETWORK WITHDRAWAL (03) |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-24 | 61.00 | | ATM NETWORK WITHDRAWAL (04) |
| 04-24 | 1.50 | | ATM NETWORK FEE |
| 04-25 | 200.00 | | RETURNED DEPOSITED ITEM |
| 04-25 | 5.00 | | RETURNED DEPOSIT ITEM FEE |
| 04-25 | | .18 | INTEREST |
| | | | PERIOD 03-26-01 TO 04-25-01 |
| | | | AVERAGE BALANCE       216.42 |
| | | | INTEREST RATE       .999 % |

943973-4466

05/31/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. 943973-4466 | CONTINUED | | PERIOD 03/26/01 THROUGH 05/31/01 |
|---|---|---|---|

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 04-25 | | | SC AVG BALANCE =          216 |

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 04-26 | 40.00 | | ATM WITHDRAWAL (05) |
| 04-26 | .50 | | MINI - STATEMENT FEE |
| 04-26 | 1.00 | | MINI - STATEMENT FEE |
| 04-27 | 40.00 | | ATM WITHDRAWAL (06) |
| 04-30 | 60.00 | | ATM WITHDRAWAL (07) |
| 04-30 | 40.00 | | ATM WITHDRAWAL (08) |
| 05-03 | 40.00 | | ATM WITHDRAWAL (09) |
| 05-07 | 60.00 | | ATM WITHDRAWAL (10) |
| 05-16 | 21.50 | | ATM NETWORK WITHDRAWAL (11) |
| 05-16 | 1.50 | | ATM NETWORK FEE |
| 05-18 | 40.00 | | ATM WITHDRAWAL (09) |
| 05-25 | | .11 | INTEREST |
| | | | PERIOD 04-26-01 TO 05-25-01 |
| | | | AVERAGE BALANCE          130.18 |
| | | | INTEREST RATE          .999 % |

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 05-25 | | | SC AVG BALANCE =          130 |

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 05-29 | | 840.09 | DEPOSIT-ATM |
| | | | 1857 CENTRE STREET |
| | | | WEST ROXBURY MA |

05/31/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO.   943973-4466 | CONTINUED | PERIOD 03/26/01 THROUGH 05/31/01 |
|---|---|---|

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 05-29 | | 545.09 | DEPOSIT-ATM<br>47 MAVERICK SQUARE<br>E BOSTON       MA |
| 05-29 | 100.00 | | ATM WITHDRAWAL (12) |
| 05-29 | 80.00 | | ATM WITHDRAWAL (13) |
| 05-29 | 40.00 | | ATM WITHDRAWAL (14) |

- ATM/POS/SELECT LOCATIONS -

(01) ROUTE 44 RAYNHAM MA 90987
(02) EDS/7-11 W. YARMOUTH MA MA555
(03) 987 MAIN ST WALPOLE MA TQ182
(04) SHAWS SHARON SHARON MA CMS41
(05) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(06) 134 NAHATAN STREET NORWOOD MA 90935
(07) 175 MANSFIELD AVE NORTON MA 90930
(08) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(09) 1415 PROVIDENCE HWY NORWOOD MA 90936
(10) 19A EASTERN AVE DEDHAM MA 90464
(11) 38 VANDERBILT AVE NORWOOD MA MC028
(12) 1857 CENTRE STREET WEST ROXBURY MA 91139
(13) 47 MAVERICK SQUARE E BOSTON MA 90506
(14) 300 VFW PARKWAY DEDHAM MA 90467

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04-17 | 686.34 | 04-26 | 342.52 | 05-16 | 79.52 |
| 04-19 | 896.34 | 04-27 | 302.52 | 05-18 | 39.52 |
| 04-23 | 651.34 | 04-30 | 202.52 | 05-25 | 39.63 |
| 04-24 | 588.84 | 05-03 | 162.52 | 05-29 | 1,204.81 |
| 04-25 | 384.02 | 05-07 | 102.52 | | |

PAGE  1 OF  5

943973-4466

06/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---------|-------------------|-------------------------|---------------------------|---------------|-------------------------------|----------------|
| 943973-4466 | 5.78 | 3981.22 | 3175.00 | .69 | 5.00 | 807.69 |

ACCOUNT NO.  943973-4466    BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD
INTEREST EARNED THIS PERIOD FOR  92 DAYS
2001 INTEREST PAID YEAR TO DATE

PERIOD 03/26/01 THROUGH 06/25/01

1.00 %
.69
.69

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 04-17 | | 680.56 | DEPOSIT-ATM |
| | | | 1665 VFW PARKWAY |
| | | | WEST ROXBURY MA |
| 04-19 | | 410.00 | DEPOSIT-ATM |
| | | | ROUTE 44 |
| | | | RAYNHAM      MA |
| 04-19 | 200.00 | | ATM WITHDRAWAL (01) |
| 04-23 | 141.00 | | ATM NETWORK WITHDRAWAL (02) |
| 04-23 | 101.00 | | ATM NETWORK WITHDRAWAL (03) |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-24 | 61.00 | | ATM NETWORK WITHDRAWAL (04) |
| 04-24 | 1.50 | | ATM NETWORK FEE |
| 04-25 | 200.00 | | RETURNED DEPOSITED ITEM |
| 04-25 | 5.00 | | RETURNED DEPOSIT ITEM FEE |
| 04-25 | | .18 | INTEREST |
| | | | PERIOD 03-26-01 TO 04-25-01 |
| | | | AVERAGE BALANCE      216.42 |
| | | | INTEREST RATE      .999 % |

PAGE  2 OF  5

943973-4466

06/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO.  943973-4466    CONTINUED | | | PERIOD 03/26/01 THROUGH 06/25/01 |
|---|---|---|---|

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 04-25 | | | SC AVG BALANCE =              216 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 04-26 | 40.00 | | ATM WITHDRAWAL (05) |
| 04-26 | .50 | | MINI - STATEMENT FEE |
| 04-26 | 1.00 | | MINI - STATEMENT FEE |
| 04-27 | 40.00 | | ATM WITHDRAWAL (06) |
| 04-30 | 60.00 | | ATM WITHDRAWAL (07) |
| 04-30 | 40.00 | | ATM WITHDRAWAL (08) |
| 05-03 | 40.00 | | ATM WITHDRAWAL (09) |
| 05-07 | 60.00 | | ATM WITHDRAWAL (10) |
| 05-16 | 21.50 | | ATM NETWORK WITHDRAWAL (11) |
| 05-16 | 1.50 | | ATM NETWORK FEE |
| 05-18 | 40.00 | | ATM WITHDRAWAL (09) |
| 05-25 | | .11 | INTEREST |
| | | | PERIOD 04-26-01 TO 05-25-01 |
| | | | AVERAGE BALANCE          150.18 |
| | | | INTEREST RATE         .999 % |

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 05-25 | | | SC AVG BALANCE =              130 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 05-29 | | 840.09 | DEPOSIT-ATM |
| | | | 1857 CENTRE STREET |
| | | | WEST ROXBURY MA |

PAGE   3 OF   5

943973-4466

06/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO. 943973-4466 | CONTINUED | | PERIOD 03/26/01 THROUGH 06/25/01 |
|---|---|---|---|

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 05-29 | | 545.09 | DEPOSIT-ATM |
| | | | 47 MAVERICK SQUARE |
| | | | E BOSTON     MA |
| 05-29 | 100.00 | | ATM WITHDRAWAL (12) |
| 05-29 | 80.00 | | ATM WITHDRAWAL (13) |
| 05-29 | 40.00 | | ATM WITHDRAWAL (14) |
| 06-01 | 500.00 | | ATM WITHDRAWAL (15) |
| 06-04 | 500.00 | | ATM WITHDRAWAL (16) |
| 06-06 | 20.00 | | ATM WITHDRAWAL (17) |
| 06-07 | 60.00 | | ATM WITHDRAWAL (18) |
| 06-13 | | 753.32 | DEPOSIT-ATM |
| | | | PROVIDENCE TURNPIKE |
| | | | WALPOLE     MA |
| 06-13 | 40.00 | | ATM WITHDRAWAL (17) |
| 06-15 | 40.00 | | ATM WITHDRAWAL (19) |
| 06-18 | 120.00 | | ATM WITHDRAWAL (20) |
| 06-18 | 80.00 | | ATM WITHDRAWAL (21) |
| 06-20 | 20.00 | | ATM WITHDRAWAL (22) |
| 06-21 | 300.00 | | ATM WITHDRAWAL (05) |
| 06-21 | 101.50 | | ATM NETWORK WITHDRAWAL (11) |
| 06-21 | 1.50 | | ATM NETWORK FEE |
| 06-25 | | 752.16 | DEPOSIT-ATM |
| | | | 19A EASTERN AVENUE |
| | | | DEDHAM     MA |
| 06-25 | 20.00 | | ATM WITHDRAWAL (09) |
| 06-25 | 40.00 | | ATM WITHDRAWAL (23) |
| 06-25 | 60.00 | | ATM WITHDRAWAL (24) |
| 06-25 | | .40 | INTEREST |
| | | | PERIOD 05-26-01 TO 06-25-01 |
| | | | AVERAGE BALANCE        469.15 |
| | | | INTEREST RATE    1.000 % |

943973-4466

06/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO. | 943973-4466 | CONTINUED | | PERIOD 03/26/01 THROUGH 06/25/01 |
|---|---|---|---|---|

- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-)  CREDITS (+) DESCRIPTION |
|---|---|
| 06-25 | SC AVG BALANCE =          469 |

- ATM/POS/SELECT LOCATIONS -

```
(01) ROUTE 44 RAYHNAM MA 90987
(02) EDS/7-11 W. YARMOUTH MA MA555
(03) 907 MAIN ST WALPOLE MA TQ182
(04) SHAWS SHARON SHARON MA CMS41
(05) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(06) 134 NAHATAN STREET NORWOOD MA 90935
(07) 175 MANSFIELD AVE NORTON MA 90930
(08) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(09) 1415 PROVIDENCE HWY NORWOOD MA 90936
(10) 19A EASTERN AVE DEDHAM MA 90464
(11) 58 VANDERBILT AVE NORWOOD MA MC028
(12) 1857 CENTRE STREET WEST ROXBURY MA 91139
(13) 47 MAVERICK SQUARE E BOSTON MA 90506
(14) 300 VFW PARKWAY DEDHAM MA 90467
(15) PROVIDENCE TNPK WALPOLE MA 91156
(16) 692 DEPOT STREET EASTON MA 90528
(17) PROVIDENCE TURNPIKE WALPOLE MA 91157
(18) 134 NAHATAN STREET NORWOOD MA 90934
(19) 16 SCHOOL STREET FOXBORO MA 90559
(20) 420 PROVIDENCE HIGHWAY WESTWOOD MA 91247
(21) 355 N. MAIN ST MANSFIELD MA 90736
(22) 31 PROVIDENCE HIGHWAY WESTWOOD MA 91246
(23) 858 WASHINGTON STREET DEDHAM MA 90473
(24) 19A EASTERN AVENUE DEDHAM MA 90463
```

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04-17 | 686.34 | 04-19 | 896.34 | 04-23 | 651.34 |

PAGE  5 OF  5

943973-4466

06/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES                                    CY
171 BRIDE ST
DEDHAM MA  02026

ACCOUNT NO.   943973-4466      CONTINUED                    PERIOD 03/26/01 THROUGH 06/25/01

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04-24 | 588.84 | 05-16 | 79.52 | 06-07 | 124.81 |
| 04-25 | 384.02 | 05-18 | 39.52 | 06-13 | 858.13 |
| 04-26 | 342.52 | 05-25 | 39.63 | 06-15 | 798.13 |
| 04-27 | 302.52 | 05-29 | 1,204.81 | 06-18 | 598.13 |
| 04-30 | 202.52 | 06-01 | 704.81 | 06-20 | 578.13 |
| 05-03 | 162.52 | 06-04 | 204.81 | 06-21 | 175.13 |
| 05-07 | 102.52 | 06-06 | 184.81 | 06-25 | 807.69 |

PAGE   1 OF   1

943973-4466

07/01/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 807.69 | .00 | 280.00 | .00 | .00 | 527.69 |

ACCOUNT NO.   943973-4466      BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622          PERIOD 06/26/01 THROUGH 07/01/01
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                        1.02 %
INTEREST EARNED THIS PERIOD FOR   6 DAYS                           .10
2001 INTEREST PAID YEAR TO DATE                                   .69

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) DESCRIPTION |
|---|---|---|
| 06-26 | 40.00 | ATM WITHDRAWAL (01) |
| 06-27 | 40.00 | ATM WITHDRAWAL (02) |
| 06-27 | 60.00 | ATM WITHDRAWAL (02) |
| 06-28 | 100.00 | ATM WITHDRAWAL (03) |
| 06-29 | 40.00 | ATM WITHDRAWAL (04) |

- ATM/POS/SELECT LOCATIONS -

(01) 19A EASTERN AVENUE DEDHAM MA 90463
(02) 16 SCHOOL ST FOXBORO MA 90558
(03) 1334 PARK STREET STOUGHTON MA 91094
(04) 51 PROVIDENCE HWY WESTWOOD MA 91245

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06-26 | 767.69 | 06-28 | 567.69 | 06-29 | 527.69 |
| 06-27 | 667.69 | | | | |

PAGE 1 OF 3

943973-4466

07/31/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA 02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 807.69 | 2120.94 | 2560.50 | .52 | .00 | 368.65 |

ACCOUNT NO.    943973-4466    BASIC SAVINGS                    PERIOD 06/26/01 THROUGH 07/31/01
FLEET TELEPHONE BANKING ACCESS CODE 4622
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                          1.00 %
INTEREST EARNED THIS PERIOD FOR  36 DAYS                             .68
2001 INTEREST PAID YEAR TO DATE                                    1.21

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 06-26 | 40.00 | | ATM WITHDRAWAL (01) |
| 06-27 | 40.00 | | ATM WITHDRAWAL (02) |
| 06-27 | 60.00 | | ATM WITHDRAWAL (02) |
| 06-28 | 100.00 | | ATM WITHDRAWAL (03) |
| 06-29 | 40.00 | | ATM WITHDRAWAL (04) |
| 07-02 | 60.00 | | ATM WITHDRAWAL (03) |
| 07-05 | 200.00 | | ATM WITHDRAWAL (03) |
| 07-06 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-09 | | 1,058.13 | DEPOSIT-ATM |
| | | | 16 SCHOOL STREET |
| | | | FOXBORO    MA |
| 07-09 | 200.00 | | ATM WITHDRAWAL (05) |
| 07-10 | 260.00 | | WITHDRAWAL |
| 07-13 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-16 | 101.50 | | ATM NETWORK WITHDRAWAL (06) |
| 07-16 | 1.50 | | ATM NETWORK FEE |
| 07-19 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-20 | | 75.00 | DEPOSIT-ATM |
| | | | RTE 1 EMERALD SQ MALL |
| | | | N ATTLEBORO  MA |

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA   02026

| ACCOUNT NO.   943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 07/31/01 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 07-20 | 200.00 | | ATM WITHDRAWAL (07) |
| 07-23 | 20.00 | | ATM WITHDRAWAL (03) |
| 07-23 | 101.00 | | ATM NETWORK WITHDRAWAL (08) |
| 07-23 | 1.50 | | ATM NETWORK FEE |
| 07-24 | | 987.81 | DEPOSIT-ATM |
| | | | 1334 PARK STREET |
| | | | STOUGHTON    MA |
| 07-24 | 60.00 | | ATM WITHDRAWAL (03) |
| 07-25 | 80.00 | | ATM WITHDRAWAL (03) |
| 07-25 | 21.00 | | ATM NETWORK WITHDRAWAL (09) |
| 07-25 | 1.50 | | ATM NETWORK FEE |
| 07-25 | | .52 | INTEREST |
| | | | PERIOD 06-26-01 TO 07-25-01 |
| | | | AVERAGE BALANCE       634.81 |
| | | | INTEREST RATE    1.000 % |

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 07-25 | | | SC AVG BALANCE =       634 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 07-30 | 40.00 | | ATM WITHDRAWAL (10) |
| 07-30 | 500.00 | | ATM WITHDRAWAL (05) |
| 07-30 | 61.00 | | ATM NETWORK WITHDRAWAL (11) |
| 07-30 | 1.50 | | ATM NETWORK FEE |
| 07-30 | 150.00 | | WITHDRAWAL |
| 07-31 | 100.00 | | ATM WITHDRAWAL (05) |

PAGE  3 OF  3

943973-4466

07/31/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

ACCOUNT NO.  943973-4466        CONTINUED              PERIOD 06/26/01 THROUGH 07/31/01

- ATM/POS/SELECT LOCATIONS -

(01) 19A EASTERN AVENUE DEDHAM MA 90463
(02) 16 SCHOOL ST FOXBORO MA 90558
(03) 1334 PARK STREET STOUGHTON MA 91094
(04) 31 PROVIDENCE HWY WESTWOOD MA 91245
(05) 16 SCHOOL STREET FOXBORO MA 90559
(06) 1500 LAFAYETTE RD PORTSMOUTH, NH NH015
(07) RTE 1 EMERALD SQ MALL N ATTLEBORO MA 90821
(08) CITIZENS HYANNIS HYANNIS MA CMHR1
(09) CUMBERLAND FARMS FOXBOR FOXBORO MA CMT37
(10) 1857 CENTRE ST W ROXBURY MA 91141
(11) STAR HYANNIS HYANNIS MA CMT07

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06-26 | 767.69 | 07-06 | 227.69 | 07-20 | 517.82 |
| 06-27 | 667.69 | 07-09 | 1,085.82 | 07-23 | 395.32 |
| 06-28 | 567.69 | 07-10 | 825.82 | 07-24 | 1,323.13 |
| 06-29 | 527.69 | 07-13 | 785.82 | 07-25 | 1,221.15 |
| 07-02 | 467.69 | 07-16 | 682.82 | 07-30 | 468.65 |
| 07-05 | 267.69 | 07-19 | 642.82 | 07-31 | 368.65 |

PAGE   1 OF   4

943973-4466

09/03/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---------|---------|---------|---------|---------|---------|---------|
| 943973-4466 | 807.69 | 3472.88 | 3978.00 | 1.30 | .00 | 303.87 |

ACCOUNT NO.    943973-4466    BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622                 PERIOD 06/26/01 THROUGH 09/03/01
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                          1.00 %
INTEREST EARNED THIS PERIOD FOR  70 DAYS                            1.39
2001 INTEREST PAID YEAR TO DATE                                     1.99

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 06-26 | 40.00 | | ATM WITHDRAWAL (01) |
| 06-27 | 40.00 | | ATM WITHDRAWAL (02) |
| 06-27 | 60.00 | | ATM WITHDRAWAL (02) |
| 06-28 | 100.00 | | ATM WITHDRAWAL (03) |
| 06-29 | 40.00 | | ATM WITHDRAWAL (04) |
| 07-02 | 60.00 | | ATM WITHDRAWAL (03) |
| 07-05 | 200.00 | | ATM WITHDRAWAL (03) |
| 07-06 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-09 | | 1,058.13 | DEPOSIT-ATM |
| | | | 16 SCHOOL STREET |
| | | | FOXBORO       MA |
| 07-09 | 200.00 | | ATM WITHDRAWAL (05) |
| 07-10 | 260.00 | | WITHDRAWAL |
| 07-13 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-16 | 101.50 | | ATM NETWORK WITHDRAWAL (06) |
| 07-16 | 1.50 | | ATM NETWORK FEE |
| 07-19 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-20 | | 75.00 | DEPOSIT-ATM |
| | | | RTE 1 EMERALD SQ MALL |
| | | | N ATTLEBORO  MA |

PAGE   2 OF   4

943973-4466

09/03/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

ACCOUNT NO.    943973-4466    CONTINUED    PERIOD 06/26/01 THROUGH 09/03/01

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 07-20 | 200.00 | | ATM WITHDRAWAL (07) |
| 07-23 | 20.00 | | ATM WITHDRAWAL (03) |
| 07-23 | 101.00 | | ATM NETWORK WITHDRAWAL (08) |
| 07-23 | 1.50 | | ATM NETWORK FEE |
| 07-24 | | 987.81 | DEPOSIT-ATM |
| | | | 1354 PARK STREET |
| | | | STOUGHTON    MA |
| 07-24 | 60.00 | | ATM WITHDRAWAL (03) |
| 07-25 | 80.00 | | ATM WITHDRAWAL (03) |
| 07-25 | 21.00 | | ATM NETWORK WITHDRAWAL (09) |
| 07-25 | 1.50 | | ATM NETWORK FEE |
| 07-25 | | .52 | INTEREST |
| | | | PERIOD 06-26-01 TO 07-25-01 |
| | | | AVERAGE BALANCE      634.81 |
| | | | INTEREST RATE    1.000 % |

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 07-25 | | | SC AVG BALANCE =          634 |

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 07-30 | 40.00 | | ATM WITHDRAWAL (10) |
| 07-30 | 500.00 | | ATM WITHDRAWAL (05) |
| 07-30 | 61.00 | | ATM NETWORK WITHDRAWAL (11) |
| 07-30 | 1.50 | | ATM NETWORK FEE |
| 07-30 | 150.00 | | WITHDRAWAL |
| 07-31 | 100.00 | | ATM WITHDRAWAL (05) |
| 08-03 | 20.00 | | ATM WITHDRAWAL (03) |

943973-4466

09/03/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. | 943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 09/03/01 |
|---|---|---|---|---|

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 08-07 | | 1,351.94 | DEPOSIT-ATM |
| | | | 858 WASHINGTON STREET |
| | | | DEDHAM      MA |
| 08-07 | 20.00 | | ATM WITHDRAWAL (03) |
| 08-13 | 40.00 | | ATM WITHDRAWAL (12) |
| 08-13 | 100.00 | | ATM WITHDRAWAL (13) |
| 08-13 | 100.00 | | ATM WITHDRAWAL (04) |
| 08-13 | 400.00 | | ATM WITHDRAWAL (04) |
| 08-13 | 41.00 | | ATM NETWORK WITHDRAWAL (14) |
| 08-13 | 51.00 | | ATM NETWORK WITHDRAWAL (15) |
| 08-13 | 1.50 | | ATM NETWORK FEE |
| 08-13 | 1.50 | | ATM NETWORK FEE |
| 08-21 | 61.00 | | ATM NETWORK WITHDRAWAL (14) |
| 08-21 | 1.50 | | ATM NETWORK FEE |
| 08-23 | 400.00 | | ATM WITHDRAWAL (16) |
| 08-24 | 40.00 | | ATM WITHDRAWAL (17) |
| 08-24 | | .78 | INTEREST |
| | | | PERIOD 07-26-01 TO 08-25-01 |
| | | | AVERAGE BALANCE      923.79 |
| | | | INTEREST RATE     1.000 % |

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 08-24 | | | SC AVG BALANCE =        923 |

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 08-27 | 80.00 | | ATM WITHDRAWAL (18) |
| 08-30 | 60.00 | | ATM WITHDRAWAL (19) |

PAGE   4 OF   4

943973-4466

09/03/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. | 943973-4466 | CONTINUED | PERIOD 06/26/01 THROUGH 09/03/01 |
|---|---|---|---|

**- ATM/POS/SELECT LOCATIONS -**

(01) 19A EASTERN AVENUE DEDHAM MA 90463
(02) 16 SCHOOL ST FOXBORO MA 90558
(03) 1334 PARK STREET STOUGHTON MA 91094
(04) 31 PROVIDENCE HWY WESTWOOD MA 91245
(05) 16 SCHOOL STREET FOXBORO MA 90559
(06) 1500 LAFAYETTE RD PORTSMOUTH, NH NH015
(07) RTE 1 EMERALD SQ MALL N ATTLEBORO MA 90821
(08) CITIZENS HYANNIS HYANNIS MA CMHR1
(09) CUMBERLAND FARMS FOXBOR FOXBORO MA CMT37
(10) 1857 CENTRE ST W ROXBURY MA 91141
(11) STAR HYANNIS HYANNIS MA CMT07
(12) 1857 CENTRE STREET WEST ROXBURY MA 91139
(13) 300 VFW PARKWAY DEDHAM MA 90467
(14) SHAWS SHARON SHARON MA CMS41
(15) 250 GRANITE 9300 BRAINTREE MA PN342
(16) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(17) 180 VFW PARKWAY DEDHAM MA 90468
(18) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(19) PROVIDENCE TURNPIKE WALPOLE MA 91157

**- DAILY BALANCE SUMMARY -**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06-26 | 767.69 | 07-13 | 785.82 | 08-03 | 348.65 |
| 06-27 | 667.69 | 07-16 | 682.82 | 08-07 | 1,680.59 |
| 06-28 | 567.69 | 07-19 | 642.82 | 08-13 | 945.59 |
| 06-29 | 527.69 | 07-20 | 517.82 | 08-21 | 883.09 |
| 07-02 | 467.69 | 07-23 | 395.32 | 08-23 | 483.09 |
| 07-05 | 267.69 | 07-24 | 1,323.13 | 08-24 | 443.87 |
| 07-06 | 227.69 | 07-25 | 1,221.15 | 08-27 | 363.87 |
| 07-09 | 1,085.82 | 07-30 | 468.65 | 08-30 | 303.87 |
| 07-10 | 825.82 | 07-31 | 368.65 | | |

943973-4466

09/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 807.69 | 8877.65 | 6325.50 | 2.69 | .00 | 3362.53 |

ACCOUNT NO.   943973-4466      BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD
INTEREST EARNED THIS PERIOD FOR  92 DAYS
2001 INTEREST PAID YEAR TO DATE

PERIOD 06/26/01 THROUGH 09/25/01

1.00 %
2.69
3.38

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 06-26 | 40.00 | | ATM WITHDRAWAL (01) |
| 06-27 | 40.00 | | ATM WITHDRAWAL (02) |
| 06-27 | 60.00 | | ATM WITHDRAWAL (02) |
| 06-28 | 100.00 | | ATM WITHDRAWAL (03) |
| 06-29 | 40.00 | | ATM WITHDRAWAL (04) |
| 07-02 | 60.00 | | ATM WITHDRAWAL (03) |
| 07-05 | 200.00 | | ATM WITHDRAWAL (03) |
| 07-06 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-09 | | 1,058.13 | DEPOSIT-ATM |
| | | | 16 SCHOOL STREET |
| | | | FOXBORO      MA |
| 07-09 | 200.00 | | ATM WITHDRAWAL (05) |
| 07-10 | 260.00 | | WITHDRAWAL |
| 07-13 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-16 | 101.50 | | ATM NETWORK WITHDRAWAL (06) |
| 07-16 | 1.50 | | ATM NETWORK FEE |
| 07-19 | 40.00 | | ATM WITHDRAWAL (03) |
| 07-20 | | 75.00 | DEPOSIT-ATM |
| | | | RTE 1 EMERALD SQ MALL |
| | | | N ATTLEBORO  MA |

943973-4466

09/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO. | 943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 09/25/01 |
|---|---|---|---|---|

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 07-20 | 200.00 | | ATM WITHDRAWAL (07) |
| 07-23 | 20.00 | | ATM WITHDRAWAL (03) |
| 07-23 | 101.00 | | ATM NETWORK WITHDRAWAL (08) |
| 07-23 | 1.50 | | ATM NETWORK FEE |
| 07-24 | | 987.81 | DEPOSIT-ATM |
| | | | 1334 PARK STREET |
| | | | STOUGHTON   MA |
| 07-24 | 60.00 | | ATM WITHDRAWAL (03) |
| 07-25 | 80.00 | | ATM WITHDRAWAL (05) |
| 07-25 | 21.00 | | ATM NETWORK WITHDRAWAL (09) |
| 07-25 | 1.50 | | ATM NETWORK FEE |
| 07-25 | | .52 | INTEREST |
| | | | PERIOD 06-26-01 TO 07-25-01 |
| | | | AVERAGE BALANCE      634.81 |
| | | | INTEREST RATE    1.000 % |

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 07-25 | | | SC AVG BALANCE =         634 |

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 07-30 | 40.00 | | ATM WITHDRAWAL (10) |
| 07-30 | 500.00 | | ATM WITHDRAWAL (05) |
| 07-30 | 61.00 | | ATM NETWORK WITHDRAWAL (11) |
| 07-30 | 1.50 | | ATM NETWORK FEE |
| 07-30 | 150.00 | | WITHDRAWAL |
| 07-31 | 100.00 | | ATM WITHDRAWAL (05) |
| 08-03 | 20.00 | | ATM WITHDRAWAL (03) |

943973-4466

09/25/01

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

156

DORIS H MENDES                                      CY
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. | 943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 09/25/01 |
|---|---|---|---|---|

### - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 08-07 | | 1,351.94 | DEPOSIT-ATM<br>858 WASHINGTON STREET<br>DEDHAM        MA |
| 08-07 | 20.00 | | ATM WITHDRAWAL (03) |
| 08-13 | 40.00 | | ATM WITHDRAWAL (12) |
| 08-13 | 100.00 | | ATM WITHDRAWAL (13) |
| 08-13 | 100.00 | | ATM WITHDRAWAL (04) |
| 08-13 | 400.00 | | ATM WITHDRAWAL (04) |
| 08-13 | 41.00 | | ATM NETWORK WITHDRAWAL (14) |
| 08-13 | 51.00 | | ATM NETWORK WITHDRAWAL (15) |
| 08-13 | 1.50 | | ATM NETWORK FEE |
| 08-13 | 1.50 | | ATM NETWORK FEE |
| 08-21 | 61.00 | | ATM NETWORK WITHDRAWAL (14) |
| 08-21 | 1.50 | | ATM NETWORK FEE |
| 08-23 | 400.00 | | ATM WITHDRAWAL (16) |
| 08-24 | 40.00 | | ATM WITHDRAWAL (17) |
| 08-24 | | .78 | INTEREST<br>PERIOD 07-26-01 TO 08-25-01<br>AVERAGE BALANCE      923.79<br>INTEREST RATE      1.000 % |

### - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 08-24 | | | SC AVG BALANCE =          923 |

### - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 08-27 | 80.00 | | ATM WITHDRAWAL (18) |
| 08-30 | 60.00 | | ATM WITHDRAWAL (19) |

09/25/01

**Questions?**
**Call our Telephone**
**Banking Center at**
**1-800-841-4000**

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO.    943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 09/25/01 |
|---|---|---|---|

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 09-04 | 101.00 | | ATM NETWORK WITHDRAWAL (20) |
| 09-04 | 1.50 | | ATM NETWORK FEE |
| 09-04 | 150.00 | | WITHDRAWAL |
| 09-05 | | 1,303.24 | DEPOSIT-ATM |
| | | | 594 WASHINGTON ST |
| | | | STOUGHTON    MA |
| 09-05 | 50.00 | | ATM WITHDRAWAL (21) |
| 09-06 | 40.00 | | ATM WITHDRAWAL (02) |
| 09-06 | 60.00 | | ATM WITHDRAWAL (02) |
| 09-07 | | 221.60 | DEPOSIT-ATM |
| | | | 1334 PARK STREET |
| | | | STOUGHTON    MA |
| 09-07 | 400.00 | | ATM WITHDRAWAL (03) |
| 09-10 | 51.00 | | ATM NETWORK WITHDRAWAL (22) |
| 09-10 | 1.50 | | ATM NETWORK FEE |
| 09-10 | 50.00 | | WITHDRAWAL |
| 09-12 | 21.00 | | ATM NETWORK WITHDRAWAL (14) |
| 09-12 | 1.50 | | ATM NETWORK FEE |
| 09-13 | 20.00 | | ATM WITHDRAWAL (23) |
| 09-13 | 20.00 | | ATM WITHDRAWAL (03) |
| 09-14 | 60.00 | | ATM WITHDRAWAL (01) |
| 09-17 | | 3,000.00 | DEPOSIT-ATM |
| | | | 858 WASHINGTON ST |
| | | | DEDHAM    MA |
| 09-17 | 40.00 | | ATM WITHDRAWAL (24) |
| 09-17 | 50.00 | | WITHDRAWAL |
| 09-18 | | 879.93 | DEPOSIT-ATM |
| | | | 594 WASHINGTON ST |
| | | | STOUGHTON    MA |

PAGE   5 OF    7

943973-4466

09/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA   02026

CY

| ACCOUNT NO.    943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 09/25/01 |
|---|---|---|---|

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 09-19 | 400.00 | | ATM WITHDRAWAL (03) |
| 09-24 | 380.00 | | ATM WITHDRAWAL (25) |
| 09-24 | 450.00 | | WITHDRAWAL |
| 09-25 | | 1.39 | INTEREST |
| | | | PERIOD 08-26-01 TO 09-25-01 |
| | | | AVERAGE BALANCE      1,635.09 |
| | | | INTEREST RATE     1.000 % |

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 09-25 | | | SC AVG BALANCE =      1,635 |

PAGE   6 OF    7

943973-4466

09/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES                                        CY
171 BRIDE ST
DEDHAM MA  02026

ACCOUNT NO.    943973-4466    CONTINUED           PERIOD 06/26/01 THROUGH 09/25/01

- ATM/POS/SELECT LOCATIONS -

```
(01) 19A EASTERN AVENUE DEDHAM MA 90463
(02) 16 SCHOOL ST FOXBORO MA 90558
(03) 1334 PARK STREET STOUGHTON MA 91094
(04) 31 PROVIDENCE HWY WESTWOOD MA 91245
(05) 16 SCHOOL STREET FOXBORO MA 90559
(06) 1500 LAFAYETTE RD PORTSMOUTH, NH NH015
(07) RTE 1 EMERALD SQ MALL N ATTLEBORO MA 90821
(08) CITIZENS HYANNIS HYANNIS MA CMHR1
(09) CUMBERLAND FARMS FOXBOR FOXBORO MA CMT37
(10) 1857 CENTRE ST W ROXBURY MA 91141
(11) STAR HYANNIS HYANNIS MA CMT07
(12) 1857 CENTRE STREET WEST ROXBURY MA 91139
(13) 300 VFW PARKWAY DEDHAM MA 90467
(14) SHAWS SHARON SHARON MA CMS41
(15) 250 GRANITE 9300 BRAINTREE MA PN342
(16) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(17) 180 VFW PARKWAY DEDHAM MA 90468
(18) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(19) PROVIDENCE TURNPIKE WALPOLE MA 91157
(20) 907 MAIN ST WALPOLE MA TQ182
(21) 594 WASHINGTON ST STOUGHTON MA 91096
(22) 18 NORTH MEADOWS ROAD MEDFIELD MA S4840
(23) 15 POST OFFICE SQ SHARON MA 91047
(24) ROCKINGHAM MALL SALEM NH 60054
(25) 677 CENTRE ST JAMAICA PLAIN MA 90663
```

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 06-26 | 767.69 | 07-05 | 267.69 | 07-16 | 682.82 |
| 06-27 | 667.69 | 07-06 | 227.69 | 07-19 | 642.82 |
| 06-28 | 567.69 | 07-09 | 1,085.82 | 07-20 | 517.82 |
| 06-29 | 527.69 | 07-10 | 825.82 | 07-23 | 395.32 |
| 07-02 | 467.69 | 07-13 | 785.82 | 07-24 | 1,323.13 |

PAGE   7 OF   7

943973-4466

09/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO. | 943973-4466 | CONTINUED | | PERIOD 06/26/01 THROUGH 09/25/01 |

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 07-25 | 1,221.15 | 08-24 | 445.87 | 09-12 | 901.21 |
| 07-30 | 468.65 | 08-27 | 363.87 | 09-13 | 861.21 |
| 07-31 | 368.65 | 08-30 | 303.87 | 09-14 | 801.21 |
| 08-03 | 348.65 | 09-04 | 51.37 | 09-17 | 3,711.21 |
| 08-07 | 1,680.59 | 09-05 | 1,304.61 | 09-18 | 4,591.14 |
| 08-13 | 945.59 | 09-06 | 1,204.61 | 09-19 | 4,191.14 |
| 08-21 | 883.09 | 09-07 | 1,026.21 | 09-24 | 3,361.14 |
| 08-23 | 483.09 | 09-10 | 923.71 | 09-25 | 3,362.53 |

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---------|-------------------|-------------------------|---------------------------|---------------|-------------------------------|----------------|
| 943973-4466 | 3362.53 | 2679.05 | 2443.50 | 2.58 | .00 | 3600.66 |

ACCOUNT NO.   943973-4466     BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622                    PERIOD 09/26/01 THROUGH 10/31/01
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                              1.00 %
INTEREST EARNED THIS PERIOD FOR  36 DAYS                                3.19
2001 INTEREST PAID YEAR TO DATE                                        5.96

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 10-01 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-01 | 62.00 | | ATM NETWORK WITHDRAWAL (02) |
| 10-01 | 1.50 | | ATM NETWORK FEE |
| 10-02 | 100.00 | | ATM WITHDRAWAL (03) |
| 10-04 | 41.00 | | ATM NETWORK WITHDRAWAL (04) |
| 10-04 | 1.50 | | ATM NETWORK FEE |
| 10-05 | 20.00 | | ATM WITHDRAWAL (05) |
| 10-05 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-09 | 40.00 | | ATM WITHDRAWAL (06) |
| 10-09 | 80.00 | | ATM WITHDRAWAL (07) |
| 10-09 | 100.00 | | ATM WITHDRAWAL (08) |
| 10-09 | 51.00 | | ATM NETWORK WITHDRAWAL (09) |
| 10-09 | 1.50 | | ATM NETWORK FEE |
| 10-10 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-11 | 101.00 | | ATM NETWORK WITHDRAWAL (10) |
| 10-11 | 1.50 | | ATM NETWORK FEE |
| 10-15 | | 742.76 | DEPOSIT-ATM 594 WASHINGTON ST STOUGHTON      MA |

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO.    943973-4466 | CONTINUED | | PERIOD 09/26/01 THROUGH 10/31/01 |
|---|---|---|---|

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-15 | 80.00 | | ATM WITHDRAWAL (11) |
| 10-16 | 301.00 | | ATM NETWORK WITHDRAWAL (12) |
| 10-16 | 1.50 | | ATM NETWORK FEE |
| 10-18 | 300.00 | | ATM WITHDRAWAL (01) |
| 10-19 | | 366.29 | DEPOSIT-ATM |
| | | | RTE 1 EMERALD SQ MALL |
| | | | N ATTLEBORO  MA |
| 10-19 | 80.00 | | ATM WITHDRAWAL (13) |
| 10-19 | 100.00 | | ATM WITHDRAWAL (13) |
| 10-22 | | 970.00 | DEPOSIT-ATM |
| | | | 1334 PARK STREET |
| | | | STOUGHTON   MA |
| 10-22 | 40.00 | | ATM WITHDRAWAL (14) |
| 10-22 | 100.00 | | ATM WITHDRAWAL (15) |
| 10-24 | 300.00 | | ATM WITHDRAWAL (16) |
| 10-25 | | 2.58 | INTEREST |
| | | | PERIOD 09-26-01 TO 10-25-01 |
| | | | AVERAGE BALANCE    3,133.75 |
| | | | INTEREST RATE    1.000 % |

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-25 | | | SC AVG BALANCE =    3.133 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-26 | | 600.00 | DEPOSIT-ATM |
| | | | 958 AMERICAN LEGION HWY |
| | | | ROSLINDALE   MA |

943973-4466

10/31/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

ACCOUNT NO.   943973-4466        CONTINUED              PERIOD 09/26/01 THROUGH 10/31/01

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 10-26 | 200.00 | | ATM WITHDRAWAL (17) |
| 10-29 | 80.00 | | ATM WITHDRAWAL (18) |
| 10-29 | 200.00 | | ATM WITHDRAWAL (03) |

- ATM/POS/SELECT LOCATIONS -

(01) 1334 PARK STREET STOUGHTON MA 91094
(02) 30 STURTEVANT ST SOMERVILLE MA TR986
(03) 16 SCHOOL STREET FOXBORO MA 90558
(04) SHAWS SHARON SHARON MA CMS41
(05) 669 WORCESTER ROAD FRAMINGHAM MA 90578
(06) 8B ALLSTATE ROAD DORCHESTER MA 90501
(07) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(08) 30 ROWES WHARF BOSTON MA 90175
(09) 289 PARK STREET STOUGHTON MA 7372Y
(10) 1428 MAIN STREET WALPOLE MA S7031
(11) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(12) CITIZENS COBBS CRN STOUGHTON MA CMXF1
(13) RTE 1 EMERALD SQ MALL N ATTLEBORO MA 90821
(14) FLEETCENTER-LEVEL 4 BOSTON MA MA717
(15) 104 CANAL STREET BOSTON MA 90117
(16) PROVIDENCE TNPK WALPOLE MA 91156
(17) 958 AMERICAN LEGION HWY ROSLINDALE MA 91004
(18) 1857 CENTRE ST W ROXBURY MA 91141

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10-01 | 3,279.03 | 10-11 | 2,701.53 | 10-22 | 3,778.08 |
| 10-02 | 3,179.03 | 10-15 | 3,364.29 | 10-24 | 3,478.08 |
| 10-04 | 3,136.53 | 10-16 | 3,061.79 | 10-25 | 3,480.66 |
| 10-05 | 3,096.53 | 10-18 | 2,761.79 | 10-26 | 3,880.66 |
| 10-09 | 2,824.03 | 10-19 | 2,948.08 | 10-29 | 3,600.66 |
| 10-10 | 2,804.03 | | | | |

PAGE   1 OF   6

943973-4466

12/02/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---------|-------------------|-------------------------|---------------------------|---------------|-------------------------------|----------------|
| 943973-4466 | 3362.53 | 4072.11 | 6553.50 | 4.87 | .00 | 886.01 |

ACCOUNT NO.    943973-4466      BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622          PERIOD 09/26/01 THROUGH 12/02/01
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                      1.00 %
INTEREST EARNED THIS PERIOD FOR  68 DAYS                         5.05
2001 INTEREST PAID YEAR TO DATE                                 8.25

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 10-01 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-01 | 62.00 | | ATM NETWORK WITHDRAWAL (02) |
| 10-01 | 1.50 | | ATM NETWORK FEE |
| 10-02 | 100.00 | | ATM WITHDRAWAL (03) |
| 10-04 | 41.00 | | ATM NETWORK WITHDRAWAL (04) |
| 10-04 | 1.50 | | ATM NETWORK FEE |
| 10-05 | 20.00 | | ATM WITHDRAWAL (05) |
| 10-05 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-09 | 40.00 | | ATM WITHDRAWAL (06) |
| 10-09 | 80.00 | | ATM WITHDRAWAL (07) |
| 10-09 | 100.00 | | ATM WITHDRAWAL (08) |
| 10-09 | 51.00 | | ATM NETWORK WITHDRAWAL (09) |
| 10-09 | 1.50 | | ATM NETWORK FEE |
| 10-10 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-11 | 101.00 | | ATM NETWORK WITHDRAWAL (10) |
| 10-11 | 1.50 | | ATM NETWORK FEE |
| 10-15 | | 742.76 | DEPOSIT-ATM |
| | | | 594 WASHINGTON ST |
| | | | STOUGHTON    MA |

PAGE    2 OF    6

943973-4466

12/02/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO.    943973-4466 | CONTINUED | | PERIOD 09/26/01 THROUGH 12/02/01 |
|---|---|---|---|

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-15 | 80.00 | | ATM WITHDRAWAL (11) |
| 10-16 | 301.00 | | ATM NETWORK WITHDRAWAL (12) |
| 10-16 | 1.50 | | ATM NETWORK FEE |
| 10-18 | 300.00 | | ATM WITHDRAWAL (01) |
| 10-19 | | 366.29 | DEPOSIT-ATM |
| | | | RTE 1 EMERALD SQ MALL |
| | | | N ATTLEBORO  MA |
| 10-19 | 80.00 | | ATM WITHDRAWAL (13) |
| 10-19 | 100.00 | | ATM WITHDRAWAL (13) |
| 10-22 | | 970.00 | DEPOSIT-ATM |
| | | | 1334 PARK STREET |
| | | | STOUGHTON   MA |
| 10-22 | 40.00 | | ATM WITHDRAWAL (14) |
| 10-22 | 100.00 | | ATM WITHDRAWAL (15) |
| 10-24 | 300.00 | | ATM WITHDRAWAL (16) |
| 10-25 | | 2.58 | INTEREST |
| | | | PERIOD 09-26-01 TO 10-25-01 |
| | | | AVERAGE BALANCE    3,133.75 |
| | | | INTEREST RATE     1.000 % |

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-25 | | | SC AVG BALANCE =       3,133 |

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-26 | | 600.00 | DEPOSIT-ATM |
| | | | 958 AMERICAN LEGION HWY |
| | | | ROSLINDALE   MA |

PAGE  3 OF   6

943973-4466

12/02/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

ACCOUNT NO.   943973-4466    CONTINUED         PERIOD 09/26/01 THROUGH 12/02/01

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 10-26 | 200.00 | | ATM WITHDRAWAL (17) |
| 10-29 | 80.00 | | ATM WITHDRAWAL (18) |
| 10-29 | 200.00 | | ATM WITHDRAWAL (03) |
| 11-02 | 240.00 | | ATM WITHDRAWAL (03) |
| 11-05 | 500.00 | | ATM WITHDRAWAL (19) |
| 11-07 | 20.00 | | ATM WITHDRAWAL (01) |
| 11-08 | 20.00 | | ATM WITHDRAWAL (01) |
| 11-08 | 21.00 | | ATM NETWORK WITHDRAWAL (09) |
| 11-08 | 21.00 | | ATM NETWORK WITHDRAWAL (04) |
| 11-08 | 1.50 | | ATM NETWORK FEE |
| 11-08 | 1.50 | | ATM NETWORK FEE |
| 11-13 | | 1,293.06 | DEPOSIT-ATM |
| | | | 15 POST OFFICE SQ |
| | | | SHARON     MA |
| 11-13 | 20.00 | | ATM WITHDRAWAL (20) |
| 11-13 | 60.00 | | ATM WITHDRAWAL (21) |
| 11-14 | 500.00 | | ATM WITHDRAWAL (22) |
| 11-15 | 1,500.00 | | WITHDRAWAL |
| 11-19 | | 100.00 | DEPOSIT-ATM |
| | | | 1200 WORCESTER ROAD |
| | | | NATICK     MA |
| 11-19 | 80.00 | | ATM WITHDRAWAL (23) |
| 11-19 | 200.00 | | ATM WITHDRAWAL (19) |
| 11-19 | 300.00 | | ATM WITHDRAWAL (24) |
| 11-21 | 220.00 | | ATM WITHDRAWAL (25) |
| 11-23 | | 2.29 | INTEREST |
| | | | PERIOD 10-26-01 TO 11-25-01 |
| | | | AVERAGE BALANCE     2,692.26 |
| | | | INTEREST RATE     1.000 % |

PAGE    4 OF    6

943973-4466

12/02/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. | 943973-4466 | CONTINUED | PERIOD 09/26/01 THROUGH 12/02/01 |
|---|---|---|---|

- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 11-23 | | | SC AVG BALANCE =    2,692 |

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 11-26 | 161.00 | | ATM NETWORK WITHDRAWAL (26) |
| 11-26 | 1.50 | | ATM NETWORK FEE |
| 11-28 | 120.00 | | ATM WITHDRAWAL (27) |
| 11-30 | 121.00 | | ATM NETWORK WITHDRAWAL (26) |
| 11-30 | 1.50 | | ATM NETWORK FEE |

PAGE  5 OF   6

943973-4466

12/02/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO. | 943973-4466 | CONTINUED | PERIOD 09/26/01 THROUGH 12/02/01 |
| --- | --- | --- | --- |

**- ATM/POS/SELECT LOCATIONS -**

```
(01) 1334 PARK STREET STOUGHTON MA 91094
(02) 30 STURTEVANT ST SOMERVILLE MA TR986
(03) 16 SCHOOL STREET FOXBORO MA 90558
(04) SHAWS SHARON SHARON MA CHS41
(05) 669 WORCESTER ROAD FRAMINGHAM MA 90578
(06) 8B ALLSTATE ROAD DORCHESTER MA 90501
(07) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(08) 30 ROWES WHARF BOSTON MA 90175
(09) 289 PARK STREET STOUGHTON MA 7372Y
(10) 1428 MAIN STREET WALPOLE MA S7031
(11) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(12) CITIZENS COBBS CRN STOUGHTON MA CMXF1
(13) RTE 1 EMERALD SQ MALL N ATTLEBORO MA 90821
(14) FLEETCENTER-LEVEL 4 BOSTON MA MA717
(15) 104 CANAL STREET BOSTON MA 90117
(16) PROVIDENCE TNPK WALPOLE MA 91156
(17) 958 AMERICAN LEGION HWY ROSLINDALE MA 91004
(18) 1857 CENTRE ST W ROXBURY MA 91141
(19) 131 S. BROADWAY SALEM NH 60048
(20) 15 POST OFFICE SQ SHARON MA 91047
(21) 666 WASHINGTON STREET STOUGHTON MA 91099
(22) 15 POST OFFICE SQUARE SHARON MA 91048
(23) 1200 WORCESTER ROAD NATICK MA 90847
(24) 16 SCHOOL STREET FOXBORO MA 90559
(25) 19A EASTERN AVE DEDHAM MA 90464
(26) 780 SOUTH MAIN ST SHARON MA MZ309
(27) 243 CHARLES STREET BOSTON MA 90164
```

**- DAILY BALANCE SUMMARY -**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 10-01 | 3,279.03 | 10-05 | 3,096.53 | 10-11 | 2,701.53 |
| 10-02 | 3,179.03 | 10-09 | 2,824.03 | 10-15 | 3,364.29 |
| 10-04 | 3,136.53 | 10-10 | 2,804.03 | 10-16 | 3,061.79 |

PAGE   6 OF   6

943973-4466

12/02/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

| ACCOUNT NO.   943973-4466 | CONTINUED | | PERIOD 09/26/01 THROUGH 12/02/01 | | |
|---|---|---|---|---|---|

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-18 | 2,761.79 | 11-02 | 3,360.66 | 11-19 | 1,508.72 |
| 10-19 | 2,948.08 | 11-05 | 2,860.66 | 11-21 | 1,286.72 |
| 10-22 | 3,778.08 | 11-07 | 2,840.66 | 11-23 | 1,291.01 |
| 10-24 | 3,478.08 | 11-08 | 2,775.66 | 11-26 | 1,128.51 |
| 10-25 | 3,480.66 | 11-13 | 3,988.72 | 11-28 | 1,008.51 |
| 10-26 | 3,680.66 | 11-14 | 3,488.72 | 11-30 | 886.01 |
| 10-29 | 3,600.66 | 11-15 | 1,988.72 | | |

PAGE  1 OF  7

943973-4466

12/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| SAVINGS | BEGINNING BALANCE | DEPOSITS, OTHER CREDITS | WITHDRAWALS, OTHER DEBITS | INTEREST PAID | ACCOUNT ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 3362.53 | 4739.58 | 8015.50 | 5.22 | .00 | 91.83 |

ACCOUNT NO.   943973-4466     BASIC SAVINGS
FLEET TELEPHONE BANKING ACCESS CODE 4622          PERIOD 09/26/01 THROUGH 12/25/01
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                    1.00 %
INTEREST EARNED THIS PERIOD FOR  91 DAYS                      5.21
2001 INTEREST PAID YEAR TO DATE                              8.60

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-01 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-01 | 62.00 | | ATM NETWORK WITHDRAWAL (02) |
| 10-01 | 1.50 | | ATM NETWORK FEE |
| 10-02 | 100.00 | | ATM WITHDRAWAL (03) |
| 10-04 | 41.00 | | ATM NETWORK WITHDRAWAL (04) |
| 10-04 | 1.50 | | ATM NETWORK FEE |
| 10-05 | 20.00 | | ATM WITHDRAWAL (05) |
| 10-05 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-09 | 40.00 | | ATM WITHDRAWAL (06) |
| 10-09 | 80.00 | | ATM WITHDRAWAL (07) |
| 10-09 | 100.00 | | ATM WITHDRAWAL (08) |
| 10-09 | 51.00 | | ATM NETWORK WITHDRAWAL (09) |
| 10-09 | 1.50 | | ATM NETWORK FEE |
| 10-10 | 20.00 | | ATM WITHDRAWAL (01) |
| 10-11 | 101.00 | | ATM NETWORK WITHDRAWAL (10) |
| 10-11 | 1.50 | | ATM NETWORK FEE |
| 10-15 | | 742.76 | DEPOSIT-ATM |
| | | | 594 WASHINGTON ST |
| | | | STOUGHTON    MA |

12/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO.   943973-4466 | CONTINUED | | PERIOD 09/26/01 THROUGH 12/25/01 |
|---|---|---|---|

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-15 | 80.00 | | ATM WITHDRAWAL (11) |
| 10-16 | 301.00 | | ATM NETWORK WITHDRAWAL (12) |
| 10-16 | 1.50 | | ATM NETWORK FEE |
| 10-18 | 300.00 | | ATM WITHDRAWAL (01) |
| 10-19 | | 366.29 | DEPOSIT-ATM |
| | | | RTE 1 EMERALD SQ MALL |
| | | | N ATTLEBORO  MA |
| 10-19 | 80.00 | | ATM WITHDRAWAL (13) |
| 10-19 | 100.00 | | ATM WITHDRAWAL (13) |
| 10-22 | | 970.00 | DEPOSIT-ATM |
| | | | 1334 PARK STREET |
| | | | STOUGHTON    MA |
| 10-22 | 40.00 | | ATM WITHDRAWAL (14) |
| 10-22 | 100.00 | | ATM WITHDRAWAL (15) |
| 10-24 | 300.00 | | ATM WITHDRAWAL (16) |
| 10-25 | | 2.58 | INTEREST |
| | | | PERIOD 09-26-01 TO 10-25-01 |
| | | | AVERAGE BALANCE    3,133.75 |
| | | | INTEREST RATE    1.000 % |

**- ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-25 | | | SC AVG BALANCE =    3,133 |

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 10-26 | | 600.00 | DEPOSIT-ATM |
| | | | 958 AMERICAN LEGION HWY |
| | | | ROSLINDALE    MA |

PAGE   3 OF   7

943973-4466

12/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

ACCOUNT NO.   943973-4466        CONTINUED                    PERIOD 09/26/01 THROUGH 12/25/01

- DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 10-26 | 200.00 | | ATM WITHDRAWAL (17) |
| 10-29 | 80.00 | | ATM WITHDRAWAL (18) |
| 10-29 | 200.00 | | ATM WITHDRAWAL (03) |
| 11-02 | 240.00 | | ATM WITHDRAWAL (03) |
| 11-05 | 500.00 | | ATM WITHDRAWAL (19) |
| 11-07 | 20.00 | | ATM WITHDRAWAL (01) |
| 11-08 | 20.00 | | ATM WITHDRAWAL (01) |
| 11-08 | 21.00 | | ATM NETWORK WITHDRAWAL (09) |
| 11-08 | 21.00 | | ATM NETWORK WITHDRAWAL (04) |
| 11-08 | 1.50 | | ATM NETWORK FEE |
| 11-08 | 1.50 | | ATM NETWORK FEE |
| 11-13 | | 1,293.06 | DEPOSIT-ATM |
| | | | 15 POST OFFICE SQ |
| | | | SHARON      MA |
| 11-13 | 20.00 | | ATM WITHDRAWAL (20) |
| 11-13 | 60.00 | | ATM WITHDRAWAL (21) |
| 11-14 | 500.00 | | ATM WITHDRAWAL (22) |
| 11-15 | 1,500.00 | | WITHDRAWAL |
| 11-19 | | 100.00 | DEPOSIT-ATM |
| | | | 1200 WORCESTER ROAD |
| | | | NATICK      MA |
| 11-19 | 80.00 | | ATM WITHDRAWAL (23) |
| 11-19 | 200.00 | | ATM WITHDRAWAL (19) |
| 11-19 | 300.00 | | ATM WITHDRAWAL (24) |
| 11-21 | 220.00 | | ATM WITHDRAWAL (25) |
| 11-23 | | 2.29 | INTEREST |

PERIOD 10-26-01 TO 11-25-01
AVERAGE BALANCE       2,692.26
INTEREST RATE     1.000 %

PAGE   4 OF   7

943973-4466

12/25/01

156                                                    Questions?
                                                Call our Telephone
                                                Banking Center at
                                                   1-800-841-4000

        DORIS H MENDES
        171 BRIDE ST                                    CY
        DEDHAM MA  02026

ACCOUNT NO.    943973-4466       CONTINUED              PERIOD 09/26/01 THROUGH 12/25/01

                        - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

                DATE        DEBITS (-)   CREDITS (+) DESCRIPTION

                11-23                                SC AVG BALANCE =       2,692

                                - DEBITS AND CREDITS -

                DATE        DEBITS (-)   CREDITS (+) DESCRIPTION

                11-26        161.00                  ATM NETWORK WITHDRAWAL (26)
                11-26          1.50                  ATM NETWORK FEE
                11-28        120.00                  ATM WITHDRAWAL (27)
                11-30        121.00                  ATM NETWORK WITHDRAWAL (26)
                11-30          1.50                  ATM NETWORK FEE

                12-03         80.00                  ATM WITHDRAWAL (18)
                12-03         60.00                  ATM NETWORK WITHDRAWAL (28)
                12-03          1.50                  ATM NETWORK FEE
                12-04        400.00                  ATM WITHDRAWAL (27)
                12-07         21.00                  ATM NETWORK WITHDRAWAL (29)

                12-07          1.50                  ATM NETWORK FEE
                12-10        200.00                  ATM WITHDRAWAL (30)
                12-10         61.50                  ATM NETWORK WITHDRAWAL (31)
                12-10          1.50                  ATM NETWORK FEE
                12-11                     191.49     DEPOSIT-ATM
                                                     15 POST OFFICE SQ
                                                     SHARON      MA

                12-11         20.00                  ATM WITHDRAWAL (20)
                12-13        140.00                  ATM WITHDRAWAL (01)
                12-14         40.00                  ATM WITHDRAWAL (22)
                12-17                     475.98     DEPOSIT-ATM
                                                     300 VFW PARKWAY
                                                     DEDHAM       MA
                12-17         40.00                  ATM WITHDRAWAL (32)

PAGE  5 OF   7

943973-4466

12/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

CY

| ACCOUNT NO.   943973-4466 | CONTINUED | PERIOD 09/26/01 THROUGH 12/25/01 |
|---|---|---|

## - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 12-17 | 60.00 | | ATM WITHDRAWAL (01) |
| 12-20 | 60.00 | | ATM WITHDRAWAL (33) |
| 12-21 | 51.00 | | ATM NETWORK WITHDRAWAL (09) |
| 12-21 | 61.00 | | ATM NETWORK WITHDRAWAL (26) |
| 12-21 | 1.50 | | ATM NETWORK FEE |
| 12-21 | 1.50 | | ATM NETWORK FEE |
| 12-24 | 20.00 | | ATM WITHDRAWAL (22) |
| 12-24 | 140.00 | | ATM WITHDRAWAL (07) |
| 12-24 | | .35 | INTEREST |
| | | | PERIOD 11-26-01 TO 12-25-01 |
| | | | AVERAGE BALANCE       434.04 |
| | | | INTEREST RATE      .979 % |

## - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 12-24 | | | SC AVG BALANCE =       434 |

PAGE   7 OF   7

943973-4466

12/25/01

156

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

DORIS H MENDES
171 BRIDE ST
DEDHAM MA   02026

CY

ACCOUNT NO.   943973-4466      CONTINUED                    PERIOD 09/26/01 THROUGH 12/25/01

- DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 10-01 | 3,279.03 | 10-26 | 3,880.66 | 11-28 | 1,008.51 |
| 10-02 | 3,179.03 | 10-29 | 3,600.66 | 11-30 | 886.01 |
| 10-04 | 3,136.53 | 11-02 | 3,360.66 | 12-03 | 744.51 |
| 10-05 | 3,096.53 | 11-05 | 2,860.66 | 12-04 | 344.51 |
| 10-09 | 2,824.03 | 11-07 | 2,840.66 | 12-07 | 322.01 |
| 10-10 | 2,804.03 | 11-08 | 2,775.66 | 12-10 | 59.01 |
| 10-11 | 2,701.53 | 11-13 | 3,988.72 | 12-11 | 230.50 |
| 10-15 | 3,364.29 | 11-14 | 3,488.72 | 12-13 | 90.50 |
| 10-16 | 3,061.79 | 11-15 | 1,988.72 | 12-14 | 50.50 |
| 10-18 | 2,761.79 | 11-19 | 1,508.72 | 12-17 | 426.48 |
| 10-19 | 2,948.08 | 11-21 | 1,288.72 | 12-20 | 366.48 |
| 10-22 | 3,778.08 | 11-23 | 1,291.01 | 12-21 | 251.48 |
| 10-24 | 3,478.08 | 11-26 | 1,128.51 | 12-24 | 91.83 |
| 10-25 | 3,480.66 | | | | |

# ✳ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR796          40    1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA  02026

Citizens Circle
Account Statement

1 OF  5

Beginning March 20, 2001
through April 18, 2001

### Contents

| | |
|---|---|
| Summary | Page 1 |
| Checking | Page 2 |
| Overdraft Line | Page 4 |
| Savings | Page 5 |

## Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement | |
|---|---|---|---|---|
| | | | | DORIS H MENDES |
| | | | | Citizens Circle Checking |
| **D E P O S I T   B A L A N C E** | | | | 113077-003-3 |
| Checking | | | | |
| Citizens Circle Checking | 113077-003-3 | NOT AVAILABLE | 243.09 | |
| Savings | | | | |
| Statement Savings | 1152-625096 | NOT AVAILABLE | 14.80 | |
| Passbook Savings | 1152-770126 | NOT AVAILABLE | 6,918.64 | |
| | | | | Total Deposit Balance |
| | | | | = 7,176.53 |
| **L O A N   B A L A N C E** | | | | |
| Overdraft Line of Credit | 113077-003-3 | NOT AVAILABLE | 976.53 | |
| | | | | Total Loan Balance |
| | | | | = 976.53 |
| Average monthly combined balance to waive monthly fee is | | | 5,000.00 | Total Relationship Balance |
| Your average monthly combined balance this statement period is | | | 8,272.23 | = 8,153.06 |

---

| M E M O
. If your credit card account appears on the Circle summary section of  your statement,
please note that your credit card balance is as of February 11, 1999.  This balance will
be reported on your upcoming statements until we have completed the transfer of
your account to our new credit card servicing company.  We are sorry for any
inconvenience and we thank you for your understanding.



003 REV. 2/05

Checking Account Balance Worksheet

! Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement     $ _____

Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____

Total of 2

**3** Subtotal by adding 1 and 2     (=) $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, or
withdrawals that do not appear on this
statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____

Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance     (=) $ _____

Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number
shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to
another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or
Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information
about a transfer/transaction on your statement or receipt, call us at the number shown
on the front of your statement or write us as soon as possible at the address above. We
must hear from you no later than 60 days after we sent you the first statement on which
the error or problem appeared. You can call us, but you must also write to us to fully
preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of
  why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more
than 10 business days (10 calendar days in MA) to complete our investigation, we
will credit your account for the amount in question so that you have use of the
money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However,
you do have to pay the parts of your bill that are not in question. While we investigate
your question, we cannot report you as delinquent or take any action to collect the
amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts
Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your
account by the Daily Periodic Rate and then multiplying the result by the number of
days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each
day (which does not include any unpaid finance charges or fees), add any new Overdraft
Line of Credit transactions as of the date of those transactions, and subtract any pay-
ments or credits. This gives us the daily balance. Then we add all the daily balances for
the billing cycle together and divide the total by the number of days in the billing cycle.
This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of
address.

*Thank you for banking with Citizens Bank.*

# �֍ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Account Statement

2 OF  5

Beginning March 20, 2001
through April 18, 2001

## Checking

### S U M M A R Y

DORIS H MENDES
Citizens Circle Checking
113077-003-3

Balance Calculation

| Previous Balance | 211.32 | |
| Checks | 3,968.79 | - |
| Withdrawals & Fees | 645.34 | - |
| Deposits & Additions | 4,645.90 | + |
| Current Balance | 243.09 | = |

### T R A N S A C T I O N   D E T A I L S

Previous Balance

211.32

Checks * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 1035 | 80.00 | 03/23 | 80124402 | 1063 | 60.88 | 04/02 | 40735871 |
| 1038* | 35.00 | 03/21 | 40807587 | 1064 | 26.00 | 03/29 | 42823973 |
| 1039 | 68.75 | 04/05 | 82017740 | 1065 | 109.50 | 04/03 | 80816462 |
| 1040 | 23.75 | 04/05 | 82017739 | 1066 | 551.00 | 04/04 | 43016026 |
| 1044* | 75.00 | 03/20 | 80108410 | 1068* | 328.42 | 04/06 | 12103318 |
| 1047* | 60.00 | 03/30 | 26731389 | 1069 | 65.00 | 04/09 | 82840724 |
| 1048 | 6.43 | 04/02 | 80118778 | 1070 | 35.50 | 04/10 | 42605019 |
| 1049 | 73.92 | 03/23 | 40239411 | 1071 | 100.00 | 04/10 | 80123456 |
| 1050 | 80.00 | 03/26 | 25732788 | 1077* | 100.00 | 04/09 | 41933900 |
| 1051 | 150.00 | 03/23 | 80117109 | 1078 | 80.00 | 04/17 | 82839073 |
| 1052 | 120.00 | 04/02 | 26822277 | 1079 | 60.00 | 04/17 | 20131668 |
| 1053 | 200.00 | 04/03 | 80828492 | 1080 | 80.00 | 04/11 | 80736768 |
| 1055* | 200.00 | 03/29 | 20118829 | 1081 | 83.20 | 04/06 | 15437521 |
| 1056 | 100.00 | 03/26 | 25308202 | 1082 | 44.70 | 04/11 | 80705235 |
| 1057 | 100.00 | 03/29 | 42007380 | 1083 | 110.00 | 04/17 | 42509101 |
| 1058 | 350.00 | 03/27 | 81915698 | 1084 | 100.00 | 04/12 | 41040316 |
| 1059 | 22.40 | 03/26 | 75629622 | 1085 | 16.22 | 04/10 | 42802235 |
| 1060 | 75.13 | 03/30 | 43108957 | 1087* | 10.69 | 04/12 | 41939973 |
| 1061 | 30.00 | 04/05 | 81919517 | 1088 | 78.98 | 04/17 | 42205246 |
| 1062 | 60.00 | 04/02 | 26831007 | 1089 | 18.32 | 04/17 | 42504474 |

Total Checks

3,968.79

## Withdrawals & Fees

### ATM/Purchases

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 03/26 | 7.63 | Point Of Sale Debit - 260539 Star Markets West Roxbury MA | |
| 03/30 | 11.16 | Point Of Sale Debit - 260539 Star Markets West Roxbury MA | |
| 04/05 | 20.00 | ATM Withdrawal | |
| 04/06 | 40.00 | ATM Withdrawal | CMUL10 |
| 04/09 | 40.00 | ATM Withdrawal | CMZB10 |
| 04/09 | 21.00 | ATM Withdrawal - Tq1661 585 Columbia Rd Dorchester MA | CMUC10 |
| 04/09 | 20.00 | ATM Withdrawal | |
| 04/11 | 20.00 | ATM Withdrawal | CMUL10 |
| 04/11 | 20.00 | ATM Withdrawal | CMUL10 |
| 04/12 | 60.00 | ATM Withdrawal | CMUL10 |
| 04/12 | 40.75 | ATM Withdrawal - 91006 114 Dudley Street Roxbury MA | CMJP20 |
| 04/12 | 40.00 | ATM Withdrawal | |
| 04/12 | 40.00 | ATM Withdrawal | CMJP20 |
| 04/12 | 20.00 | ATM Withdrawal | CMUC10 |
| 04/13 | 21.50 | ATM Withdrawal - Aw1200 229 Bowdoin St. Dorchester MA | CMUL10 |
| 04/16 | 80.75 | ATM Withdrawal - 90879 1160 Walnut St Newton MA | |

003 REV 2/05

Checking Account Balance Worksheet

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement   $ _____
                                               Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                               (+) $ _____
                                                    Total of 2

**3** Subtotal by adding 1 and 2            (=) $ _____
                                                Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                               (−) $ _____
                                                    Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

                                               (=) $ _____
                                                        Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*

If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*

We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*

You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*

We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*

To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ❊❊ Citizens Bank

Account Statement

1-800-922-9999

3 OF 5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning March 20, 2001
through April 18, 2001

· Checking continued from previous page

Other Withdrawals

DORIS H MENDES
Citizens Circle Checking
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 03/23 | 22884641 | 125.00 | Wells Fargo Checkpaymt 032201 000000001054 |
| 04/11 | 06259040 | 16.85 | Clarke American Chk Order 010407 Ymta01630300200 |

Fees

| Date | Item No. | Amount | Description | Location Code |
|------|----------|--------|-------------|------|
| | | .70 | Point Of Sale Fee (2) | |

Total Withdrawals & Fees
- ------------------------------
645.34

Deposits & Additions

Other Additions

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 03/22 | 92314965 | 605.39 | All Time 99801 032201 016581618 |
| 03/23 | 80501610 | 500.00 | Deposit |
| 03/29 | 63513096 | 358.07 | Deutsches Altenh 99801 032901 016581618 |
| 04/02 | 80136681 | 741.58 | Deposit |
| 04/02 | 80305355 | 230.00 | Deposit |
| 04/04 | | 33.39 | Overdraft Line Transfer |
| 04/05 | 35022614 | 412.30 | Deutsches Altenh 99801 040501 016581618 |
| 04/06 | 77302154 | 575.49 | Deposit |
| 04/09 | 83404695 | 241.33 | Deposit |
| 04/12 | 06319225 | 427.40 | Deutsches Altenh 99801 041201 016581618 |
| 04/13 | 77213764 | 520.95 | Deposit |

Total Deposits & Additions
+ ------------------------------
4,645.90

Current Balance
= ------------------------------
243.09

C I T I Z E N S    A T M    L O C A T I O N S    U S E D

| Location Code | Times Used | Location |
|------|------|----------|
| CMJP20 | 002 | Citizens Jamaica Plain 2, Jamaica Plns MA |
| CMUC10 | 002 | Citizens Uphams Corner, Dorchester MA |
| CMUL10 | 005 | Citizens Dedham, Dedham MA |
| CMZB10 | 001 | Brighton, Brighton MA |

Member FDIC    Equal Housing Lender

4003 REV 2.05

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure
  to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement        $ _____
                                                              Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                              (+) $ _____
                                                              Total of 2

**3** Subtotal by adding 1 and 2              (=) $ _____
                                                         Subtotal of 1 and 2

**4** List outstanding checks, transfers, or
withdrawals that do not appear on this
statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                              (−) $ _____
                                                              Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance                    (=) $ _____
                                                              Total

---

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ❊❊ Citizens Bank

Account Statement

1-800-922-9999

4 OF 5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning March 20, 2001
through April 18, 2001

## Overdraft Line of Credit

### S U M M A R Y

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 989.10 | Average Daily Balance | 948.95 |
| Advances & Debits | 33.39 + | Credit Limit | 1,000.00 |
| FINANCE CHARGE | 14.04 + | Available Credit | 23.47 |
| Payments & Credits | 60.00 - | | |
| Current Balance | 976.53 = | Interest | |
| | | ANNUAL PERCENTAGE RATE | 18.00% |
| | | Daily Periodic Rate | .04932% |
| | | Days in Billing Cycle | 30 |
| | | Payment | |
| | | Statement Beginning Date | 03/20/01 |
| | | Statement Closing Date | 04/18/01 |
| | | Past Due Amount | .00 |
| | | Payment Due Date | 05/13/01 |
| | | Minimum Payment Due | 20.00 |

### T R A N S A C T I O N   D E T A I L S

Previous Balance

989.10

#### Advances & Other Debits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/04 | | 33.39 | Transfer To Checking |
| 04/18 | | 14.04 | Finance Charge |

Total Advances & Debits

+  47.43

#### Payments & Other Credits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 03/22 | 75312577 | 60.00 | Payment |

Total Payments & Credits

-  60.00

Current Balance

=  976.53

# Checking Account Balance Worksheet

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

## Customer Service

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✕ Citizens Bank

Account Statement

1-800-922-9999

5 OF  5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning March 20, 2001
through April 18, 2001

Savings

## SUMMARY

DORIS H MENDES
Statement Savings
1152-625096

Balance Calculation

Balance

| Previous Balance | 14.79 | Average Daily Balance | 14.79 |
| Withdrawals & Fees | .00 - | | |
| Deposits & Additions | .00 + | Interest | |
| Interest Paid | | | |
| | .01 + | Current Interest Rate | 1.00% |
| Current Balance | 14.80 = | Annual Percentage Yield Earned | .83% |
| | | Number of Days Interest Earned | 30 |
| | | Interest Earned | .01 |
| | | Interest Paid this Year | .49 |

Previous Balance

## TRANSACTION DETAILS
Interest

14.79

| Date | Item No. | Amount | Description |
| 04/18 | | .01 | Interest |

Total Interest Paid

+ --------------------------
.01

Current Balance

= --------------------------
14.80

## NEWS FROM CITIZENS

Effective March 23, 2001, the fee for a Returned Deposited Item is lowered
from $3.08 to $2.53.

Effective immediately, customers with Circle and Circle Gold Checking
Accounts may request a replacement ATM or MasterMoney debit card at no cost.
If you do not have a Circle or Circle Gold Checking Account, there is a $5 fee
to replace an ATM or MasterMoney debit card. The fee for customers requesting
overnight card delivery will change from $10 to $20 on all accounts, effective
June 15, 2001.  To become a Circle Customer, call 1-877-360-CIRCLE anytime.

Also, in our continuing effort to make banking more convenient for you, we want
to authorize every transaction you request on your checking account.  We can't
always do that, but when we permit your MasterMoney & ATM card point of sale
purchase(s) to create an overdraft on your account, the overdraft fees described
in your account Fees Schedule may be charged, effective June 15th.

MasterMoney is a trademark of MasterCard International.

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ❊❊ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Citizens Circle
Account Statement

1 OF 4

Beginning April 19, 2001
through May 17, 2001

US059 BR796       26    1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA  02026

## Contents
--------------------------------

| Summary | Page | 1 |
| Checking | Page | 2 |
| Overdraft Line | Page | 3 |
| Savings | Page | 4 |

## Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement | |
|---|---|---|---|---|
| | | | | DORIS H MENDES |
| | | | | Citizens Circle Checking |
| **D E P O S I T  B A L A N C E** | | | | 113077-003-3 |
| **C h e c k i n g** | | | | |
| Citizens Circle Checking | 113077-003-3 | 243.09 | 605.29 | |
| **S a v i n g s** | | | | |
| Statement Savings | 1152-625096 | 14.80 | 14.82 | |
| Passbook Savings | 1152-770126 | 6,918.64 | 6,428.38 | |
| | | | | Total Deposit Balance |
| | | | | = --------------------------- |
| | | | | 7,048.49 |
| **L O A N  B A L A N C E** | | | | |
| Overdraft Line of Credit | 113077-003-3 | 976.53 | 913.59 | |
| | | | | Total Loan Balance |
| | | | | ≈ --------------------------- |
| | | | | 913.59 |

Average monthly combined balance to waive monthly fee is                5,000.00
Your average monthly combined balance this statement period is          7,808.90   = 

Total Relationship Balance
---------------------------
7,962.08

## M E M O
. If your credit card account appears on the Circle summary section of your statement, please note that your credit card balance is as of February 11, 1999. This balance will be reported on your upcoming statements until we have completed the transfer of your account to our new credit card servicing company. We are sorry for any inconvenience and we thank you for your understanding.

Member FDIC ⌂ Equal Housing Lender

003 REV 2/05

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
                                                    Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

( + ) $ _____
        Total of 2

**3** Subtotal by adding 1 and 2    ( = ) $ _____
                                            Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

( − ) $ _____
        Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance    ( = ) $ _____
                                                                                     Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# �֎ Citizens Bank

Account Statement

2 OF   4

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning April 19, 2001
through May 17, 2001

Checking

## S U M M A R Y

DORIS H MENDES
Citizens Circle Checking
113077-003-3

Balance Calculation

| | | |
|---|---|---|
| Previous Balance | 243.09 | |
| Checks | 2,408.74 | - |
| Withdrawals & Fees | 451.96 | - |
| Deposits & Additions | 3,222.90 | + |
| Current Balance | 605.29 | = |

Previous Balance

243.09

## T R A N S A C T I O N   D E T A I L S

Checks * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 1072 | 80.00 | 04/20 | 43402874 | 1102* | 110.00 | 05/07 | 13220022 |
| 1073 | 130.00 | 04/19 | 41928115 | 1103 | 300.00 | 04/30 | 70839158 |
| 1075* | 70.00 | 04/19 | 42031409 | 1104 | 85.00 | 05/07 | 13035478 |
| 1076 | 50.00 | 04/25 | 10061562 | 1105 | 100.00 | 05/07 | 80109151 |
| 1090* | 40.00 | 04/24 | 42016918 | 1106 | 60.00 | 05/07 | 13018939 |
| 1091 | 20.00 | 04/24 | 82500744 | 1107 | 100.00 | 05/07 | 72508457 |
| 1092 | 74.50 | 04/24 | 42016782 | 1109* | 32.97 | 05/08 | 16506780 |
| 1093 | 45.00 | 04/26 | 20619647 | 1110 | 47.34 | 05/08 | 20236359 |
| 1094 | 6.77 | 04/24 | 82534590 | 1111 | 50.00 | 05/08 | 20203663 |
| 1095 | 100.00 | 04/26 | 10805748 | 1112 | 13.74 | 05/09 | 26735035 |
| 1097* | 30.00 | 04/25 | 43221430 | 1113 | 328.42 | 05/10 | 41721884 |
| 1098 | 15.00 | 04/24 | 82500746 | 1114 | 100.00 | 05/15 | 77412858 |
| 1100* | 350.00 | 04/25 | 71817554 | 1115 | 70.00 | 05/11 | 25632564 |

Total Checks

2,408.74

**Withdrawals & Fees**

ATM/Purchases

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 04/19 | 20.00 | ATM Withdrawal | CMXI20 |
| 04/20 | 160.00 | ATM Withdrawal | CMJL10 |
| 04/20 | 9.96 | Point Of Sale Debit - 269037 HI-Lo Foods Jamaica Plai MA | |
| 05/07 | 60.00 | ATM Withdrawal | CMXI30 |

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/27 | 70334977 | 150.00 | Wells Fargo Checkpaymt 042601 1096 |

Fees

| Date | Item No. | Amount | Description | Location Code |
|---|---|---|---|---|
| | | 52.00 | Overdraft Fee (2) | |

Total Withdrawals & Fees

451.96

Deposits & Additions

Other Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 04/19 | 87880035 | 379.82 | Deutsches Altenh 99801 041901 016581618 |
| 04/20 | 70512810 | 500.93 | Deposit |

Member FDIC   ⌂ Equal Housing Lender

4013 REV. 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

---

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write to us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# �֎ Citizens Bank

Account Statement

1-800-922-9999

3 OF 4

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning April 19, 2001
through May 17, 2001

## Checking continued from previous page

------------------------------------------------------------------------

### Other Additions (continued)

DORIS H MENDES
Citizens Circle Checking
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 04/26 | 58824748 | 186.68 | Deutsches Altenh 99801 042601 016581618 |
| 04/27 | 75134593 | 410.48 | Deposit |
| 05/02 | 71505598 | 125.00 | Deposit |
| 05/03 | 11183273 | 382.58 | Deutsches Altenh 99801 050301 016581618 |
| 05/08 | | 67.96 | Overdraft Line Transfer |
| 05/09 | | 13.74 | Overdraft Line Transfer |
| 05/10 | 82514862 | 279.12 | Deutsches Altenh 99801 051001 016581618 |
| 05/10 | 87932228 | 100.00 | Deposit |
| 05/14 | | 1.77 | Overdraft Line Transfer |
| 05/16 | 72501898 | 400.00 | Deposit |
| 05/17 | 53784394 | 374.82 | Deutsches Altenh 99801 051701 016581618 |

Total Deposits & Additions
+ ----------------------------
3,222.90

Current Balance
= ----------------------------
605.29

------------------------------------------------------------------------

## C I T I Z E N S   A T M   L O C A T I O N S   U S E D

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMUL10 | 001 | Citizens Dedham, Dedham MA |
| CMXI20 | 001 | Citizens Centre St 2, West Roxbury MA |
| CMXI30 | 001 | Citizens Centre St 3, West Roxbury MA |

------------------------------------------------------------------------

## Overdraft Line of Credit

------------------------------------------------------------------------

### S U M M A R Y

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

**Balance Calculation**                    **Balance**

| | | | |
|---|---|---|---|
| Previous Balance | 976.53 | Average Daily Balance | 950.25 |
| Advances & Debits | 83.47 + | Credit Limit | 1,000.00 |
| FINANCE CHARGE | 13.59 + | Available Credit | 86.41 |
| Payments & Credits | 160.00 - | | |
| Current Balance | 913.59 = | Interest | |

| | |
|---|---|
| ANNUAL PERCENTAGE RATE | 18.00% |
| Daily Periodic Rate | .04932% |
| Days in Billing Cycle | 29 |

**Payment**

| | |
|---|---|
| Statement Beginning Date | 04/19/01 |
| Statement Closing Date | 05/17/01 |
| Past Due Amount | .00 |
| Payment Due Date | 06/11/01 |
| Minimum Payment Due | 20.00 |

Previous Balance
----------------------------
976.53

------------------------------------------------------------------------

### T R A N S A C T I O N   D E T A I L S

MemberFDIC  ⌂ Equal Housing Lender

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |
| \_\_\_ | \_\_\_\_\_ | \_\_\_ | \_\_\_\_\_ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# �֎ Citizens Bank

Account Statement

1-800-922-9999

4 OF   4

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning April 19, 2001
through May 17, 2001

## Overdraft Line of Credit continued from previous page

------------------------------------------------------------------------

### Advances & Other Debits

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 05/08 | | 67.96 | Transfer To Checking |
| 05/09 | | 13.74 | Transfer To Checking |
| 05/14 | | 1.77 | Transfer To Checking |
| 05/17 | | 13.59 | Finance Charge |

Total Advances & Debits
+  ----------------------------
97.06

### Payments & Other Credits

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 04/27 | 75134473 | 60.00 | Payment |
| 05/16 | 72501896 | 100.00 | Payment |

Total Payments & Credits
-  ----------------------------
160.00

Current Balance
=  ----------------------------
913.59

## Savings
------------------------------------------------------------------------

# S U M M A R Y

DORIS H MENDES
Statement Savings
1152-625096

### Balance Calculation

Balance

| | | |
|---|---|---|
| Previous Balance | 14.80 | Average Daily Balance | 14.80 |
| Withdrawals & Fees | .00 - | | |
| Deposits & Additions | .00 + | Interest | |
| Interest Paid | | | |
| Current Balance | .02 + | Current Interest Rate | 1.00% |
| | 14.82 = | Annual Percentage Yield Earned | .85% |
| | | Number of Days Interest Earned | 29 |
| | | Interest Earned | .01 |
| | | Interest Paid this Year | .51 |

Previous Balance
----------------------------
14.80

# T R A N S A C T I O N   D E T A I L S
Interest

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 05/17 | | .02 | Interest |

Total Interest Paid
+  ----------------------------
.02

Current Balance
=  ----------------------------
14.82

RI03 REV 2/05

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(-) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

 **Citizens Bank**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR796    36  1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA  02026

Citizens Circle
Account Statement

1 OF  4

Beginning May 18, 2001
through June 19, 2001

Contents
--------------------------------
Summary          Page  1
Checking         Page  2
Overdraft Line   Page  3
Savings          Page  4

Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **D E P O S I T   B A L A N C E** | | | |
| **Checking** | | | |
| Citizens Circle Checking | 113077-003-3 | 605.29 | 5.14 |
| **Savings** | | | |
| Citizens Circle Savings | 1152-625096 | 14.82 | 14.83 |
| Citizens Circle Passbook | 1152-770126 | 6,428.38 | 4,933.83 |

DORIS H MENDES
Citizens Circle Checking
113077-003-3

Total Deposit Balance
= ----------------------------
4,953.80

| **L O A N   B A L A N C E** | | | |
|---|---|---|---|
| Overdraft Line of Credit | 113077-003-3 | 913.59 | 908.21 |

Total Loan Balance
= ----------------------------
908.21

Average monthly combined balance to waive monthly fee is        5,000.00
Your average monthly combined balance this statement period is   6,924.81

Total Relationship Balance
= ----------------------------
5,862.01

| M E M O
.  If your credit card account appears on the Circle summary section of  your statement,
please note that your credit card balance is as of February 11, 1999.  This balance will
be reported on your upcoming statements until we have completed the transfer of
your account to our new credit card servicing company.  We are sorry for any
inconvenience and we thank you for your understanding.

Member FDIC   Equal Housing Lender

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |
| ___ | _____ | ___ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✴ Citizens Bank

Account Statement

1-800-922-9999

2 OF  4

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning May 18, 2001
through June 19, 2001

## Checking

### S U M M A R Y

DORIS H MENDES
Citizens Circle Checking
113077-003-3

Balance Calculation

| | |
|---|---|
| Previous Balance | 605.29 |
| Checks | 2,243.33 - |
| Withdrawals & Fees | 1,626.92 - |
| Deposits & Additions | 3,270.10 + |
| Current Balance | 5.14 = |

Previous Balance

605.29

### T R A N S A C T I O N  D E T A I L S

Checks * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 1086 | 65.00 | 06/18 | 80527178 | 1133 | 80.00 | 05/24 | 17318942 |
| 1116* | 120.00 | 05/21 | 10822522 | 1134 | 60.00 | 05/24 | 17339026 |
| 1117 | 50.00 | 05/22 | 11804702 | 1135 | 6.77 | 05/30 | 76106539 |
| 1118 | 80.00 | 05/21 | 42210258 | 1136 | 47.03 | 05/30 | 76106929 |
| 1119 | 70.00 | 05/21 | 43000725 | 1137 | 60.00 | 05/22 | 76924436 |
| 1120 | 30.00 | 05/22 | 76813117 | 1138 | 110.00 | 05/29 | 25209817 |
| 1121 | 100.00 | 05/21 | 43014612 | 1139 | 60.00 | 06/04 | 40600135 |
| 1122 | 50.00 | 05/21 | 42214313 | 1141* | 125.00 | 06/01 | 87405395 |
| 1123 | 50.00 | 05/21 | 70910557 | 1143* | 328.42 | 06/12 | 32019295 |
| 1124 | 10.00 | 05/29 | 25121249 | 1144 | 43.44 | 06/13 | 32600510 |
| 1125 | 28.17 | 06/04 | 80124830 | 1181* | 25.00 | 06/19 | 36027484 |
| 1126 | 20.00 | 05/25 | 80609005 | 1182 | 70.00 | 06/18 | 25209049 |
| 1127 | 74.50 | 05/25 | 28208109 | 1184* | 20.00 | 06/18 | 40218056 |
| 1128 | 40.00 | 05/29 | 25110917 | 1185 | 30.00 | 06/19 | 36236468 |
| 1129 | 50.00 | 05/29 | 40720435 | 1186 | 40.00 | 06/19 | 36028145 |
| 1130 | 50.00 | 05/29 | 25212853 | 1188* | 45.00 | 06/19 | 36028146 |
| 1131 | 35.00 | 05/24 | 17318892 | 1190* | 100.00 | 06/18 | 25209516 |
| 1132 | 50.00 | 05/24 | 17320768 | 1191 | 20.00 | 06/19 | 36300413 |

Total Checks

2,243.33

### Withdrawals & Fees

ATM/Purchases

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 05/29 | 400.00 | ATM Withdrawal | CMXI30 |
| 06/01 | 300.00 | ATM Withdrawal | CMYO10 |
| 06/01 | 300.00 | ATM Withdrawal | CMYO10 |
| 06/01 | 100.75 | ATM Withdrawal - 90508 American Airlines E. Boston MA | |
| 06/11 | 100.00 | ATM Withdrawal - 0015 Red Unicard Lima | |
| 06/13 | 17.34 | Point Of Sale Debit - 269037 HI-Lo Foods Jamaica Plai MA | |
| 06/14 | 100.00 | ATM Withdrawal | CMXI30 |
| 06/14 | 25.50 | Point Of Sale Debit - 098609 Roche Bros #103 W.Roxbury MA | |
| 06/18 | 70.80 | MMC Purchase - 314058 American Lima OK | |
| 06/18 | 40.75 | ATM Withdrawal - 91135 1230 VFW Pkwy W Roxbury MA | |
| 06/18 | 20.00 | ATM Withdrawal | CMXI30 |
| 06/18 | 11.78 | MMC Purchase - 045737 Roman's Hallmark Shop Dedham MA | |

Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 06/05 | 67651507 | 120.00 | Ccb-Hunt 01155 Checkpaymt 066411 000000000001142 |
| 06/11 | | 20.00 | Overdraft Line Payment |

Total Withdrawals & Fees

1,626.92

Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____

Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____

Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

Account Statement

1-800-922-9999

3 OF   4

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning May 18, 2001
through June 19, 2001

### Checking continued from previous page

--------------------------------------------------------------------

#### Deposits & Additions

Other Additions

DORIS H MENDES
Citizens Circle Checking
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 05/18 | 88315821 | 237.73 | Deposit |
| 05/22 | 76924439 | 228.36 | Deposit |
| 05/24 | 24938896 | 410.83 | Deutsches Altenh 99801 052401 016581618 |
| 05/25 | 70222816 | 437.49 | Deposit |
| 05/31 | 06691876 | 410.63 | Deutsches Altenh 99801 053101 016581618 |
| 05/31 | 06691875 | 203.05 | Deutsches Altenh 99801 053101 016581618 |
| 06/01 | 87405391 | 400.00 | Deposit |
| 06/07 | 67788747 | 346.69 | Deutsches Altenh 99801 060701 016581618 |
| 06/08 | 80318024 | 200.00 | Deposit |
| 06/18 | 75409099 | 395.32 | Deposit |

Total Deposits & Additions

+  ----------------------------
3,270.10

Current Balance

=  ----------------------------
5.14

--------------------------------------------------------------------

## CITIZENS ATM LOCATIONS USED

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMXI30 | 003 | Citizens Centre St 3, West Roxbury MA |
| CMYO10 | 002 | West Roxbury, West Roxbury MA |

--------------------------------------------------------------------

### Overdraft Line of Credit

--------------------------------------------------------------------

## SUMMARY

Balance Calculation

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

| | | Balance | | |
|--|--|--|--|--|
| Previous Balance | 913.59 | Average Daily Balance | 898.25 |
| Advances & Debits | .00 + | Credit Limit | 1,000.00 |
| FINANCE CHARGE | 14.62 + | Available Credit | 91.79 |
| Payments & Credits | 20.00 - | | |
| Current Balance | 908.21 = | Interest | |

ANNUAL PERCENTAGE RATE       18.00%
Daily Periodic Rate          .04932%
Days in Billing Cycle             33

Payment

Statement Beginning Date    05/18/01
Statement Closing Date      06/19/01
Past Due Amount                  .00
Payment Due Date            07/14/01
Minimum Payment Due            20.00

Previous Balance

--------------------------------------------------------------------

## TRANSACTION DETAILS

----------------------------
913.59

Member FDIC   Equal Housing Lender

003 REV 2.05

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
    Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

    (+) $ _____
    Total of 2

**3** Subtotal by adding 1 and 2
    (=) $ _____
    Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

    (−) $ _____
    Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance
    (=) $ _____
    Total

---

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

 **Citizens Bank**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Account Statement

4 OF   4

Beginning May 18, 2001
through June 19, 2001

Overdraft Line of Credit continued from previous page
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advances & Other Debits**

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 06/19 | | 14.62 | Finance Charge |

Total Advances & Debits
+ - - - - - - - - - - - - - - - - - - -
14.62

**Payments & Other Credits**

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 06/11 | | 20.00 | Payment From Checking |

Total Payments & Credits
- - - - - - - - - - - - - - - - - - - -
20.00

Current Balance
= - - - - - - - - - - - - - - - - - - -
908.21

**Savings**
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

**S U M M A R Y**

DORIS H MENDES
Citizens Circle Savings
1152-625096

Balance Calculation

| | | Balance | |
|---|---|---|---|
| Previous Balance | 14.82 | Average Daily Balance | 14.82 |
| Withdrawals & Fees | .00 - | | |
| Deposits & Additions | .00 + | Interest | |
| Interest Paid | | | |
| | .01 + | Current Interest Rate | 1.24% |
| Current Balance | 14.83 = | Annual Percentage Yield Earned | .75% |
| | | Number of Days Interest Earned | 33 |
| | | Interest Earned | .01 |
| | | Interest Paid this Year | .52 |

Previous Balance
- - - - - - - - - - - - - - - - - - - -
14.82

**T R A N S A C T I O N   D E T A I L S**
**Interest**

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 06/19 | | .01 | Interest |

Total Interest Paid
+ - - - - - - - - - - - - - - - - - - -
.01

Current Balance
= - - - - - - - - - - - - - - - - - - -
14.83

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
| N E W S   F R O M   C I T I Z E N S

- Apply today for a Citizens Home Equity Loan - a great way to consolidate
debt, finance home improvements or pay for tuition - and receive an answer in
minutes. Just call 1-800-340-LOAN, stop by a Citizens branch or visit
citizensbank.com.

Member FDIC  Equal Housing Lender

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

---

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

 **Citizens Bank**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR796          39   1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA  02026

Citizens Circle
Account Statement

1 OF  5

Beginning June 20, 2001
through July 19, 2001

Contents
--------------------------------
| | | |
|---|---|---|
| Summary | Page | 1 |
| Checking | Page | 2 |
| Overdraft Line | Page | 3 |
| Savings | Page | 4 |

---

### Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement | DORIS H MENDES Citizens Circle Checking 113077-003-3 |
|---|---|---|---|---|
| **DEPOSIT  BALANCE** | | | | |
| **Checking** | | | | |
| Citizens Circle Checking | 113077-003-3 | 5.14 | 232.52 | |
| **Savings** | | | | |
| Citizens Circle Savings | 1152-625096 | 14.83 | 259.26 | |
| Citizens Circle Passbook | 1152-770126 | 4,933.83 | 136.57 | |

Total Deposit Balance
= ----------------------------
628.35

| | | | | |
|---|---|---|---|---|
| **LOAN  BALANCE** | | | | |
| Overdraft Line of Credit | 113077-003-3 | 908.21 | 903.82 | |

Total Loan Balance
= ----------------------------
903.82

Average monthly combined balance to waive monthly fee is          5,000.00
Your average monthly combined balance this statement period is    5,644.88

Total Relationship Balance
= ----------------------------
1,532.17

--------------------------------------------------------------------
| **M E M O**
. If your credit card account appears on the Circle summary section of your statement,
please note that your credit card balance is as of February 11, 1999.  This balance will
be reported on your upcoming statements until we have completed the transfer of
your account to our new credit card servicing company.  We are sorry for any
inconvenience and we thank you for your understanding.

Member FDIC    Equal Housing Lender

03 REV 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Account Statement

2 OF  5

Beginning June 20, 2001
through July 19, 2001

---

Checking

**S U M M A R Y**

DORIS H MENDES
Citizens Circle Checking
113077-003-3

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 5.14 |
| Checks | 5,659.07 - |
| Withdrawals & Fees | 255.05 - |
| Deposits & Additions | 6,141.50 + |
| Current Balance | 232.52 = |

Previous Balance

**T R A N S A C T I O N   D E T A I L S**

5.14

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 1140 | 60.00 | 06/29 | 70933299 | 1165 | 328.42 | 07/10 | 26734733 |
| 1145* | 1,000.00 | 06/20 | 36469415 | 1167* | 85.00 | 07/19 | 72317098 |
| 1146 | 310.00 | 07/06 | 36307418 | 1170* | 80.00 | 07/19 | 30428558 |
| 1147 | 100.00 | 06/27 | 41909960 | 1171 | 1,000.00 | 07/09 | 81514801 |
| 1148 | 60.00 | 07/10 | 82313840 | 1172 | 475.00 | 07/09 | 81514800 |
| 1149 | 50.00 | 07/09 | 22518439 | 1173 | 10.71 | 07/13 | 85508815 |
| 1150 | 90.00 | 07/09 | 11006528 | 1175* | 201.53 | 07/17 | 12127036 |
| 1151 | 80.00 | 07/06 | 31603490 | 1183* | 30.00 | 06/26 | 81015853 |
| 1153* | 15.00 | 07/06 | 85810186 | 1189* | 45.00 | 06/26 | 30519353 |
| 1154 | 7.19 | 07/06 | 36405525 | 1192* | 60.00 | 06/25 | 15231856 |
| 1155 | 20.00 | 07/06 | 36405528 | 1193 | 30.00 | 06/26 | 30539111 |
| 1156 | 40.00 | 07/06 | 31324203 | 1194 | 74.50 | 06/25 | 40226969 |
| 1157 | 30.00 | 07/09 | 11406071 | 1195 | 71.18 | 06/25 | 75531788 |
| 1158 | 85.00 | 07/09 | 31603491 | 1196 | 14.53 | 06/25 | 75531787 |
| 1159 | 25.00 | 07/09 | 10918662 | 1197 | 20.00 | 06/27 | 76507301 |
| 1160 | 6.77 | 07/10 | 82319075 | 1198 | 20.00 | 07/02 | 15219252 |
| 1161 | 95.00 | 07/09 | 80926129 | 1199 | 180.00 | 07/09 | 10906164 |
| 1162 | 355.00 | 07/10 | 40942224 | 1200 | 100.00 | 07/06 | 73305628 |
| 1163 | 34.53 | 07/06 | 80402345 | 1202* | 327.00 | 07/13 | 76428805 |
| 1164 | 42.71 | 07/09 | 10805202 | | | | |

Total Checks

5,659.07

**Withdrawals & Fees**

**ATM/Purchases**

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 06/21 | 20.75 | ATM Withdrawal - 91141 1857 Centre St W Roxbury MA | |
| 06/25 | 100.00 | ATM Withdrawal | CMY010 |
| 06/26 | 33.00 | MMC Purchase - 841020 Jillian's Boston Boston MA | |
| 07/02 | 31.30 | Point Of Sale Debit - Lk1775 Broadway Market Raynham MA | |

**Other Withdrawals**

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 06/25 | 62150866 | 50.00 | Wells Fargo Checkpaymt 062201 1187 |
| 07/16 | | 20.00 | Overdraft Line Payment |

Total Withdrawals & Fees

255.05

Member FDIC ⌂ Equal Housing Lender

5003 REV 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement $ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2
(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance
(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning June 20, 2001
through July 19, 2001

### Checking continued from previous page

----------------------------------------

**Deposits & Additions**

DORIS H MENDES
Citizens Circle Checking
113077-003-3

**Other Additions**

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 06/21 | 72103646 | 914.17 | Deposit |
| 06/21 | 01211909 | 400.97 | Deutsches Altenh 99801 062101 016581618 |
| 06/25 | 80316227 | 527.84 | Deposit |
| 06/25 | 80717000 | 100.00 | Deposit |
| 06/28 | 85209040 | 1,500.00 | Deposit |
| 06/28 | 72495745 | 356.87 | Deutsches Altenh 99801 062801 016581618 |
| 07/02 | 81321724 | 400.00 | Deposit |
| 07/03 | 82733003 | 244.17 | Deposit |
| 07/05 | 44317897 | 410.16 | Deutsches Altenh 99801 070501 016581618 |
| 07/09 | 77701946 | 200.00 | Telephone Transfer From Savings 1152625096 |
| 07/09 | 81233843 | 157.51 | Deposit |
| 07/12 | 15354682 | 374.10 | Deutsches Altenh 99801 071201 016581618 |
| 07/12 | 85213533 | 40.00 | Deposit |
| 07/16 | 76714618 | 115.79 | Deposit |
| 07/17 | | 2.40 | Overdraft Line Transfer |
| 07/19 | 86852513 | 397.52 | Deutsches Altenh 99801 071901 016581618 |

Total Deposits & Additions
+ ----------------------------
6,141.50

Current Balance
= ----------------------------
232.52

----------------------------------------

**CITIZENS  ATM  LOCATIONS  USED**

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMYO10 | 001 | West Roxbury, West Roxbury MA |

----------------------------------------

**Overdraft Line of Credit**

----------------------------------------

**SUMMARY**

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

**Balance Calculation**

**Balance**

| | | |
|---|---|---|
| Previous Balance | 908.21 | |
| Advances & Debits | 2.40 + | Average Daily Balance |
| FINANCE CHARGE | 13.21 + | Credit Limit |
| Payments & Credits | 20.00 - | Available Credit |
| Current Balance | 903.82 = | |

Average Daily Balance    893.11
Credit Limit    1,000.00
Available Credit    96.18

Interest

ANNUAL PERCENTAGE RATE    18.00%
Daily Periodic Rate    .04932%
Days in Billing Cycle    30

Payment

Statement Beginning Date    06/20/01
Statement Closing Date    07/19/01
Past Due Amount    .00
Payment Due Date    08/13/01
Minimum Payment Due    20.00

Previous Balance
----------------------------

**TRANSACTION  DETAILS**

908.21

Member FDIC    ⌂ Equal Housing Lender

**Checking Account Balance Worksheet**

- Before completing this worksheet, please be sure to adjust your checkbook register balance by
  - Adding any interest earned
  - Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

$( + )$ $ _____

Total of 2

**3** Subtotal by adding 1 and 2

$( = )$ $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

$( - )$ $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

$( = )$ $ _____

Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳️ Citizens Bank

Account Statement

1-800-922-9999

4 OF   5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning June 20, 2001
through July 19, 2001

Overdraft Line of Credit continued from previous page
------------------------------------------------

Advances & Other Debits

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 07/17 | | 2.40 | Transfer To Checking |
| 07/19 | | 13.21 | Finance Charge |

Total Advances & Debits
+ --------------------------
15.61

Payments & Other Credits

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 07/16 | | 20.00 | Payment From Checking |

Total Payments & Credits
- --------------------------
20.00

Current Balance
--------------------------
903.82

Savings
------------------------------------------------

## S U M M A R Y

DORIS H MENDES
Citizens Circle Savings
1152-625096

Balance Calculation

**Balance**

| | | |
|---|---|---|
| Previous Balance | 14.83 | |
| Withdrawals & Fees | 7,860.00 - | Average Daily Balance |
| Deposits & Additions | 8,100.00 + | Interest |
| Interest Paid | | |

Average Daily Balance  3,637.49

| | |
|---|---|
| Current Interest Rate | 1.24% |
| Annual Percentage Yield Earned | 1.49% |
| Number of Days Interest Earned | 30 |
| Interest Earned | 4.43 |
| Interest Paid this Year | 4.95 |

Current Balance   4.43 +
259.26 =

Previous Balance
--------------------------
14.83

## T R A N S A C T I O N   D E T A I L S
Withdrawals & Fees

ATM/Purchases

| Date | Amount | Description | Location Code |
|------|--------|-------------|---------------|
| 06/29 | 500.00 | ATM Withdrawal | CMXI20 |
| 07/18 | 160.00 | ATM Withdrawal | CMXI30 |

Other Withdrawals

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 07/09 | 77700001 | 200.00 | Telephone Transfer To Checking 1130770033 |
| 07/09 | 70204869 | 7,000.00 | Withdrawal |

Total Withdrawals & Fees
--------------------------
7,860.00

Deposits & Additions

Other Additions

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 06/21 | 72103649 | 4,000.00 | Deposit |

Member FDIC  Equal Housing Lender

043 REV 2/05

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your statement or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges) and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ❇️ Citizens Bank

Account Statement

1-800-922-9999

5 OF 5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning June 20, 2001
through July 19, 2001

Savings continued from previous page

---------------------------------------------------------------------------------------------------

Other Additions (continued)

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 06/22 | 81905848 | 2,000.00 | Deposit |
| 07/03 | 82733001 | 1,100.00 | Deposit |
| 07/06 | 80412401 | 1,000.00 | Deposit |

DORIS H MENDES
Citizens Circle Savings
1152-625096

Total Deposits & Additions
+ -----------------------------
8,100.00

Interest

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 07/19 | | 4.43 | Interest |

Total Interest Paid
+ -----------------------------
4.43

Current Balance
= -----------------------------
259.26

---------------------------------------------------------------------------------------------------

C I T I Z E N S   A T M   L O C A T I O N S   U S E D

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMXI20 | 001 | Citizens Centre St 2, West Roxbury MA |
| CMXI30 | 001 | Citizens Centre St 3, West Roxbury MA |

---------------------------------------------------------------------------------------------------

| N E W S   F R O M   C I T I Z E N S

- Do you live in one state and work in another?  Do you travel often around New
England?  Remember that Citizens has convenient locations almost everywhere you
are--with more than 330 branches and 800 ATMs in Massachusetts, Connecticut,
New Hampshire and Rhode Island.  You can now make deposits, balance transfers,
and PIN changes at out-of-state Citizens ATMs.  And you can cash checks, make
withdrawals, loan payments and deposits at any out-of-state Citizens branch.
Just call our PhoneBank at 1-800-922-9999 or visit www.citizensbank.com to
find the closest Citizens location.

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR796          39    1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA  02026

Citizens Circle
Account Statement

1 OF   5

Beginning July 20, 2001
through August 17, 2001

Contents
--------------------------------
Summary               Page   1
Checking              Page   2
Overdraft Line        Page   4
Savings               Page   5

## Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **D E P O S I T   B A L A N C E** | | | |
| **C h e c k i n g** | | | |
| Citizens Circle Checking | 113077-003-3 | 232.52 | 655.50 |
| **S a v i n g s** | | | |
| Citizens Circle Savings | 1152-625096 | 259.26 | 78.73 |
| Citizens Circle Passbook | 1152-770126 | 136.57 | .00 |

DORIS H MENDES
Citizens Circle Checking
113077-003-3

Total Deposit Balance
=  --------------------------
734.23

| **L O A N   B A L A N C E** | | | |
| Overdraft Line of Credit | 113077-003-3 | 903.82 | 856.12 |

Total Loan Balance
=  --------------------------
856.12

| | | | |
|---|---|---|---|
| Average monthly combined balance to waive monthly fee is | | | 5,000.00 |
| Your average monthly combined balance this statement period is | | | 1,566.56 |

Total Relationship Balance
=  --------------------------
1,590.35

| M E M O
. If your credit card account appears on the Circle summary section of  your statement,
please note that your credit card balance is as of February 11, 1999.  This balance will
be reported on your upcoming statements until we have completed the transfer of
your account to our new credit card servicing company.  We are sorry for any
inconvenience and we thank you for your understanding.

Member FDIC  ⌂ Equal Housing Lender

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
                                                            *Current Balance*

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
                *Total of 2*

**3** Subtotal by adding 1 and 2    (=) $ _____
                                                *Subtotal of 1 and 2*

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
                *Total of 4*

**5** Subtract 4 from 3. This should match your checkbook register balance    (=) $ _____
                                                                                            *Total*

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Account Statement

2 OF 5

Beginning July 20, 2001
through August 17, 2001

## Checking

### SUMMARY

DORIS H MENDES
Citizens Circle Checking
113077-003-3

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 232.52 |
| Checks | 2,274.49 - |
| Withdrawals & Fees | 1,446.79 - |
| Deposits & Additions | 4,144.26 + |
| Current Balance | 655.50 = |

Previous Balance

232.52

### TRANSACTION DETAILS

Checks * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 1166 | 20.00 | 07/20 | 22130202 | 1234 | 62.03 | 07/30 | 32802656 |
| 1168* | 40.00 | 07/23 | 37407557 | 1236* | 5.00 | 07/30 | 87830122 |
| 1169 | 30.00 | 07/23 | 37407074 | 1237 | 150.00 | 08/01 | 42307334 |
| 1176* | 90.00 | 08/09 | 40205552 | 1238 | 105.81 | 07/31 | 36112819 |
| 1177 | 100.00 | 08/09 | 38425937 | 1239 | 39.66 | 07/30 | 21225094 |
| 1178 | 60.00 | 07/30 | 42027117 | 1240 | 60.00 | 07/30 | 71826663 |
| 1179 | 50.00 | 07/27 | 35506704 | 1241 | 50.00 | 08/03 | 40717824 |
| 1180 | 30.00 | 07/31 | 26536673 | 1242 | 35.26 | 08/06 | 73203597 |
| 1203* | 30.00 | 07/23 | 43732352 | 1243 | 14.28 | 08/06 | 73203589 |
| 1204 | 13.05 | 07/23 | 37504403 | 1244 | 60.00 | 08/14 | 80131163 |
| 1221* | 80.00 | 07/27 | 35515305 | 1245 | 70.00 | 08/09 | 40204949 |
| 1222 | 30.00 | 07/27 | 35840037 | 1246 | 30.00 | 08/10 | 40505578 |
| 1224* | 60.00 | 08/13 | 40920811 | 1247 | 40.00 | 08/13 | 27327951 |
| 1225 | 30.00 | 07/30 | 32800326 | 1248 | 20.00 | 08/10 | 40318862 |
| 1226 | 20.00 | 07/30 | 87402998 | 1249 | 100.00 | 08/10 | 30933474 |
| 1227 | 100.00 | 07/30 | 87406975 | 1250 | 30.00 | 08/10 | 40507239 |
| 1228 | 18.21 | 07/31 | 81031272 | 1251 | 328.42 | 08/09 | 38430889 |
| 1229 | 96.00 | 08/07 | 70431178 | 1261* | 5.00 | 08/14 | 21400011 |
| 1232* | 6.77 | 07/31 | 81032709 | 1264* | 65.00 | 08/09 | 30711616 |
| 1233 | 100.00 | 08/13 | 27340682 | | | | |

Total Checks

2,274.49

### Withdrawals & Fees

ATM/Purchases

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 07/23 | 20.98 | MMC Purchase - 041019 Filenes Baseme00005371 Dedham MA | |
| 07/26 | 91.90 | MMC Purchase - 041117 Gap #2280 Dedham MA | |
| 07/26 | 40.75 | ATM Withdrawal - 91096 594 Washington St Stoughton MA | |
| 07/27 | 60.00 | ATM Withdrawal | CMYO10 |
| 07/30 | 60.75 | ATM Withdrawal - 91136 1665 VFW Parkway West Roxbury MA | |
| 07/30 | 20.00 | ATM Withdrawal | CMXI30 |
| 07/31 | 60.00 | ATM Withdrawal | CMYO10 |
| 08/01 | 20.00 | ATM Withdrawal | CMXI30 |
| 08/02 | 20.00 | ATM Withdrawal | CMXI30 |
| 08/06 | 180.00 | ATM Withdrawal | CMXI10 |
| 08/06 | 40.75 | ATM Withdrawal - 90857 829 Worcester Road Rte Natick MA | |
| 08/07 | 18.05 | Point Of Sale Debit - 044704 Sssc W Roxbury MA | |
| 08/08 | 6.21 | Point Of Sale Debit - 000200 Sssc Dedham MA | |
| 08/09 | 10.01 | MMC Purchase - 354807 Hess #21310 Dedham MA | |
| 08/10 | 20.00 | ATM Withdrawal | CMJP20 |
| 08/10 | 8.39 | Point Of Sale Debit - 005963 Cns CVS Pharmacy In830844 Dedha | |
| 08/17 | 301.50 | ATM Withdrawal - 000000 4444 W. Vine Street Kissimmee FL | |

Member FDIC    Equal Housing Lender

1403 REV 2.05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

 **Citizens Bank**

Account Statement

1-800-922-9999

3 OF   5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning July 20, 2001
through August 17, 2001

Checking continued from previous page

---

Other Withdrawals

DORIS H MENDES
Citizens Circle Checking
113077-003-3

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 07/27 | 88714644 | 350.00 | Wells Fargo Checkpaymt 072601 1223 |
| 08/07 | 91611115 | 100.00 | Ccb-Hunt 01216 Checkpaymt 071226 000000000001230 |

Fees

| Date | Item No. | Amount | Description | Location Code |
|------|----------|--------|-------------|---------------|
| 08/17 | | 17.50 | Monthly Maintenance Fee (1) | |

Total Withdrawals & Fees
-  ---------------------------
1,446.79

Deposits & Additions

Other Additions

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 07/24 | 76335620 | 300.00 | Deposit |
| 07/25 | 81724058 | 120.00 | Deposit |
| 07/26 | 58035217 | 385.24 | Deutsches Altenh 99801 072601 016581618 |
| 07/27 | 87033149 | 566.60 | Deposit |
| 07/27 | 77540309 | 120.00 | Deposit |
| 07/30 | 71826351 | 50.00 | Deposit |
| 08/02 | 20253081 | 296.89 | Deutsches Altenh 99801 080201 016581618 |
| 08/06 | 77612380 | 246.39 | Deposit |
| 08/07 | 80216502 | 450.00 | Deposit |
| 08/09 | 91774448 | 404.69 | Deutsches Altenh 99801 080901 016581618 |
| 08/13 | 77408217 | 300.00 | Deposit |
| 08/14 | 78122429 | 500.00 | Deposit |
| 08/16 | 62998304 | 404.45 | Deutsches Altenh 99801 081601 016581618 |

Total Deposits & Additions
+  ---------------------------
4,144.26

Current Balance
=  ---------------------------
655.50

---

C I T I Z E N S   A T M   L O C A T I O N S   U S E D

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMJP20 | 001 | Citizens Jamaica Plain 2, Jamaica Plns MA |
| CMXI10 | 001 | Citizens Centre St 1, West Roxbury MA |
| CMXI30 | 003 | Citizens Centre St 3, West Roxbury MA |
| CMYO10 | 002 | West Roxbury, West Roxbury MA |

Member FDIC   Equal Housing Lender

M03 REV 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____ Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# �֍ Citizens Bank

Account Statement

1-800-922-9999

4 OF 5

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning July 20, 2001
through August 17, 2001

## Overdraft Line of Credit

## S U M M A R Y

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | 903.82 | |
| Advances & Debits | .00 + | |
| FINANCE CHARGE | 12.30 + | |
| Payments & Credits | 60.00 - | |
| Current Balance | 856.12 = | |

### Balance

| | |
|---|---|
| Average Daily Balance | 859.95 |
| Credit Limit | 1,000.00 |
| Available Credit | 143.88 |

### Interest

| | |
|---|---|
| ANNUAL PERCENTAGE RATE | 18.00% |
| Daily Periodic Rate | .04932% |
| Days in Billing Cycle | 29 |

### Payment

| | |
|---|---|
| Statement Beginning Date | 07/20/01 |
| Statement Closing Date | 08/17/01 |
| Past Due Amount | .00 |
| Payment Due Date | 09/11/01 |
| Minimum Payment Due | 20.00 |

## T R A N S A C T I O N   D E T A I L S

Previous Balance

903.82

### Advances & Other Debits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 08/17 | | 12.30 | Finance Charge |

Total Advances & Debits

+ ----------------------------

12.30

### Payments & Other Credits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 07/30 | 71826353 | 60.00 | Payment |

Total Payments & Credits

- ----------------------------

60.00

Current Balance

= ----------------------------

856.12

Member FDIC   ⌂ Equal Housing Lender

5103 REV. 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____

Total of 2

**3** Subtotal by adding 1 and 2    (=) $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance    (=) $ _____

Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

Account Statement

1-800-922-9999

5 OF 5

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning July 20, 2001
through August 17, 2001

## Savings

### SUMMARY

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 259.26 | |
| Withdrawals & Fees | 180.75 - | |
| Deposits & Additions | .00 + | |
| Interest Paid | | |
| Current Balance | .22 + | |
| | 78.73 = | |

**Balance**

| | |
|---|---|
| Average Daily Balance | 220.27 |

**Interest**

| | |
|---|---|
| Current Interest Rate | 1.24% |
| Annual Percentage Yield Earned | 1.24% |
| Number of Days Interest Earned | 31 |
| Interest Earned | .23 |
| Interest Paid this Year | 5.17 |

DORIS H MENDES
Citizens Circle Savings
1152-625096

### TRANSACTION DETAILS

**Withdrawals & Fees**

Previous Balance

259.26

**ATM/Purchases**

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 08/08 | 20.75 | ATM Withdrawal - 91136 1665 VFW Parkway West Roxbury MA | |
| 08/14 | 160.00 | ATM Withdrawal | CMXI10 |

Total Withdrawals & Fees

- 180.75

**Interest**

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 08/17 | | .22 | Interest |

Total Interest Paid

+ .22

Current Balance

= 78.73

### CITIZENS ATM LOCATIONS USED

| Location Code | Times Used | Location |
|---|---|---|
| CMXI10 | 001 | Citizens Centre St 1, West Roxbury MA |

Member FDIC   Equal Housing Lender

(11) REV. 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges) add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ❈ Citizens Bank

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR796         31    1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA  02026

Citizens Circle
Account Statement

1  OF    6

Beginning August 18, 2001
through September 20, 2001

Contents
--------------------------------
Summary          Page    1
Checking         Page    2
Overdraft Line   Page    4
Savings          Page    5

---

## Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement | |
|---|---|---|---|---|
| **D E P O S I T   B A L A N C E** | | | | DORIS H MENDES<br>Citizens Circle Checking<br>113077-003-3 |
| **C h e c k i n g**<br>Citizens Circle Checking | 113077-003-3 | 655.50 | 353.47 | |
| **S a v i n g s**<br>Citizens Circle Savings<br>Citizens Circle Passbook | 1152-625096<br>1152-770126 | 78.73<br>.00 | 867.50<br>2,299.14 | |
| | | | | Total Deposit Balance<br>= --------------------------<br>3,520.11 |
| **L O A N   B A L A N C E**<br>Overdraft Line of Credit | 113077-003-3 | 856.12 | 947.44 | |
| | | | | Total Loan Balance<br>= --------------------------<br>947.44 |
| Average monthly combined balance to waive monthly fee is<br>Your average monthly combined balance this statement period is | | | 5,000.00<br>3,058.36 | Total Relationship Balance<br>= --------------------------<br>4,467.55 |

Member FDIC  🏠 Equal Housing Lender

3003 REV. 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
　　　　Total of 2

**3** Subtotal by adding 1 and 2    (=) $ _____
　　　　　　　　　　　　　　　　　　　Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
　　　　Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance    (=) $ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# �֎ Citizens Bank

Account Statement

1-800-922-9999

2 OF 6

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning August 18, 2001
through September 20, 2001

## Checking

### SUMMARY

DORIS H MENDES
Citizens Circle Checking
113077-003-3

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 655.50 |
| Checks | 2,687.79 - |
| Withdrawals & Fees | 884.19 - |
| Deposits & Additions | 3,269.95 + |
| Current Balance | 353.47 = |

Previous Balance

### TRANSACTION DETAILS

655.50

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Item No. | Check # | Amount | Date | Item No. |
|---|---|---|---|---|---|---|---|
| 1205 | 60.00 | 09/10 | 81900383 | 1253 | 25.00 | 08/27 | 83032528 |
| 1206 | 100.00 | 09/17 | 26500747 | 1254 | 50.00 | 08/22 | 71534407 |
| 1208* | 30.00 | 08/30 | 30118706 | 1256* | 6.77 | 09/17 | 26836581 |
| 1209 | 90.00 | 08/30 | 30142170 | 1257 | 100.00 | 09/05 | 80126293 |
| 1210 | 15.00 | 08/31 | 81828837 | 1260* | 25.00 | 09/17 | 10805303 |
| 1211 | 60.00 | 09/04 | 40912255 | 1501* | 500.00 | 08/28 | 73218657 |
| 1212 | 50.00 | 08/30 | 30154436 | 1502 | 35.00 | 09/04 | 75614717 |
| 1213 | 50.00 | 08/31 | 30203756 | 1503 | 35.00 | 09/04 | 75614716 |
| 1214 | 45.00 | 08/31 | 81810260 | 1504 | 30.30 | 09/06 | 77002580 |
| 1215 | 70.00 | 08/31 | 40522689 | 1505 | 359.00 | 09/10 | 20310769 |
| 1216 | 30.00 | 08/31 | 30313842 | 1506 | 328.42 | 09/17 | 26836301 |
| 1217 | 65.96 | 08/31 | 30205722 | 1508* | 125.00 | 09/17 | 70227175 |
| 1218 | 30.00 | 09/17 | 26609129 | 1509 | 58.98 | 09/20 | 42428975 |
| 1219 | 25.00 | 09/17 | 10625987 | 1521* | 110.00 | 09/18 | 70901336 |
| 1220 | 29.12 | 09/18 | 82701572 | 1522 | 96.00 | 09/20 | 77714198 |
| 1252* | 53.24 | 08/24 | 85835938 | | | | |

Total Checks

2,687.79

**Withdrawals & Fees**

**ATM/Purchases**

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 08/22 | 15.55 | Point Of Sale Debit - 000200 Sssc Dedham MA | |
| 08/23 | 20.75 | ATM Withdrawal - 91135 1230 VFW Pkwy W Roxbury MA | |
| 08/23 | 18.84 | MMC Purchase - 054186 Friendly Restaurant #2 Dedham MA | |
| 08/24 | 20.00 | ATM Withdrawal | CMJL10 |
| 08/27 | 33.91 | MMC Purchase - 041019 Office Max 00001289 Dedham MA | |
| 09/04 | 200.00 | ATM Withdrawal | CMYO10 |
| 09/04 | 40.00 | ATM Withdrawal | CMXI30 |
| 09/07 | 38.14 | Point Of Sale Debit - 000200 Sssc Dedham MA | |
| 09/10 | 120.00 | ATM Withdrawal | CMXI30 |
| 09/10 | 100.00 | ATM Withdrawal | CMXI20 |
| 09/14 | 29.78 | Point Of Sale Debit - 002010 Cns CVS Pharmacy In831646 W Rox | |
| 09/17 | 40.90 | Point Of Sale Debit - 044704 Sssc W Roxbury MA | |
| 09/17 | 20.00 | ATM Withdrawal | CMXI30 |
| 09/17 | 2.82 | Point Of Sale Debit - 044704 Sssc W Roxbury MA | |
| 09/19 | 20.00 | ATM Withdrawal | CMXI30 |

**Other Withdrawals**

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 08/31 | 36366244 | 100.00 | Ccb-Hunt 01242 Checkpaymt 069719 000000000001258 |
| 09/11 | | 20.00 | Overdraft Line Payment |

SW13 REV 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ❊❊ Citizens Bank

Account Statement

1-800-922-9999

3 OF   6

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning August 18, 2001
through September 20, 2001

## Checking continued from previous page

------------------------------------------------------------------------

### Fees

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 09/11 | | 26.00 | Overdraft Fee (1) |
| 09/20 | | 17.50 | Monthly Maintenance Fee (1) |

Location Code

DORIS H MENDES
Citizens Circle Checking
113077-003-3

**Total Withdrawals & Fees**

884.19

### Deposits & Additions

#### ATM

| Date | Amount | Description |
|------|--------|-------------|
| 09/11 | 50.00 | ATM Deposit |

Location Code
CMYO10

#### Other Additions

| Date | Item No. | Amount | Description |
|------|----------|--------|-------------|
| 08/23 | 34280943 | 300.51 | Deutsches Altenh 99801 082301 016581618 |
| 08/30 | 05513100 | 253.15 | Deutsches Altenh 99801 083001 016581618 |
| 08/31 | 71338493 | 447.64 | Deposit |
| 09/05 | | 96.45 | Overdraft Line Transfer |
| 09/06 | 87408752 | 408.29 | Deutsches Altenh 99801 090601 016581618 |
| 09/06 | 76801218 | 240.00 | Deposit |
| 09/11 | 86608256 | 280.55 | Deposit |
| 09/13 | 48379915 | 478.20 | Deutsches Altenh 99801 091301 016581618 |
| 09/17 | 76219390 | 100.00 | Deposit |
| 09/18 | 77701094 | 200.00 | Telephone Transfer From Savings 1152625096 |
| 09/20 | 10698008 | 415.16 | Deutsches Altenh 99801 092001 016581618 |

**Total Deposits & Additions**

+ 3,269.95

**Current Balance**

= 353.47

------------------------------------------------------------------------

## CITIZENS ATM LOCATIONS USED

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMUL10 | 001 | Citizens Dedham, Dedham MA |
| CMXI20 | 001 | Citizens Centre St 2, West Roxbury MA |
| CMXI30 | 004 | Citizens Centre St 3, West Roxbury MA |
| CMYO10 | 002 | West Roxbury, West Roxbury MA |

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# ✳ Citizens Bank

Account Statement

1-800-922-9999

4 OF    6

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning August 18, 2001
through September 20, 2001

Overdraft Line of Credit

**S U M M A R Y**

DORIS H MENDES
Overdraft Line of Credit
113077-003-3

Balance Calculation

Balance

| | | | |
|---|---|---|---|
| Previous Balance | 856.12 | Average Daily Balance | 889.63 |
| Advances & Debits | 96.45 + | Credit Limit | 1,000.00 |
| FINANCE CHARGE | 14.87 + | Available Credit | 52.56 |
| Payments & Credits | 20.00 - | | |
| Current Balance | 947.44 = | Interest | |

| | |
|---|---|
| ANNUAL PERCENTAGE RATE | 18.00% |
| Daily Periodic Rate | .04932% |
| Days in Billing Cycle | 32 |

Payment

| | |
|---|---|
| Statement Beginning Date | 08/18/01 |
| Statement Closing Date | 09/20/01 |
| Past Due Amount | .00 |
| Payment Due Date | 10/15/01 |
| Minimum Payment Due | 20.00 |

**T R A N S A C T I O N   D E T A I L S**

Previous Balance

856.12

Advances & Other Debits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/05 | | 96.45 | Transfer To.Checking |
| 09/20 | | 14.87 | Finance Charge |

Total Advances & Debits

+ 111.32

Payments & Other Credits

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/11 | | 20.00 | Payment From Checking |

Total Payments & Credits

- 20.00

Current Balance

= 947.44

Member FDIC   ⌂ Equal Housing Lender

H13 REV 2/05

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement          $ _____
                                                          Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

                                              (+) $ _____
                                                      Total of 2

**3** Subtotal by adding 1 and 2              (=) $ _____
                                                   Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

                                              (−) $ _____
                                                      Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

                                              (=) $ _____
                                                         Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

# �֍ Citizens Bank

Account Statement

1-800-922-9999

5 OF   6

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning August 18, 2001
through September 20, 2001

═══════════════════════════════════════════════════════════

Savings

## S U M M A R Y

DORIS H MENDES
Citizens Circle Savings
1152-625096

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 78.73 | Average Daily Balance | 172.77 |
| Withdrawals & Fees | 285.00 - | | |
| Deposits & Additions | 1,073.57 + | Interest | |
| Interest Paid | .20 + | | |
| Current Balance | 867.50 = | Current Interest Rate | 1.24% |
| | | Annual Percentage Yield Earned | 1.26% |
| | | Number of Days Interest Earned | 32 |
| | | Interest Earned | .19 |
| | | Interest Paid this Year | 5.37 |

## T R A N S A C T I O N   D E T A I L S

Previous Balance
-------------------------------
78.73

### Withdrawals & Fees

#### ATM/Purchases

| Date | Amount | Description | Location Code |
|---|---|---|---|
| 09/10 | 60.00 | ATM Withdrawal | CMKI20 |
| 09/20 | 20.00 | ATM Withdrawal | CMJP20 |

#### Other Withdrawals

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/18 | 77700001 | 200.00 | Telephone Transfer To Checking 1130770033 |

#### Fees

| Date | Item No. | Amount | Description | Location Code |
|---|---|---|---|---|
| 09/20 | | 5.00 | Monthly Maintenance Fee (1) | |

Total Withdrawals & Fees
- -------------------------------
285.00

### Deposits & Additions

#### Other Additions

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/17 | 81830824 | 1,073.57 | Deposit |

Total Deposits & Additions
+ -------------------------------
1,073.57

### Interest

| Date | Item No. | Amount | Description |
|---|---|---|---|
| 09/20 | | .20 | Interest |

Total Interest Paid
+ -------------------------------
.20

Current Balance
= -------------------------------
867.50

Member FDIC  ⌂  Equal Housing Lender

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement     $ _____

Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____

Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____

Subtotal of 1 and 2

**4** List outstanding checks, transfers, or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____

Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____

Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

 **Citizens Bank**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning August 18, 2001
through September 20, 2001

Savings continued from previous page

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DORIS H MENDES
Citizens Circle Savings
1152-625096

C I T I Z E N S   A T M   L O C A T I O N S   U S E D

| Location Code | Times Used | Location |
|---|---|---|
| CMJP20 | 001 | Citizens Jamaica Plain 2, Jamaica Plns MA |
| CMXI20 | 001 | Citizens Centre St 2, West Roxbury MA |

Member FDIC  Equal Housing Lender

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____
                                              Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2    (=) $ _____
                                    Subtotal of 1 and 2

**4** List outstanding checks, transfers, or
withdrawals that do not appear on this
statement

| Date/<br>Check No. | Amount | Date/<br>Check No. | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance    (=) $ _____
                              Total

**Customer Service**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**

Personal deposit accounts, such as CDs and savings accounts, cannot be transferred to another person or to a corporate entity.

**In Case of Errors or Questions about your Personal Deposit Electronic Transfers or Loan Statements**

*Electronic Transfers or Loan Statements*
If you think that your statement or receipt is wrong, or if you need more information about a transfer/transaction on your statement or receipt, call us at the number shown on the front of your statement or write us as soon as possible at the address above. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can call us, but you must also write to us to fully preserve your rights.

In your letter, please give us the following information:
- your name and account number;
- the dollar amount of the suspected error; and
- a description of the suspected error or item in question, including an explanation of why you believe there is an error or why you need more information.

*Electronic Transfers*
We will investigate your question and correct any error promptly. If we take more than 10 business days (10 calendar days in MA) to complete our investigation, we will credit your account for the amount in question so that you have use of the money during that time.

*Loan Statements*
You do not have to pay any amount in question while we are investigating it. However, you do have to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Finance Charge Calculations for Overdraft Line of Credit Accounts Based on Average Daily Balance Computation Method**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance for your account.

**Change of Address**

Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

**Exhibit H**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MENDES<br>And DORIS MENDES,<br><br>     Plaintiffs,<br><br>  v.<br><br>CENDANT MORTGAGE,<br><br>     Defendant. | )<br>)<br>) Civil Action No. 05CV11765DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANTHONY MENDES' RESPONSES TO
## DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff, Anthony Mendes, hereby

responds to Defendant's First Set of Interrogatories.

### DEFINITIONS AND OBJECTIONS

"Mendes" means Anthony and Doris Mendes, their attorneys and persons acting at their
direction or on their behalf.

"Cendant" means Cendant Mortgage, its predecessors, successors, affiliates, agents,
servants, employees, attorneys and persons acting at its direction or on its behalf.

### RESPONSES

INTERROGATORY NO. 1

Please state the name, home and business address, and home and business telephone

number, of the person answering these interrogatories, and whether the person answering these

interrogatories has complied with all of the instructions set forth above. If the person answering

has not fully complied with any instruction, please identify the instruction and how the person

answering has failed to comply therewith.

## INTERROGATORY 1 RESPONSE

Anthony Mendes

## INTERROGATORY NO. 2

For each expert whom you expect to call as a witness at trial, please state:

a.    the name and business and home address of the expert;

b.    state the subject matter on which the expert is expected to testify, including the substance of the facts, opinions and conclusions to which the expert is expected to testify at trial, and a summary of the grounds for each opinion and conclusion;

c.    state the profession, occupation, or field in which you claim the witness is an expert; provide a summary of the expert's qualifications, including educational background, specialized training or experience, organizational memberships, past and present positions, and the name and address of the employer for each position; and identify all publications, papers, speeches, technical writings or other documents authored or edited by the expert;

d.    identify any proceedings including depositions, trials, hearings, agency or other proceedings, at which the expert has testified or submitted comments, whether orally, in writing, or both, including the issues involved and the substance of the expert's testimony or comments;

e.    identify all reports, memoranda, documents or other materials reviewed, considered or relied on by the expert in reaching each opinion or conclusion;

f.    identify all reports, memoranda, notes, or documents of any kind prepared in connection with this litigation by, for, or under the direction or supervision of any witness whom you expect to call as an expert at trial, and identify any person in addition to such expert who participated in the preparation of such reports, memoranda, notes, or documents.

## INTERROGATORY 2 RESPONSE

Anthony Mendes has not yet selected any experts.

## INTERROGATORY NO. 3

State the name, and business and home address and telephone number, of each person with knowledge (whether first hand or otherwise), or likely to have knowledge (whether first hand or otherwise), of the facts or circumstances raised by the pleadings filed in this action. For each such person, state with particularity what facts you anticipate such person to know, and your reasons for believing the person to have such knowledge or information.

## INTERROGATORY 3 RESPONSE

Greg Abbott – knowledge as to discussions and potential sale.

Anthony and Doris Mendes – knowledge as to discussions and potential sale.

Cendant employees named in defendant's initial disclosures – knowledge as to discussions and potential sale.

Anthony Mendes reserves the right to supplement this response.

## INTERROGATORY NO. 4

Please identify all communications between Mendes and Cendant Mortgage concerning the allegations in the Complaint or the property located at 1-3 Chilson Street, Mansfield, Massachusetts (the "Property").

## INTERROGATORY 4 RESPONSE

Anthony Mendes states that various written communication are evidenced in the documents that he produced. In addition, he spoke with a Cendant employee concerning the application for the loan. Further communications may be more fully addressed in the deposition of Ms. Mendes.

INTERROGATORY NO. 5

Please identify all communications between Anthony Mendes and any real estate broker concerning the allegations in the Complaint or the Property.

INTERROGATORY 5 RESPONSE

Mr. Mendes had communications with real estate brokers concerning the sale of the property and the loan to be made by Cendant. These and any other communication may be more fully addressed in the deposition of Mr. Mendes.

INTERROGATORY NO. 6

Please identify any contracts, including conditional or unconditional loan commitments, that you had with Cendant Mortgage concerning the Property. Please include in your answer as complete a description as possible of the terms of the contract.

INTERROGATORY 6 RESPONSE

Anthony Mendes refers Cendant to the documents produced by him and Doris Mendes. Anthony Mendes also states that Cendant agreed to provide a mortgage loan to him and his wife. In reliance on that agreement, Mr. and Mrs. Mendes executed a purchase and sale agreement and did not seek financing from any other entity.

INTERROGATORY NO. 7

If you contend that Cendant Mortgage made an unconditional commitment to make you a loan to purchase the Property, State the Basis for this contention.

INTERROGATORY 7 RESPONSE

Please see Response to Interrogatory 6.

INTERROGATORY NO. 8

If you contend that PHH Mortgage breached any contract or commitment identified in your answers to Interrogatory numbers 6 or 7, State the Basis for this contention.

INTERROGATORY 8 RESPONSE

Cendant breached its agreement by failing to provide a mortgage loan.

INTERROGATORY NO. 9

If you contend that all conditions of any Final Commitment that Cendant Mortgage made to you were fulfilled, State the Basis for this contention.

INTERROGATORY 9 RESPONSE

Anthony Mendes objects to this interrogatory on the ground that it is without foundation. Cendant agreed to provide him and his wife with a mortgage loan. None of the information allegedly requested in the "Final Commitment" altered that agreement.

INTERROGATORY NO. 10

If you contend that Cendant Mortgage made any false statements of material fact to you, State the Basis for this contention.

INTERROGATORY 10 RESPONSE

Mr. Mendes states that Cendant indicated that it would provide Mr. and Mrs. Mendes with a mortgage loan.

INTERROGATORY NO. 11

If you contend that you relied on any false statement that Cendant Mortgage made to you, State the Basis for this contention.

INTERROGATORY 11 RESPONSE

Mr. and Mrs. Mendes relied on Cendant's contention by locating and agreeing to purchase a home, by agreeing to pay Cendant the fees associated with closing a loan, and by not seeking assistance from any other lender as to approval for a mortgage commitment.

INTERROGATORY NO. 12

State the Basis for the allegations in paragraph 4 of the Complaint that "Cendant directed Mr. and Mrs. Mendes to apply for an FHA loan. Mr. and Mrs. Mendes did so only because Cendant directed them to do so."

INTERROGATORY 12 RESPONSE

Mr. Mendes directs Cendant to the loan application and Cendant's agreement which indicates that he and his wife would receive an FHA loan. Cendant sought an FHA loan without explaining its parameters and without any discussion with Mr. and Mrs. Mendes.

INTERROGATORY NO. 13

State the Basis for the allegations in paragraph 8 of the Complaint that "The rental amounts [for the Property] that [you] would have received amounted to more than $1,500 per month."

INTERROGATORY 13 RESPONSE

Mr. and Mrs. Mendes did not need to satisfy this requirement based on Cendant's representations. Even if applicable, however, Mr. and Mrs. Mendes could have received rents in excess of $2,300. Cendant also now claims that the rents which it set forth in the loan application would not be sufficient even though it had previously approved Mr. and Mrs. Mendes for an FHA loan based on the receipt of such rents.

## INTERROGATORY NO. 14

State the Basis for the allegations in paragraph 14 of the Complaint that "FHA requirements did not require the rents even to exist, never mind be higher."

## INTERROGATORY 14 RESPONSE

Mr. Mendes objects to this interrogatory on the ground that it calls for a legal conclusion.

## INTERROGATORY NO. 15

State the Basis for the allegations in paragraph 15 of the Complaint that "Mr. and Mrs. Mendes generated sufficient income through employment to qualify for the mortgage." Please specify in your answer the type of mortgage that you are referencing in paragraph 15 of the Complaint, i.e., an FHA mortgage or some other type of mortgage.

## INTERROGATORY 15 RESPONSE

Mrs. Mendes directs Cendant to the loan application and Cendant's agreement that Mr. and Mrs. Mendes would receive a mortgage loan. Mr. and Mrs. Mendes also obtained based on this income a second loan as to a second property after the proposed sale of the Chilson Road property failed.

## INTERROGATORY NO. 16

State the Basis for the allegations in paragraph 22 of the Complaint that "The addition of rental income to be received by Mr. and Mrs. Mendes to the home Located at 1-3 Chilson Street would have provided additional income which would have further enabled their ability to pay the $297,000 mortgage on the Chilson Street property."

## INTERROGATORY 16 RESPONSE

Please see response to Interrogatory 13.

INTERROGATORY NO. 17

State the Basis for the allegations in paragraph 27 of the Complaint that "Cendant agreed

to provide Mr. and Mrs. Mendes with $307,545 in financing to purchase a home."

INTERROGATORY 17 RESPONSE

Mrs. Mendes directs Cendant to its correspondence indicating that it would provide Mr.

and Mrs. Mendes a mortgage loan.

INTERROGATORY NO. 18

State the Basis for the allegations in paragraph 28 of the Complaint that "Cendant

breached that agreement by refusing to provide the insurance" [sic].

INTERROGATORY 18 RESPONSE

Mrs. Mendes states that insurance should be changed to mortgage loan. Cendant failed to

provide a mortgage loan.

INTERROGATORY NO. 19

State the Basis for the allegations in paragraph 37 of the Complaint that "Cendant

committed unfair and deceptive acts in violation of Section 2 of Mass. Gen. Laws Chapter 93A."

INTERROGATORY 19 RESPONSE

Cendant agreed to provide Mr. and Mrs. Mendes with a mortgage loan. Cendant knew

that Mr. and Mrs. Mendes would not therefore seek mortgage approval from another loan

company. Cendant also told Mr. and Mrs. Mendes to execute a purchase and sale agreement.

Cendant then understood that it would not provide the loan. As a result, Mr. and Mrs. Mendes

lost the opportunity to purchase the property located on Chilson Street and lost the opportunity to

obtain alternative financing for the purchase.

INTERROGATORY NO. 20

State the Basis for the allegations in paragraph 39 of the Complaint that "Cendant's actions were willful."

INTERROGATORY 20 RESPONSE

Anthony Mendes states that several examples of willful conduct include: Cendant intended to breach its agreement; Cendant knew that it would or could breach its agreement at the time it agreed to provide a mortgage loan to Mr. and Mrs. Mendes; Cendant breached its agreement when it knew that Mr. and Mrs. Mendes would lose the opportunity to purchase the property located on Chilson Street; Cendant failed to locate a second loan to facilitate Mr. and Mrs. Mendes purchasing of the property located on Chilson Street; Cendant instructed Mr. and Mrs. Mendes to execute a purchase and sale agreement but failed to inform them beforehand that Cendant would not provide such a loan based on the information submitted and; Cendant failed to provide Mr. and Mrs. Mendes with a loan even though the data in the application indicated that they qualified for such a loan.

INTERROGATORY NO. 21

For each item of damages that you claim, please state with as much detail as you can:

(a)    A full description of the item of damage;

(b)    The amount of each item of damage;

(c)    The components, if any, of each item of damage; and

(d)    How you calculate each component or item of damage.

INTERROGATORY 21 RESPONSE

(a) Lost rental income and lost appreciation as to the property located on Chilson Street;

(b) (1) Lost rental amounts of more than $200,000. This amount will be further refined based on the consideration of additional facts. Mr. and Mrs. Mendes will supplement this response;

(2) Loss as to valuation of property (more than $200,000).

(c) See (b).

(d) See (b).

## INTERROGATORY NO. 22

Please state the date on which you initially agreed to purchase the Property, and state the date(s) to which the closing was rescheduled and the reason for the rescheduled date(s).

## INTERROGATORY 22 RESPONSE

Please see acceptance of offer to purchase, purchase and sale agreement, and relevant correspondence produced by Mr. and Mrs. Mendes.

## INTERROGATORY NO. 23

Please describe in as complete detail as possible your home at 895 School Street, Mansfield, Massachusetts, including the rooms in the house, the square footage of each room, and the square footage of the lot.

## INTERROGATORY 23 RESPONSE

The home located at 895 School Street is a one family home. It does not generage any rent. The square footage of the lot is approximately 41,395 square feet. The home's square footage is approximately 1,392 square feet.

Signed under the penalties of perjury.



Anthony Mendes

AS TO OBJECTIONS

ANTHONY AND ANTHONY MENDES,

By their attorney,

Christopher J. Trombetta, BBO# 556923
Law Office of Christopher J. Trombetta
310 North Main Street, Suite 6
Mansfield, Massachusetts  02048
(508) 339-5900

Dated: March 8, 2006

CERTIFICATE OF SERVICE

I, Christopher J. Trombetta, do hereby certify that on March 8, 2006 a copy of the foregoing document has been served via first class mail on opposing counsel in this action.

Christopher J. Trombetta

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY MENDES AND DORIS MENDES, | ) ) ) |
| | ) Civil Action No. 05CV11765DPW |
| Plaintiffs, | ) ) |
| | ) |
| v. | ) |
| | ) |
| CENDANT MORTGAGE, | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## DORIS MENDES' RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff, Doris Mendes, hereby responds to Defendant's First Set of Interrogatories.

### DEFINITIONS AND OBJECTIONS

"Mendes" means Anthony and Doris Mendes, their attorneys and persons acting at their direction or on their behalf.

"Cendant" means Cendant Mortgage, its predecessors, successors, affiliates, agents, servants, employees, attorneys and persons acting at its direction or on its behalf.

### RESPONSES

INTERROGATORY NO. 1

Please state the name, home and business address, and home and business telephone number, of the person answering these interrogatories, and whether the person answering these interrogatories has complied with all of the instructions set forth above. If the person answering has not fully complied with any instruction, please identify the instruction and how the person answering has failed to comply therewith.

## INTERROGATORY 1 RESPONSE

Doris Mendes

## INTERROGATORY NO. 2

For each expert whom you expect to call as a witness at trial, please state:

a.     the name and business and home address of the expert;

b.     state the subject matter on which the expert is expected to testify, including the substance of the facts, opinions and conclusions to which the expert is expected to testify at trial, and a summary of the grounds for each opinion and conclusion;

c.     state the profession, occupation, or field in which you claim the witness is an expert; provide a summary of the expert's qualifications, including educational background, specialized training or experience, organizational memberships, past and present positions, and the name and address of the employer for each position; and identify all publications, papers, speeches, technical writings or other documents authored or edited by the expert;

d.     identify any proceedings including depositions, trials, hearings, agency or other proceedings, at which the expert has testified or submitted comments, whether orally, in writing, or both, including the issues involved and the substance of the expert's testimony or comments;

e.     identify all reports, memoranda, documents or other materials reviewed, considered or relied on by the expert in reaching each opinion or conclusion;

f.     identify all reports, memoranda, notes, or documents of any kind prepared in connection with this litigation by, for, or under the direction or supervision of any witness whom you expect to call as an expert at trial, and identify any person in addition to such expert who participated in the preparation of such reports, memoranda, notes, or documents.

INTERROGATORY 2 RESPONSE

Doris Mendes has not yet selected any experts.

INTERROGATORY NO. 3

State the name, and business and home address and telephone number, of each person with knowledge (whether first hand or otherwise), or likely to have knowledge (whether first hand or otherwise), of the facts or circumstances raised by the pleadings filed in this action. For each such person, state with particularity what facts you anticipate such person to know, and your reasons for believing the person to have such knowledge or information.

INTERROGATORY 3 RESPONSE

Greg Abbott – knowledge as to discussions and potential sale.

Anthony and Doris Mendes – knowledge as to discussions and potential sale.

Cendant employees named in defendant's initial disclosures – knowledge as to discussions and potential sale.

Doris Mendes reserves the right to supplement this reponse.

INTERROGATORY NO. 4

Please identify all communications between Mendes and Cendant Mortgage concerning the allegations in the Complaint or the property located at 1-3 Chilson Street, Mansfield, Massachusetts (the "Property").

INTERROGATORY 4 RESPONSE

Doris Mendes does not recall any verbal communication with Cendant. Various written communication are evidenced in the documents that she produced

## INTERROGATORY NO. 5

Please identify all communications between Doris Mendes and any real estate broker concerning the allegations in the Complaint or the Property.

## INTERROGATORY 5 RESPONSE

Doris Mendes does not recall any verbal communication with the broker.

## INTERROGATORY NO. 6

Please identify any contracts, including conditional or unconditional loan commitments, that you had with Cendant Mortgage concerning the Property. Please include in your answer as complete a description as possible of the terms of the contract.

## INTERROGATORY 6 RESPONSE

Doris Mendes refers Cendant to the documents produced by her and Anthony Mendes. Doris Mendes also states that Cendant agreed to provide a mortgage loan to her and her husband. In reliance on that agreement, Mr. and Mrs. Mendes executed a purchase and sale agreement, and did not seek financing from any other entity.

## INTERROGATORY NO. 7

If you contend that Cendant Mortgage made an unconditional commitment to make you a loan to purchase the Property, State the Basis for this contention.

## INTERROGATORY 7 RESPONSE

Please see Response to Interrogatory 6.

## INTERROGATORY NO. 8

If you contend that PHH Mortgage breached any contract or commitment identified in your answers to Interrogatory numbers 6 or 7, State the Basis for this contention.

4

## INTERROGATORY 8 RESPONSE

Cendant breached its agreement by failing to provide a mortgage loan.

## INTERROGATORY NO. 9

If you contend that all conditions of any Final Commitment that Cendant Mortgage made to you were fulfilled, State the Basis for this contention.

## INTERROGATORY 9 RESPONSE

Doris Mendes objects to this interrogatory on the ground that it is without foundation. Cendant agreed to provide her and her husband with a mortgage loan. None of the information allegedly requested in the "Final Commitment" altered that agreement.

## INTERROGATORY NO. 10

If you contend that Cendant Mortgage made any false statements of material fact to you, State the Basis for this contention.

## INTERROGATORY 10 RESPONSE

Cendant indicated that it would provide Mr. and Mrs. Mendes with a mortgage loan.

## INTERROGATORY NO. 11

If you contend that you relied on any false statement that Cendant Mortgage made to you, State the Basis for this contention.

## INTERROGATORY 11 RESPONSE

Mr. and Mrs. Mendes relied on Cendant's contention by locating and agreeing to purchase a home, by agreeing to pay Cendant the fees associated with closing a loan, and by not seeking assistance from any other lender as to approval for a mortgage commitment.

INTERROGATORY NO. 12

State the Basis for the allegations in paragraph 4 of the Complaint that "Cendant directed Mr. and Mrs. Mendes to apply for an FHA loan. Mr. and Mrs. Mendes did so only because Cendant directed them to do so."

INTERROGATORY 12 RESPONSE

Mrs. Mendes directs Cendant to the loan application and Cendant's agreement which indicates that she and her husband would receive an FHA loan. Cendant sought an FHA loan without explaining its parameters and without any discussion with Mr. and Mrs. Mendes.

INTERROGATORY NO. 13

State the Basis for the allegations in paragraph 8 of the Complaint that "The rental amounts [for the Property] that [you] would have received amounted to more than $1,500 per month."

INTERROGATORY 13 RESPONSE

Mr. and Mrs. Mendes did not need to satisfy this requirement based on Cendant's representations. Even if applicable, however, Mrs. Mendes directs Cendant to the correspondence regarding rents. In addition, the relevant statement refers only to rents on two units. The rent on three units would have exceeded $2,300. Furthermore, the rents set forth by Cendant in the application for a loan are approximately $2,300. Cendant later claimed that such rents would not be sufficient even though it had indicated that Mr. and Mrs. Mendes would receive an FHA loan based on the receipt of such rents.

INTERROGATORY NO. 14

State the Basis for the allegations in paragraph 14 of the Complaint that "FHA requirements did not require the rents even to exist, never mind be higher."

INTERROGATORY 14 RESPONSE

Mrs. Mendes objects to this interrogatory on the ground that it calls for a legal conclusion.

INTERROGATORY NO. 15

State the Basis for the allegations in paragraph 15 of the Complaint that "Mr. and Mrs. Mendes generated sufficient income through employment to qualify for the mortgage." Please specify in your answer the type of mortgage that you are referencing in paragraph 15 of the Complaint, i.e., an FHA mortgage or some other type of mortgage.

INTERROGATORY 15 RESPONSE

Mrs. Mendes directs Cendant to the loan application and Cendant's agreement that Mr. and Mrs. Mendes would receive a mortgage loan. Mr. and Mrs. Mendes also obtained based on this income a second loan as to a second property after the proposed sale of the Chilson Road property failed.

INTERROGATORY NO. 16

State the Basis for the allegations in paragraph 22 of the Complaint that "The addition of rental income to be received by Mr. and Mrs. Mendes to the home Located at 1-3 Chilson Street would have provided additional income which would have further enabled their ability to pay the $297,000 mortgage on the Chilson Street property."

INTERROGATORY 16 RESPONSE

Please see response to Interrogatory 13.

INTERROGATORY NO. 17

State the Basis for the allegations in paragraph 27 of the Complaint that "Cendant agreed to provide Mr. and Mrs. Mendes with $307,545 in financing to purchase a home."

INTERROGATORY 17 RESPONSE

Mrs. Mendes directs Cendant to its correspondence indicating that it would provide Mr. and Mrs. Mendes a mortgage loan.

INTERROGATORY NO. 18

State the Basis for the allegations in paragraph 28 of the Complaint that "Cendant breached that agreement by refusing to provide the insurance" [sic].

INTERROGATORY 18 RESPONSE

Mrs. Mendes states that insurance should be changed to mortgage loan. Cendant failed to provide a mortgage loan.

INTERROGATORY NO. 19

State the Basis for the allegations in paragraph 37 of the Complaint that "Cendant committed unfair and deceptive acts in violation of Section 2 of Mass. Gen. Laws Chapter 93A."

INTERROGATORY 19 RESPONSE

Cendant agreed to provide Mr. and Mrs. Mendes with a mortgage loan. Cendant knew that Mr. and Mrs. Mendes would not therefore seek mortgage approval from another loan company. Cendant also told Mr. and Mrs. Mendes to execute a purchase and sale agreement. Cendant then understood that it would not provide the loan. As a result, Mr. and Mrs. Mendes lost the opportunity to obtain financing to purchase the property located on Chilson Street.

INTERROGATORY NO. 20

State the Basis for the allegations in paragraph 39 of the Complaint that "Cendant's actions were willful."

INTERROGATORY 20 RESPONSE

Several examples of willful conduct include: Cendant intended to breach its agreement; Cendant knew that it would or could breach its agreement at the time it agreed to provide a mortgage loan to Mr. and Mrs. Mendes; Cendant breached its agreement when it knew that Mr. and Mrs. Mendes would lose the opportunity to purchase the property located on Chilson Street; Cendant failed to locate a second loan to facilitate Mr. and Mrs. Mendes purchasing of the property located on Chilson Street; Cendant instructed Mr. and Mrs. Mendes to execute a purchase and sale agreement but failed to inform them beforehand that Cendant may not provide such a loan and; Cendant failed to provide Mr. and Mrs. Mendes with a loan even though the data in the application indicated that they qualified for such a loan.

INTERROGATORY NO. 21

For each item of damages that you claim, please state with as much detail as you can:

(a)     A full description of the item of damage;

(b)     The amount of each item of damage;

(c)     The components, if any, of each item of damage; and

(d)     How you calculate each component or item of damage.

INTERROGATORY 21 RESPONSE

(a) Lost rental income and lost appreciation as to the property located on Chilson Street;

(b) (1) Lost rental amounts of more than $200,000. This amount will be further refined based on the consideration of additional facts. Mr. and Mrs. Mendes will supplement this response;

(2) Loss as to valuation of property (more than $200,000).

(c) See (b).

9

(d)  See (b).

## INTERROGATORY NO. 22

Please state the date on which you initially agreed to purchase the Property, and state the date(s) to which the closing was rescheduled and the reason for the rescheduled date(s).

## INTERROGATORY 22 RESPONSE

Please see acceptance of offer to purchase, purchase and sale agreement, and relevant correspondence produced by Mr. and Mrs. Mendes.

## INTERROGATORY NO. 23

Please describe in as complete detail as possible your home at 895 School Street, Mansfield, Massachusetts, including the rooms in the house, the square footage of each room, and the square footage of the lot.

## INTERROGATORY 23 RESPONSE

The home located at 895 School Street is a one family home.  It does not generage any rent.  The square footage of the lot is approximately 41,395 square feet.  The home's square footage is approximately 1,392 square feet.

Signed under the penalties of perjury.


_____
Doris Mendes

AS TO OBJECTIONS

DORIS AND ANTHONY MENDES,

By their attorney,

_____

Christopher J. Trombetta, BBO# 556923
Law Office of Christopher J. Trombetta
310 North Main Street, Suite 6
Mansfield, Massachusetts  02048
(508) 339-5900

Dated: March 8, 2006

## CERTIFICATE OF SERVICE

I, Christopher J. Trombetta, do hereby certify that on March 8, 2006 a copy of the foregoing document has been served via first class mail on opposing counsel in this action.

_____

Christopher J. Trombetta