**Exhibit B**

BP07  57408

| a Control number BP07 | 1 Wages, tips, other compensation 34454.33 | 2 Federal income tax withheld 3341.05 |
|---|---|---|
| | 3 Social security wages 34454.33 | 4 Social security tax withheld 2136.27 |
| | 5 Medicare wages and tips 34454.33 | 6 Medicare tax withheld 499.54 |

c Employer's name, address, and ZIP code
**FAMILY REHABILITATIO**
**133 HANCOCK STREET**
**DORCHESTER, MA 02125**

b Employer's identification number
**04-3140856**

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Advance EIC payment 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12 Benefits included in Box 1 0.00 |
| 13 See Instrs. for Box 13 | 14 Other | |

e Employee's name, address, and ZIP code
**ANTHONY P MENDES**
**171 BRIDGE ST**
**DEDHAM, MA 02026**

d Employee's social security number
**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**

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | | Deferred compensation |
|---|---|---|---|---|---|

| Void | 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. |
|---|---|---|---|
| ☐ | MA | 043-140-856 | 34454.33 |

**1999**  **W-2**  Wage and Tax Statement

| 18 State income tax |
|---|
| 1603.46 |

| 19 Locality Name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|

Copy for **EMPLOYEE'S**    15-0331990    Department of the Treasury—Internal Revenue Service
State, City or Local
Income Tax Returns

SP07     57408

| a Control number SP07 | 1 Wages, tips, other compensation 3672.25 | 2 Federal income tax withheld 378.42 |
|---|---|---|
| This information is being furnished to the Internal Revenue Service. | 3 Social security wages 3672.25 | 4 Social security tax withheld 227.69 |
| | 5 Medicare wages and tips 3672.25 | 6 Medicare tax withheld 53.25 |

| c Employer's name, address, and ZIP code FAMILY REHABILITATION SERVI | b Employer's identification number 04-3140856 |
|---|---|

133 HANCOCK STREET

DORCHESTER, MA 02125

| 7 Social security tips 0.00 | 8 Allocated tips 0.00 | 9 Advance EIC payment 0.00 |
|---|---|---|
| 10 Dependent care benefits 0.00 | 11 Nonqualified plans 0.00 | 12 Benefits included in Box 1 0.00 |
| 13 See Instrs. for Box 13 | 14 Other | |

| e Employee's name, address, and ZIP code ANTHONY P MENDES 171 BRIDGE ST | d Employee's social security number 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 |
|---|---|

DEDHAM, MA 02026

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | | | Deferred compensation |
|---|---|---|---|---|---|---|
| Void | 16 State MA | Employer's state I.D. No. 043-140-856 | | | 17 State wages, tips, etc. 3672.25 | |
| 2000 | W-2 | Wage and Tax Statement | | | 18 State income tax 168.01 | |
| 19 Locality Name | | 20 Local wages, tips, etc. | | | 21 Local income tax | |

Copy B to be Filed
With Employee's FEDERAL Tax Return

15-0351890    Department of the Treasury—Internal Revenue Service

# 2000 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.**

| Gross Pay | 32656.41 | Social Security Tax Withheld Box 4 of W-2 | 1990.09 | MA State Income Tax Box 18 of W-2 SUI/SDI | 1745.00 |
|---|---|---|---|---|---|
| Fed. Income Tax Withheld Box 2 of W-2 | 5471.47 | Medicare Tax Withheld Box 6 of W-2 | 463.09 | Box 14 of W-2 | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 17 of W-2 |
|---|---|---|---|---|
| Gross Pay | 32,656.41 | 32,656.41 | 32,656.41 | 32,656.41 |
| Less Other Cafe 125 | 719.42 | 719.42 | 719.42 | 719.42 |
| Reported W-2 Wages | 31,936.99 | 31,936.99 | 31,936.99 | 31,936.99 |

**3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.**

ANTHONY P. MENDES
171 BRIDGE STREET
DEDHAM, MA 02026

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
  FEDERAL: 0   $20 Additional Tax
  STATE: 0

© 2000 AUTOMATIC DATA PROCESSING, INC.

Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

---

| Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 31936.99 | 5471.47 |
| Social security wages | 4 Social security tax withheld |
| 31936.99 | 1990.09 |
| Medicare wages and tips | 6 Medicare tax withheld |
| 31936.99 | 463.09 |

| Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000389 C3F | 115205 | AAAA A | 52 |

Employer's name, address, and ZIP code

4 LINCOLN STREET INC
6A RIVERBEND
4 LINCOLN ST
ATICK, MA 01760

**Batch #00455**

| Employer's FED ID number 04-2923221 | 4 Employer's SSA number 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 |
|---|---|
| Social security tips | 8 Allocated tips |
| Advance EIC payment | 10 Dependent care benefits |
| Nonqualified plans | 12 Benefits included in box 1 |
| 1 See instrs. for box 13 | 14 Other |

| Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |
|---|---|---|---|---|

Employer's name, address and ZIP code

NTHONY P. MENDES
71 BRIDGE STREET
EDHAM, MA 02026

| State Employer's state ID no. 17 State wages, tips, etc. | |
|---|---|
| MA 042-923-221 10 | 31936.99 |
| State income tax | 18 Locality name |
| 1745.00 | |
| Local wages, tips, etc. | 21 Local income tax |

**Employee Reference Copy**

**W-2** Wage and Tax **2000**
Statement
PTC for employer's records.

OMB No. 1545-0008

## *Riverbend Convalescent Center*

34 Lincoln Street, South Natick, Massachusetts 01760
(617) 235-5640/(508) 653-8330

To Whom It May Concern:

June 29, 2001

Re: __Anthony Mendes__/ employment verification

Anthony Mendes is **currently employed** at the Riverbend Convalescent Center as the Food Service Director.

**Hire date:** 02/09/2000
**Hourly wage:** $16.50/hour
**Status:** Full time employee (40 hours on a regular basis weekly). **Note:** Overtime is worked when it is available

Year to Date amount for 2000  $ 32, 656.41
Year to Date amount for 2001  $ 20, 351.05

Anthony is a very dependable and knowledgeable employee. He is also a very reliable employee.

If you have any further questions please feel free to contact me at 781-762-0703 ext. 15

Sincerely,

Paula Surro
Administrator

cc: file

Earnings Statement

ADP®

| CO.    FILE    DEPT.    CLOCK    NUMBER |
|---|
| C8F    000389    115205    000057347<sub>1</sub>    1 |

RIVERBEND CONVALESCENT CENTER
34 LINCOLN STREET
SOUTH NATICK, MA 01760

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 State: 0

Period Ending:    06/09/2001
Pay Date:    06/15/2001

ANTHONY P. MENDES
171 BRIDGE STREET
DEDHAM, MA 02026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 40.00 | 660.00 | 14,436.17 |
| Overtime | 24.7500 | 3.75 | 92.81 | 2,562.37 |
| Hol1.5 | | | | 366.94 |
| Sick Time | | | | 333.25 |
| Vacation Time | | | | 620.00 |
| **Gross Pay** | | | **$752.81** | 18,690.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.64 | 2,611.26 |
| | Social Security Tax | -45.56 | 1,132.29 |
| | Medicare Tax | -10.66 | 264.81 |
| | MA State Income Tax | -38.01 | 944.47 |
| | Other | | |
| | Credit Union | -75.00 | 525.00 |
| | Disabil Posttax | -8.79 | 210.96 |
| | Health Pre-Tax | -17.83* | 427.92 |
| | **Net Pay** | **$465.32** | |

* Excluded from federal taxable wages
 Your federal taxable wages this period are $734.98

©1998 Automatic Data Processing, Inc.

◀ TEAR HERE

**Earnings Statement**

ADP®

CO. FILE DEPT. CLOCK NUMBER
C8F 000089 115205 0000573520 1

RIVERBEND CONVALESCENT CENTER
34 LINCOLN STREET
SOUTH NATICK, MA 01760

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State: 0

Period Ending: 06/16/2001
Pay Date: 06/22/2001

ANTHONY P. MENDES
171 BRIDGE STREET
DEDHAM, MA 02026

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 16.5000 | 40.00 | 660.00 | 15,096.17 |
| Overtime | 24.7500 | 7.25 | 179.44 | 2,741.81 |
| Hol1 .5 | | | | 366.94 |
| Sick Time | | | | 333.25 |
| Vacation Time | | | | 620.00 |
| **Gross Pay** | | | **$839.44** | 19,530.17 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Federal Income Tax | -104.64 | | 2,716.90 |
| | Social Security Tax | -50.94 | | 1,183.23 |
| | Medicare Tax | -11.91 | | 276.72 |
| | MA State Income Tax | -42.49 | | 986.96 |
| | Other | | | |
| | Credit Union | -75.00 | | 600.00 |
| | Disabl Posttax | -8.79 | | 219.75 |
| | Health Pre-Tax | -17.83* | | 445.75 |
| | **Net Pay** | **$527.64** | | |

* Excluded from federal taxable wages
* Your federal taxable wages this period are $821.61

◀ TEAR HERE     ©1998 Automatic Data Processing, Inc.



# Earnings Statement

Period Ending: 06/23/2001
Pay Date: 06/29/2001

**ANTHONY P. MENDES
171 BRIDGE STREET
DEDHAM, MA 02026**

CO.    FILE    DEPT.    CLOCK    NUMBER
C8F    000389    115205    0000573568    1

*RIVERBEND CONVALESCENT CENTER
34 LINCOLN STREET
SOUTH NATICK, MA 01760*

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
   Federal:    0
   State:    0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.5000 | 40.00 | 660.00 | 15,756.17 |
| Overtime | 24.7500 | 6.50 | 160.88 | 2,902.69 |
| Hol 1.5 | | | | 366.94 |
| Sick Time | | | | 333.25 |
| Vacation Time | | | | 620.00 |
| **Gross Pay** | | | **$820.88** | **20,361.05** |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -101.85 | 2,820.75 |
| | Social Security Tax | -49.79 | 1,233.02 |
| | Medicare Tax | -11.65 | 288.37 |
| | MA State Income Tax | -41.53 | 1,026.49 |
| | **Other** | | |
| | Credit Union | -75.00 | 675.00 |
| | Disabl Posttax | -8.79 | 228.54 |
| | Health Pre-Tax | -17.83* | 463.58 |
| | **Net Pay** | **$514.44** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $803.05

© 1998 Automatic Data Processing, Inc.

▲ TEAR HERE

© 1991 ADP INC.

# Exhibit C

 **Fleet**

STATEMENT OF ACCOUNTS

PAGE   1 OF   3

943973-4466

STATEMENT DATE
05/31/01

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

Cash Reserve Payment

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

Please remit to:
FLEET BANK
Cash Reserve
PO Box 150462
Hartford, CT. 06115-04l

detach

| SAVINGS | BEGINNING BALANCE | DEPOSITS & OTHER CREDITS | CHECKS PAID & OTHER DEBITS | INTEREST PAID | SERVICE ACTIVITY & OTHER FEES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| 943973-4466 | 5.78 | 2475.74 | 1272.00 | .29 | 5.00 | 1284.81 |

**ACCOUNT NO.   943973-4466    BASIC SAVINGS**          **PERIOD 03/26/01 THROUGH 05/31/01**
FLEET TELEPHONE BANKING ACCESS CODE 4622
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                          .99 %
INTEREST EARNED THIS PERIOD FOR  67 DAYS                            .39
2001 INTEREST PAID YEAR TO DATE                                    .29

**- DEBITS AND CREDITS -**

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|---|---|---|---|
| 04-17 | | 680.56 | DEPOSIT-ATM<br>1665 VFW PARKWAY<br>WEST ROXBURY MA |
| 04-19 | | 410.00 | DEPOSIT-ATM<br>ROUTE 44<br>RAYNHAM    MA |
| 04-19 | 200.00 | | ATM WITHDRAWAL (01) |
| 04-23 | 141.00 | | ATM NETWORK WITHDRAWAL (02) |
| 04-23 | 101.00 | | ATM NETWORK WITHDRAWAL (03) |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-23 | 1.50 | | ATM NETWORK FEE |
| 04-24 | 61.00 | | ATM NETWORK WITHDRAWAL (04) |
| 04-24 | 1.50 | | ATM NETWORK FEE |
| 04-25 | 200.00 | | RETURNED DEPOSITED ITEM |
| 04-25 | 5.00 | | RETURNED DEPOSIT ITEM FEE |
| 04-25 | | .18 | INTEREST<br>PERIOD 03-26-01 TO 04-25-01<br>AVERAGE BALANCE    216.42<br>INTEREST RATE    .999 % |

 **Fleet**

### STATEMENT OF ACCOUNTS

PAGE  2 OF  3

943973-4466

STATEMENT DATE
05/31/01

Questions?
Call our Telephone
Banking Center at
1-800-841-4000

Cash Reserve Payment

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

Please remit to:
FLEET BANK
Cash Reserve
PO Box 150452
Hartford, CT. 06115-045

*detach*

ACCOUNT NO.  943973-4466  CONTINUED  PERIOD 03/26/01 THROUGH 05/31/01

#### - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 04-25 | | | SC AVG BALANCE = 216 |

#### - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 04-26 | 40.00 | | ATM WITHDRAWAL (05) |
| 04-26 | .50 | | MINI - STATEMENT FEE |
| 04-26 | 1.00 | | MINI - STATEMENT FEE |
| 04-27 | 40.00 | | ATM WITHDRAWAL (06) |
| 04-30 | 60.00 | | ATM WITHDRAWAL (07) |
| 04-30 | 40.00 | | ATM WITHDRAWAL (08) |
| 05-03 | 40.00 | | ATM WITHDRAWAL (09) |
| 05-07 | 60.00 | | ATM WITHDRAWAL (10) |
| 05-16 | 21.50 | | ATM NETWORK WITHDRAWAL (11) |
| 05-16 | 1.50 | | ATM NETWORK FEE |
| 05-18 | 40.00 | | ATM WITHDRAWAL (09) |
| 05-25 | | .11 | INTEREST |
| | | | PERIOD 04-26-01 TO 05-25-01 |
| | | | AVERAGE BALANCE 130.18 |
| | | | INTEREST RATE .999 % |

#### - ACCOUNT ACTIVITY FEES SUMMARY - ITEMIZED -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 05-25 | | | SC AVG BALANCE = 130 |

#### - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 05-29 | | 840.09 | DEPOSIT-ATM |
| | | | 1857 CENTRE STREET |
| | | | WEST ROXBURY MA |

*Notice: See reverse side for important information*

 **Fleet**

**STATEMENT OF ACCOUNTS**

PAGE  3 OF  3

943973-4466

*STATEMENT DATE*
05/31/01

**Questions?**
**Call our Telephone**
**Banking Center at**
1-800-841-4000

*Cash Reserve Payment*

156

DORIS H MENDES
171 BRIDE ST
DEDHAM MA  02026

*Please remit to:*
*FLEET BANK*
*Cash Reserve*
*PO Box 150452*
*Hartford, CT. 06115-04*

*detach*

**ACCOUNT NO.  943973-4466     CONTINUED          PERIOD 03/26/01 THROUGH 05/31/01**

### - DEBITS AND CREDITS -

| DATE | DEBITS (-) | CREDITS (+) | DESCRIPTION |
|------|-----------|-------------|-------------|
| 05-29 | | 545.09 | DEPOSIT-ATM 47 MAVERICK SQUARE E BOSTON     MA |
| 05-29 | 100.00 | | ATM WITHDRAWAL (12) |
| 05-29 | 80.00 | | ATM WITHDRAWAL (13) |
| 05-29 | 40.00 | | ATM WITHDRAWAL (14) |

### - ATM/POS/SELECT LOCATIONS -

(01) ROUTE 44 RAYNHAM MA 90987
(02) EDS/7-11 W. YARMOUTH MA MA555
(03) 907 MAIN ST WALPOLE MA TQ182
(04) SHAWS SHARON SHARON MA CMS41
(05) 1415 PROVIDENCE HIGHWAY NORWOOD MA 90937
(06) 134 NAHATAN STREET NORWOOD MA 90935
(07) 175 MANSFIELD AVE NORTON MA 90930
(08) 1665 VFW PARKWAY WEST ROXBURY MA 91136
(09) 1415 PROVIDENCE HWY NORWOOD MA 90936
(10) 19A EASTERN AVE DEDHAM MA 90464
(11) 38 VANDERBILT AVE NORWOOD MA MC028
(12) 1857 CENTRE STREET WEST ROXBURY MA 91139
(13) 47 MAVERICK SQUARE E BOSTON MA 90506
(14) 300 VFW PARKWAY DEDHAM MA 90467

### - DAILY BALANCE SUMMARY -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 04-17 | 686.34 | 04-26 | 342.52 | 05-16 | 79.52 |
| 04-19 | 896.34 | 04-27 | 302.52 | 05-18 | 39.52 |
| 04-23 | 651.34 | 04-30 | 202.52 | 05-25 | 39.63 |
| 04-24 | 588.84 | 05-03 | 162.52 | 05-29 | 1,204.81 |
| 04-25 | 384.02 | 05-07 | 102.52 | | |

 CITIZENS BANK

**1-800-922-9999**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US059 BR796          36    1

DORIS H MENDES
171 BRIDGE ST
DEDHAM MA   02026

**Citizens Circle
Account Statement**

 OF 5

Beginning May 18, 2001
through June 19, 2001

## Contents

| Summary | Page | 1 |
|---|---|---|
| Checking | Page | 2 |
| Overdraft Line of Credit | Page | 4 |
| Savings | Page | 5 |

## Citizens Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Citizens Circle Checking | 113077-003-3 | 605.29 | 5.14 |
| **Savings** | | | |
| Citizens Circle Savings | 1152-625096 | 14.82 | 14.83 |
| Citizens Circle Passbook | 1152-770126 | 6,428.38 | 4,933.83 |
| **LOAN BALANCE** | | | |
| Overdraft Line of Credit | 113077-003-3 | 913.59 | 908.21 |

| | |
|---|---|
| Average monthly combined balance to waive monthly fee is | 5,000.00 |
| Your average monthly combined balance this statement period is | 6,924.81 |

DORIS H MENDES
**Citizens Circle Checking**
113077-003-3

**Total Deposit Balance**
4,953.80

**Total Loan Balance**
908.21

**Total Relationship Balance**
5,862.01

## MEMO

. If your credit card account appears on the Circle summary section of your statement,
please note that your credit card balance is as of February 11, 1999. This balance will
be reported on your upcoming statements until we have completed the transfer of
your account to our new credit card servicing company. We are sorry for any
inconvenience and we thank you for your understanding.

 **CITIZENS BANK**

1-800-922-9999

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**Account Statement**

 **2** of **5**

Beginning May 18, 2001
through June 19, 2001

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 605.29 |
| Checks | 2,243.33 - |
| Withdrawals & Fees | 1,628.92 - |
| Deposits & Additions | 3,270.10 + |
| Current Balance | 9.14 = |

DORIS H MENDES
Citizens Circle Checking
113077-003-3

Previous Balance

605.29

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1086 | 65.00 | 06/18 | 1133 | 80.00 | 05/24 |
| 1116* | 120.00 | 05/21 | 1134 | 60.00 | 05/24 |
| 1117 | 50.00 | 05/22 | 1135 | 6.77 | 05/30 |
| 1118 | 80.00 | 05/21 | 1136 | 47.03 | 05/30 |
| 1119 | 70.00 | 05/21 | 1137 | 60.00 | 05/22 |
| 1120 | 30.00 | 05/22 | 1138 | 110.00 | 05/29 |
| 1121 | 100.00 | 05/21 | 1139 | 60.00 | 06/04 |
| 1122 | 50.00 | 05/21 | 1141* | 125.00 | 06/01 |
| 1123 | 50.00 | 05/21 | 1143* | 328.42 | 06/12 |
| 1124 | 10.00 | 05/29 | 1144 | 43.44 | 06/13 |
| 1125 | 28.17 | 06/04 | 1181* | 25.00 | 06/19 |
| 1126 | 20.00 | 05/25 | 1182 | 70.00 | 06/18 |
| 1127 | 74.50 | 05/25 | 1184* | 20.00 | 06/18 |
| 1128 | 40.00 | 05/29 | 1185 | 30.00 | 06/19 |
| 1129 | 50.00 | 05/29 | 1186 | 40.00 | 06/19 |
| 1130 | 50.00 | 05/29 | 1188* | 45.00 | 06/19 |
| 1131 | 35.00 | 05/24 | 1190* | 100.00 | 06/18 |
| 1132 | 50.00 | 05/24 | 1191 | 20.00 | 06/19 |

Total Checks

2,243.33

Member FDIC   Equal Housing Lender

 CITIZENS BANK

**1-800-922-9999**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**Account Statement**

 **3** of **5**

**Beginning May 18, 2001
through June 19, 2001**

*Checking continued from previous page*

## Withdrawals & Fees

**DORIS H MENDES
Citizens Circle Checking**
113077-003-3

### ATM/Purchases

| Date | Amount | Description | Location Code |
|------|--------|-------------|---------------|
| 05/29 | 400.00 | ATM Withdrawal | CMXI30 |
| 06/01 | 300.00 | ATM Withdrawal | CMY010 |
| 06/01 | 300.00 | ATM Withdrawal | CMY010 |
| 06/01 | 100.75 | ATM Withdrawal - 90508 American Airlines E. Boston MA | |
| 06/11 | 100.00 | ATM Withdrawal - 0015 Red Unicard Lima | |
| 06/13 | 17.34 | Point Of Sale Debit - 269037 HI-Lo Foods Jamaica Plai MA | |
| 06/14 | 100.00 | ATM Withdrawal | CMXI30 |
| 06/14 | 25.50 | Point Of Sale Debit - 098609 Roche Bros #103 W.Roxbury MA | |
| 06/18 | 70.80 | MMC Purchase - 314058 American Lima OK | |
| 06/18 | 40.75 | ATM Withdrawal - 91135 1230 VFW Pkwy W Roxbury MA | |
| 06/18 | 20.00 | ATM Withdrawal | CMXI30 |
| 06/18 | 11.78 | MMC Purchase - 045737 Roman's Hallmark Shop Dedham MA | |

### Other Withdrawals

| Date | Amount | Description |
|------|--------|-------------|
| 06/05 | 120.00 | Ccb-Hunt 01155 Checkpaymt 066411 000000000001142 |
| 06/11 | 20.00 | Overdraft Line Payment |

**Total Withdrawals & Fees
1,626.92**

## Deposits & Additions

### Other Additions

| Date | Amount | Description |
|------|--------|-------------|
| 05/18 | 237.73 | Deposit |
| 05/22 | 228.36 | Deposit |
| 05/24 | 410.83 | Deutsches Altenh 99801 052401 016581618 |
| 05/25 | 437.49 | Deposit |

 CITIZENS BANK

**1-800-922-9999**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.


_Checking continued from previous page_

## Other Additions (continued)

| Date | Amount | Description |
|------|--------|-------------|
| 05/31 | 410.63 | Deutsches Altenh 99801 053101 016581618 |
| 05/31 | 203.05 | Deutsches Altenh 99801 053101 016581618 |
| 06/01 | 400.00 | Deposit |
| 06/07 | 346.69 | Deutsches Altenh 99801 060701 016581618 |
| 06/08 | 200.00 | Deposit |
| 06/18 | 395.32 | Deposit |

DORIS H MENDES
**Citizens Circle Checking**
113077-003-3

⊕ **Total Deposits & Additions**
3,270.10

⊖ **Current Balance**
5.14

## CITIZENS ATM LOCATIONS USED

| Location Code | Times Used | Location |
|---------------|------------|----------|
| CMXI30 | 003 | Citizens Centre St 3, West Roxbury MA |
| CMYD10 | 002 | West Roxbury, West Roxbury MA |

## Overdraft Line of Credit

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 913.59 |
| Advances & Debits | .00 + |
| FINANCE CHARGE | 14.62 + |
| Payments & Credits | 20.00 - |
| Current Balance | 908.21 = |

**Balance**

| | |
|---|---|
| _Average Daily Balance_ | 898.25 |
| _Credit Limit_ | 1,000.00 |
| _Available Credit_ | 91.79 |

_Interest_

| | |
|---|---|
| _ANNUAL PERCENTAGE RATE_ | 18.00% |
| _Daily Periodic Rate_ | .04932% |
| _Days in Billing Cycle_ | 33 |

_Payment_

| | |
|---|---|
| _Statement Beginning Date_ | 05/18/01 |
| _Statement Closing Date_ | 06/19/01 |
| _Past Due Amount_ | .00 |
| _Payment Due Date_ | 07/14/01 |
| _Minimum Payment Due_ | 20.00 |

DORIS H MENDES
**Overdraft Line of Credit**
113077-003-3

**Previous Balance**
913.59

**TRANSACTION DETAILS**

METROPOLITAN CREDIT UNION
PO BOX 9100
CHELSEA, MA 02150-9100
PHONE NO. 800-225-5908

| ACCOUNT NUMBER | | | | | | |
|---|---|---|---|---|---|---|
| 107687118-0 | MAY 01, 2001 | | | MAY 31, 2001 | | |
| NO. | OPEN END CREDIT LIMIT | AVAIL | NEW LOAN BALANCE | PAYMENT DUE DATE | LOAN PMT. AMT. DUE | PERIODIC RATE(DAYS) | ANNUAL RATE |
| 1 | | | 32176 | DEC 19 01 | 100.00 | .04247% | 15.500 |

DORIS H MENDES
171 BRIDGE ST
DEDHAM  MA 02026-1740

| TRAN. DATE | EFFECT. DATE | SFX NO. | TRANSACTION DESCRIPTION | | BALANCE | | |
|---|---|---|---|---|---|---|---|
| | | | *** MORTGAGE FINANCING - A SMART INVESTMENT AT METRO! *** | | | *** | |
| | | | *** LOW RATES AND MANY PROGRAMS AVAILABLE. *** | | | *** | |
| | | | *** CALL 800-225-5908 TODAY FOR MORE INFORMATION! *** | | | *** | |
| | | | 2001  DIVIDENDS EARNED———————7.14 | INTEREST PAID ON LOANS———————278.18 | | | |
| | | 1 | SHARE ACCOUNT PREVIOUS BALANCE | | 412.65 | | |
| 0503 | | | PAYROLL-DEDUCTION | 35.00 | 447.65 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0510 | | | PAYROLL-DEDUCTION | 35.00 | 482.65 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0517 | | | PAYROLL-DEDUCTION | 35.00 | 517.65 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0524 | | | PAYROLL-DEDUCTION | 35.00 | 552.65 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0531 | | | PAYROLL-DEDUCTION | 70.00 | 622.65 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0531 | | | SHARE WITHDRAWAL | 350.00- | 272.65 | | |
| 0531 | | | D I V I D E N D * P A I D | 1.05 | 273.70 | | |
| | | | FOR 5/1/01 THROUGH 5/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD EARNED OF 2.54% BASED ON AVERAGE DAILY BALANCE OF $491.60 | | | | |
| | | 5 | CHRISTMAS CLUB PREVIOUS BALANCE | | 453.18 | | |
| 0503 | | | PAYROLL-DEDUCTION | 15.00 | 468.18 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0510 | | | PAYROLL-DEDUCTION | 15.00 | 483.18 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0517 | | | PAYROLL-DEDUCTION | 15.00 | 498.18 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0524 | | | PAYROLL-DEDUCTION | 15.00 | 513.18 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0531 | | | PAYROLL-DEDUCTION | 30.00 | 543.18 | | |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0531 | | | D I V I D E N D * P A I D | 1.00 | 544.18 | | |
| | | | FOR 5/1/01 THROUGH 5/31/01 WHICH IS AN ANNUAL PERCENTAGE YIELD EARNED OF 2.44% BASED ON AVERAGE DAILY BALANCE OF $487.05 | | | | |
| | | 1 | ACCOUNT PREVIOUS BALANCE | | 8.00 | | 3,756.35 |
| 0501 | | | INSURANCE PREMIUM | | MDL INSUR | | 3,764.35 |
| 0503 | | | PAYROLL-DEDUCTION | 100.00 | 11.18 | | 3,675.53 |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0510 | | | PAYROLL-DEDUCTION | 100.00 | 10.93 | | 3,586.46 |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0517 | | | PAYROLL-DEDUCTION | 100.00 | 10.66 | | 3,497.12 |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0524 | | | PAYROLL-DEDUCTION | 100.00 | 10.40 | | 3,407.52 |
| | | | 99801      DEUTSCHES ALTENH | | | | |
| 0531 | | | PAYROLL-DEDUCTION | 200.00 | 10.13 | | 3,217.65 |
| | | | 99801      DEUTSCHES ALTENH | | | | |

NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION. REGARDING THE BILLING ERROR NOTICE. ANY LOAN WITH AN ASTERISK(*) NEXT TO THE SUFFIX NO. IS AN OPEN-END LOAN.

# Exhibit D

high point rpa

251-2652439-703
File No. 329134

0015775950

CENDANT MORTGAGE #15775950
3000 LEADENHALL ROAD
Mt. LAUREL, NJ 08054

File Number:  329134

In accordance with your request, I have personally inspected and appraised the real property at:

1-3 CHILSON AVENUE
MANSFIELD, MA. 02048

The purpose of this appraisal is to estimate the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the estimated market value of the property as of August 29, 2001       is:

$305,000
Three Hundred Five Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final estimate of value, descriptive photographs, limiting conditions and appropriate certifications.

JOHN G. PACHECO

**UNIFORM RESIDENTIAL APPRAISAL REPORT**  File No. 329134  251-2652439-703

### SUBJECT

| | |
|---|---|
| Property Address 1-3 CHILSON AVENUE | City MANSFIELD | State MA. | Zip Code 02048 |

Legal Description BOOK 5166 PAGE 161

Assessor's Parcel No. MAP# 24 LOT# 187  County BRISTOL

Borrower MENDES, Anthony & Doris  Tax Year 2001  R.E. Taxes $ 3,301.88  Special Assessments $ N/A

Current Owner CHILSON AVE REALTY TRUST  Occupant:  Owner  [X] Tenant  Vacant

Property rights appraised [X] Fee Simple  Leasehold  Project Type  PUD  Condominium (HUD/VA only)  HOA$  N/A /Mo.

Neighborhood or Project Name MANSFIELD CENTER  Map Reference ASSESSOR  Census Tract 6301

Sale Price $ 305,000  Date of Sale PENDING  Description and $ amount of loan charges/concessions to be paid by seller NO P&S FOR REVIEW

Lender/Client CENDANT MORTGAGE #15775950  Address 3000 LEADENHALL ROAD, Mt. LAUREL, NJ 08054

Appraiser JOHN G. PACHECO  Address 3 SOUTH SIXTH STREET, NEW BEDFORD, MA 02740

### NEIGHBORHOOD

| Location | Urban | [X] Suburban | Rural |
|---|---|---|---|
| Built up | [X] Over 75% | 25-75% | Under 25% |
| Growth rate | Rapid | [X] Stable | Slow |
| Property values | Increasing | [X] Stable | Declining |
| Demand/supply | Shortage | [X] In balance | Over supply |
| Marketing time | Under 3 mos. | [X] 3-6 mos. | Over 6 mos. |

Predominant occupancy: [X] Owner  Tenant  [X] Vacant (0-5%)  Vacant (over 5%)

Single family housing PRICE $(000): 125 Low, 325 High, 200 Predominant

AGE (yrs): 20 Low, 150 High, 80 Predominant

Present land use %: One family 90%, 2-4 family 30%, Multi-family 0%, Commercial 10%, (VACANT) 0%

Land use change [X] Not likely  Likely  In process  To: ___

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: NORTH: ROUTE 106. SOUTH; EAST STREET. EAST: ROUTE 106. WEST: ROUTE 140.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): See Attached Addendum.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): THE SUBJECT IS LOCATED IN MANSFIELD AND COMPETES IN A MARKET OF 2-4 FAMILY HOMES. PROPERTY VALUES TEND TO BE CONSISTENT IN THIS AREA DEPENDING ON DWELLING CONDITION AND AMENITY. DEMAND AND SUPPLY APPEAR TO BE IN BALANCE IN THIS AREA. MARKETING TIMES TEND TO RUN BETWEEN 3 AND 6 MONTHS BASED ON COMPARABLE DATA. PRICES HAVE BEEN STABLE IN LARGE PART DUE TO ATTRACTIVE INTEREST RATES. CONVENTIONAL FINANCING IS READILY AVAILABLE TO QUALIFIED BUYERS.

### PUD

Project Information for PUDs (if applicable) - - is the developer/builder in control of the Home Owners' Association (HOA)?  YES  NO

Approximate total number of units in the subject project ___  Approximate total number of units for sale in the subject project ___

Describe common elements and recreational facilities: ___

### SITE

Dimensions 93 FEET ROAD FRONTAGE X IRREGULAR

Site area 9416 S.F.  Corner Lot [X] Yes  No

Specific zoning classification and description R-3= 10,000 S.F. /80' FRONTAGE

Zoning compliance  Legal  [X] Legal nonconforming (Grandfathered use)  Illegal  No zoning

Highest & best use as improved: [X] Present use  Other use (explain)

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity | [X] | | Street | ASPHALT | [X] | |
| Gas | [X] | | Curb/gutter | GRANITE | [X] | |
| Water | [X] | | Sidewalk | CEMENT | [X] | |
| Sanitary sewer | [X] | | Street lights | POLE TYPE | [X] | |
| Storm sewer | [X] | | Alley | NONE | | |

Topography LEVEL TO ROAD GRADE
Size TYPICAL FOR THE AREA
Shape RECTANGULAR
Drainage APPEARS ADEQUATE
View YARD/NEIGHBORS
Landscaping AVERAGE FOR AREA
Driveway Surface ASPHALT
Apparent easements NONE NOTED
FEMA Special Flood Hazard Area  Yes [X] No
FEMA Zone ZONE C  Map Date 4-1-77
FEMA Map No. 250057 H&I-02

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning, use, etc.): SEE ATTACHED ADDENDUM.

### DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | EXTERIOR DESCRIPTION | FOUNDATION | BASEMENT | INSULATION |
|---|---|---|---|---|
| No. of Units ONE | Foundation STONE | Slab NO | Area Sq.Ft. 1540 | Roof Cncl. |
| No. of Stories 2 | Exterior Walls CLAPBRD. | Crawl Space NO | % Finished 0% | Ceiling Cncl. |
| Type (Det./Att.) DETACHEI | Roof Surface ASPH.SHNG. | Basement FULL | Ceiling JOISTS | Walls Cncl. |
| Design (Style) 3 FAMILY | Gutters & Dwnspts. ALUMINUM | Sump Pump NONE NOTED | Walls STONE | Floor Cncl. |
| Existing/Proposed EXISTING | Window Type WOOD DH | Dampness NONE NOTED | Floor CONCRETE | None |
| Age (Yrs.) 101 +/- | Storm/Screens ALUM DH | Settlement NONE NOTED | Outside Entry WALK-UP | Unknown [X] |
| Effective Age (Yrs.) 30 | Manufactured House NO | Infestation NONE NOTED | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq.Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 1,540 |
| Level 1 | 1 | 2 | 1 | 2 | 1 | | | | 2 | | | 1,540 |
| Level 2 | | 1 | | 1 | | | | 5 | 2 | | | 1,386 |
| | | | | | | | | | | | | 0 |

Finished area above grade contains: 14 Rooms; 6 Bedroom(s); 4 Bath(s); 2,926 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | KITCHEN EQUIP. | ATTIC | AMENITIES | CAR STORAGE: |
|---|---|---|---|---|---|---|
| Floors | VNYL/CRPT/HDWD | Type FHW | Refrigerator [X] | None | Fireplace(s) # | None |
| Walls | PLASTER | Fuel GAS | Range/Oven [X] | Stairs | Patio | Garage  # of cars |
| Trim/Finish | WOOD | Condition AVG-GD | Disposal | Drop Stair | Deck | Attached |
| Bath Floor | VINYL & TILE | COOLING | Dishwasher [X] | Scuttle [X] | Porch PORCHES [X] | Detached |
| Bath Wainscot | MARLITE & TILE | Central NONE | Fan/Hood | Floor | Fence | Built-In |
| Doors | WOOD PANEL | Other | Microwave | Heated | Pool | Carport |
| AVERAGE CONDITION | | Condition | Washer/Dryer | Finished | | Driveway ASPHAL |

Additional features (special energy efficient items, etc.): THE SUBJECT WAS NOTED TO HAVE STANDARD STORM WINDOWS. ADDITIONAL FEATURES INCLUDE PORCHES.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction remodeling/additions, etc.: SEE ATTACHED ADDENDUM.

### COMMENTS

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: SEE ATTACHED ADDENDUM.

Freddie Mac Form 70 6-93  PAGE 1 OF 2  Fannie Mae Form 1004 6-93

COMPLETE SUMMARY REPORT

251-2652439-703

**UNIFORM RESIDENTIAL APPRAISAL REPORT**

Valuation Section    File No. 329134

## COST APPROACH

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ | |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | |
| Dwelling | Sq. Ft. @ $ | = $ |
| | Sq. Ft. @ $ | = $ |
| Garage/Carport | Sq. Ft. @ $ | = $ |
| Total Estimated Cost New | | = $ |
| Less 65 Physical Functional External | Est. Remaining Econ. Life: 35 | |
| Depreciation | | = $ |
| Depreciated Value of Improvements | | = $ |
| "As-is" Value of Site Improvements | | = $ |
| INDICATED VALUE BY COST APPROACH | | = N/A |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): THE COST APPROACH TO VALUE IS NOT CONSIDERED RELIABLE IN THE INSTANCE OF OLDER HOMES SUCH AS THE SUBJECT THEREFORE IS NOT USED IN THE REPORT. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE WAS NOTED. REMAINING ECONOMIC LIFE IS ESTIMATED AT 35 YEARS.

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | +(-) $ Adjustment | COMPARABLE NO. 2 | +(-) $ Adjustment | COMPARABLE NO. 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 1-3 CHILSON AVENUE MANSFIELD | 39-43 WEST STREET MANSFIELD | | 162 CENTRAL STREET MANSFIELD | | 89 CHURCH STREET NORTH ATTLEBORO | |
| Proximity to Subject | | 1 MILE +/- | | 1 MILE +/- | | 5 MILE +/- | |
| Sales Price | $ 305,000 | $ 281,000 | | $ 260,000 | | $ 266,500 | |
| Price/Gross Liv. Area | $ 104.24 ☑ | $ 99.19 ☑ | | $ 131.18 ☑ | | $ 144.68 ☑ | |
| Data and/or Verification Sources | INSPECTION BROKER | B&T/EXT. INSPECTION ASSESSOR | | B&T/EXT. INSPECTION ASSESSOR | | B&T/EXT. INSPECTION ASSESSOR | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | | DESCRIPTION | | DESCRIPTION | |
| Sales or Financing | N/A | CONV. | | CONV. | | CONV. | |
| Concessions | N/A | DOM N/A | | DOM N/A | | DOM N/A | |
| Date of Sale/Time | PENDING | 4/2/01 CLD | | 11/7/00 CLD | | 1/3/01 CLD | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE | FEE | | FEE | | FEE | |
| Site | 9416 S.F. | 16,000 S.F. | | 23,646 S.F. | -3,000 | 11,780 S.F. | |
| View | NEIGHBORS | NEIGHBORS | | NEIGHBORS | | NEIGHBORS | |
| Design and Appeal | 3 FAMILY | 3 FAMILY | | 2 FAMILY | +26,000 | 2 FAMILY | +26,650 |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 101 Yrs. | 111 YEARS +/- | | 101 YEARS +/- | | 120 YEARS +/- | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total 14 Bdrms 6 Baths 4.00 20 | Total 12 Bdrms 5 Baths 3.00 | +3,000 | Total 7 Bdrms 3 Baths 2.00 | +7,000 | Total 11 Bdrms 5 Baths 2.00 | +5,000 |
| Gross Living Area | 2,926 Sq.Ft. | 2,833 Sq.Ft. | +1,900 | 1,982 Sq.Ft. | +18,900 | 1,842 Sq.Ft. | +21,700 |
| Basement & Finished Rooms Below Grade | FULL UNFINISHED | FULL UNFINISHED | | FULL UNFINISHED | | FULL UNFINISHED | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FHW/NONE | FHW/NONE | | FHW/NONE | | FHW/NONE | |
| Energy Efficient Items | STORM WINDOW | STORM WINDOW | | STORM WINDOW | | STORM WINDOW | |
| Garage/Carport | NO GARAGE | NO GARAGE | | GARAGE | -5,000 | NO GARAGE | |
| Porch, Patio, Deck, Fireplace(s), etc. | PORCH NO FIREPLACE | PORCH NONE NOTED | | DECK NONE NOTED | | PORCH NONE NOTED | |
| Fence, Pool, etc. | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Net Adj. (total) | | ☒ + ☐ - $ 4,900 | | ☒ + ☐ - $ 43,900 | | ☒ + ☐ - $ 53,350 | |
| Adjusted Sales Price of Comparable | | Gross: 1.7% Net: 1.7% $ 285,900 | | Gross: 23.0% Net: 16.9% $ 303,900 | | Gross: 20.0% Net: 20.0% $ 319,850 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): See Attached Addendum.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | N/A | N/A VERIFIED/MLS & B&T | N/A VERIFIED/MLS & B&T | N/A VERIFIED/MLS & B&T |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: COMPARABLES UTILIZED IN THE REPORT HAVE NOT SOLD PRIOR TO ONE YEAR. THE SUBJECT IS CURRENTLY UNDER SALES CONTRACT FOR $305,000, A PURCHASE & SALES AGREEMENT WAS NOT MADE AVAILABLE FOR REVIEW.

| | |
|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | $ 305,000 |
| INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ 2,075 /Mo. x Gross Rent Multiplier 140 = $ | 290,500 |

This appraisal is made ☐ "as is" ☒ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans and specifications.
Conditions of Appraisal: SEE ATTACHED ADDENDUM.

Final Reconciliation: SEE ATTACHED ADDENDUM.

## RECONCILIATION

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF JUNE 26, 2001 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 305,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|
| Signature | Signature | ☐ Did ☒ Did Not |
| Name JOHN G. PACHECO | Name GARY FREITAS | Inspect Property |
| Date Report Signed JULY 11, 2001 | Date Report Signed JULY 11, 2001 | |
| State Certification # | State Certification # 328 State MA | |
| Or State License # 2236 State MA. | Or State License # State | |

This form was produced by the ACI Development Resoft Forms system (800)244-8727

high point rpa

PAGE 2 OF 2

PHH 0193

**ADDENDUM**

| | | | |
|---|---|---|---|
| Borrower: MENDES, Anthony & Doris | | File No.: 329134 | |
| Property Address: 1-3 CHILSON AVENUE | | Case No.: 251-2852439-703 | |
| City: MANSFIELD | | | |
| Lender: CENDANT MORTGAGE #15775950 | State: MA. | | Zip: 02048 |

**Neighborhood Market Factors**
THE SUBJECT PROPERTY IS LOCATED ON CHILSON AVENUE, A ROADWAY WHICH IS SITUATED IN MANSFIELD CENTER. THE SUBJECTS IMMEDIATE AREA IS DEVELOPED WITH A MIXTURE OF COMPATIBLE STYLE SINGLE FAMILY DWELLINGS AND 2-4 FAMILY PROPERTIES RANGING IN SIZE AND AGE. A LIMITED COMMERCIAL INFLUENCE EXISTS IN THE OVERALL AREA HOWEVER NOT APPEARING TO ADVERSELY EFFECT THE SUBJECT. OVERALL PROPERTIES APPEAR IN AVERAGE TO GOOD CONDITION. PROXIMITY FROM THE AREA TO TOWN CENTER, HIGHWAY ACCESS AND ESSENTIAL SERVICES IS A SHORT DRIVE. SCHOOLS ARE LOCATED WITHIN A SHORT DRIVE.

**Site Comments**
THERE IS AN ASPHALT DRIVEWAY TO THE REAR OF THE DWELLING WHICH IS ACCESSED OFF SAMOSET STREET. LANDSCAPE IS CONSIDERED AVERAGE FOR THE AREA CONSISTING MAINLY OF GRASS. NO ADVERSE EASEMENTS, ENCROACHMENTS OR ASSESSMENTS WERE NOTED. THE SUBJECTS LOT IS CONSIDERED LEGAL HOWEVER NON-CONFORMING TO CURRENT ZONING REQUIREMENTS. THIS IS TYPICAL FOR THE AREA AS MOST LOTS WERE APPROVED PRIOR TO CURRENT STANDARDS. IF DESTROYED THE DWELLING MAY BE REBUILT ON THE EXISTING FOOT-PRINT FOR A PERIOD OF 2 YEARS UNDER MASSACHUSETTS LAW. THE SITE IS SERVED BY TOWN WATER & SEWER.

**Condition of Improvements**
THE SUBJECT PROPERTY IS AN ANTIQUE 3 UNIT DWELLING WHICH WAS CONSTRUCTED IN 1900 ACCORDING TO ASSESSORS DATA. THE LAYOUT OF THE DWELLING APPEARS TO BE FUNCTIONAL FOR ITS SIZE & AGE. THE OWNERS OR PRIMARY UNIT OCCUPIES THE MAJORITY OF THE LIVING AREA WITH AN ADDITIONAL UNIT CONTAINING 2 BEDROOMS ON THE 1ST FLOOR AND THE OTHER UNIT CONTAINING 1 BEDROOM ON THE SECOND.. OVERALL THE INTERIOR AND EXTERIOR OF THE HOME APPEAR TO BE IN AVERAGE CONDITION. SOME ITEMS OF MAINTENANCE ARE NEEDED INCLUDING 1ST FLOOR NORTH UNIT BATH FLOOR REPAIR AND ELECTRICAL SYSTEM REPLACEMENT. THE HOME IS POWERED BY A KNOB & TUBE SYSTEM WHICH WOULD APPEAR INADEQUATE TO TODAYS STANDARDS. THE HEATING SYSTEM APPEARS TO BE IN GOOD WORKING ORDER AND UPDATED.

**Adverse Environmental Conditions**
NO ADVERSE ENVIRONMENTAL CONDITIONS WERE OBSERVED AT THE TIME OF INSPECTION. THE DWELLING WAS CONSTRUCTED PRIOR TO 1978 THEREFORE THE PRESENCE OF LEAD PAINT COULD EXIST. THE APPRAISER IS NOT QUALIFIED TO ADDRESS HAZARDOUS MATERIALS ISSUES.

**Comments on Sales Comparison**
THE ADJUSTMENTS TO THE SALES ARE 10% FOR DESIGN & APPEAL (TOTAL NUMBER OF UNITS), $3000 FOR LOT SIZE, $1000 PER BEDROOM, $2000 PER BATH, $20 PER SQUARE FOOT OF LIVING AREA AND $5000 FOR GARAGE. THE SALES UTILIZED ARE THE MOST RECENT AVAILABLE AND ARE THE MOST INDICATIVE OF CURRENT MARKET CONDITIONS. A GENERAL LACK OF 2-4 FAMILY HOMES EXISTS IN THE SUBJECTS MARKET AREA WITH EVEN FEWER 3 UNIT PROPERTIES. IT WAS NECESSARY TO USE A 2 UNIT FROM MANSFIELD AND A 2 UNIT FROM NEIGHBORING ATTLEBORO FOR COMPARISON. SALES #2 AND #3 EXCEED NORMAL NET ADJUSTMENT GUIDELINES.

**Conditions of Appraisal**
THE APPRAISAL OF THE SUBJECT PROPERTY IS MADE SUBJECT TO "VC" CONDITIONS. THE SUBJECT COMPETES IN A MARKET OF INCOME PRODUCING PROPERTIES THEREFORE THE INCOME CAPITALIZATION APPROACH TO VALUE IS UTILIZED IN THE REPORT.

THE SUBJECT IS ESTIMATED TO DERIVE A MONTHLY INCOME OF $2075.00 FOR ALL UNITS. THE ESTIMATED GRM OF 140 IS DERIVED FROM SALE #1 WHICH IS A 3 UNIT. THE TOTAL MONTHLY INCOME ESTIMATED FOR SALE #1 IS $2025.00 WITH A GRM OF 138.77 (140.00 ROUNDED).

**Final Reconciliation**
THE SALES COMPARISON APPROACH IS CONSIDERED THE MOST RELIABLE INDICATOR OF MARKET VALUE. THE COST APPROACH TENDS TO BE LESS RELIABLE WHEN ESTIMATING OLDER PROPERTIES SUCH AS THE SUBJECT THEREFORE IS NOT USED. THE APPRAISAL REPORT IS CONSIDERED A SUMMARY APPRAISAL AND CONSIDERS THE COST, SALES AND INCOME APPROACHES TO VALUE. IN THIS INSTANCE THE SALES AND INCOME APPROACHES ARE UTILIZED, THE COST APPROACH IS NOT CONSIDERED RELIABLE.

THE ESTIMATED YEARLY HOME OWNERS INSURANCE COST FOR THE SUBJECT IS $550.00

PHH 0194

One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

251-2652439-703
329134

Property Address
1-3 CHILSON AVENUE                    MANSFIELD         MA.         02048
Street                                City              State       Zip Code

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 Yes ___ No VCNT | | | $ | $ 900 | Electricity . . . . . . . . | ☐ | ☒ |
| Unit No. 2 Yes X No ___ | TAW | $ 750 | $ 650 | Gas . . . . . . . . . . | ☐ | ☒ |
| Unit No. 3 Yes ___ No VCNT | | $ | $ 525 | Fuel Oil . . . . . . . . | ☐ | ☐ |
| Unit No. 4 Yes ___ No ___ | | $ | $ | Fuel (Other) . . . . . . | ☐ | ☐ |
| Total | | | $ 750 | $ 2,075 | Water/Sewer . . . . . . | ☒ | ☐ |
| | | | | | Trash Removal . . . . | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years *(for new properties the applicant's projected income and expenses must be provided).* This Operating Income Statement and previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures *(e.g., Applicant/Appraiser 288/300).* If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. *(Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.)* Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

**Annual Income and Expense Projection for Next 12 months**

| Income *(Do not include income for owner-occupied units)* | | By Applicant/Appraiser | | Adjustments by Lender's Underwriter |
|---|---|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* . . . . . . . . . . . . . . . . . . | $ | 9,000 | $ | |
| Other Income *(include sources)* . . . . . . . . . . . . . . . . . . . . . . . . . . . | + | | + | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 9,000 | $ | |
| Less Vacancy/Rent Loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | - | 180.00 ( 2%) | - | ( %) |
| Effective Gross Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 8,820 | $ | |

**Expenses** *(Do not include expenses for owner-occupied units)*

| | | |
|---|---|---|
| Electricity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Gas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fuel Oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fuel . . . . . . . . . . . . . . : . . : .(Type-_____) | | |
| Water/Sewer PUBLIC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 750 | |
| Trash Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Pest Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Other Taxes or Licenses TAXES. . . . . . . . . . . . . . . . . . . . . . . . . . | 3,302 | |
| Casual Labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 250 | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | |
| Interior Paint/Decorating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 250 | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. | | |
| General Repairs/Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . | 500 | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| These are the customary expenses that a professional management company would charge to manage the property. | | |
| Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 200 | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 . . . . . . . . . . . . . . | 510 | |
| Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total Operating Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 5,762 | $ |

## Replacement Reserve Schedule

Adequate replacement reserves must be calculate regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc.-should be expensed on a replacement cost basis.

| Equipment | Replacement Cost | Remaining Life | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @$ 500.00 ea.+ | 10 | Yrs. x | 3 | Units =$ | 150.00 $ | |
| Refrigerators | @$ ea.+ | | Yrs. x | | Units =$ | | $ |
| Dishwashers | @$ ea.+ | | Yrs. x | | Units =$ | | $ |
| A/C Units | @$ ea.+ | | Yrs. x | | Units =$ | | $ |
| C. Washer/Dryers | @$ ea.+ | | Yrs. x | | Units =$ | | $ |
| HW Heaters | @$ 250.00 ea.+ | 10 | Yrs. x | 3 | Units =$ | 75.00 $ | |
| Furnace(s) | @$ 2,500.00 ea.+ | 20 | Yrs. x | 1 | Units =$ | 125.00 $ | |
| (Other) | @$ ea.+ | | Yrs. x | | Units =$ | | $ |
| Roof | @$ 4,000.00 + | 25 | Yrs. x One Bldg. = | | $ | 160.00 $ | |

**Carpeting (Wall to Wall)**                                    Remaining Life

| | | | | |
|---|---|---|---|---|
| (Units) | Total Sq. Yds. @$ Per Sq. Yd. + Yrs. = | | $ | $ |
| (Public Areas) | Total Sq. Yds. @$ Per Sq. Yd. + Yrs. = | | $ | $ |

Total Replacement Reserves. (Enter on Pg. 1)          $ 510.00 $

## Operating Income Reconciliation

$ 8,820.00 - $ 5,762.00 =$ 3,058.00 ÷ 12= $ 254.83
Effective gross Income    Total Operating Expenses    Operating Income    Monthly Operating Income

$ 254.83 - $ =$ 254.83
Monthly Operating Income    Monthly Housing Expenses    Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

* If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

* The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

* If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

* The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (including sources for data and rationale for the projections)

JOHN G. PACHECO
Appraiser Name             Appraiser Signature             JULY 11, 2001
                                                            Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name           Underwriter Signature           Date

Freddie Mac
Form 998 Aug 88
PAGE 2 OF 2
This form was produced on the ACI Development RapidForms system (800)234-8727
high point rpa
Fannie Mae
Form 216 Aug 88

PHH 0196

Part 2: Comprehensive Valuation Package
Valuation Conditions

**Department of Housing
and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0538
(exp. 11/30/99)

Case Number: 251-2652439-703
File Number: 329134

## NOTICE TO THE LENDER

All required repairs must be completed in a professional manner, in compliance with HUD's guidelines and satisfied prior to closing. The lender is responsible for coordinating repairs. A professionally licensed, bonded, registered engineer, licensed home inspector or appropriately registered/licensed trades person, as applicable, must provide documentation that all deficiencies have been acceptably corrected upon completion of repairs.

### SITE CONSIDERATIONS

**VC-1 Site Hazards and Nuisances**
Check the appropriate response for *readily observable* evidence of hazards. Hazards, as defined below, are conditions that endanger the health and safety of the occupants and/or marketability of the property. Use these criteria to determine the extent of the hazard. Please refer to HUD Handbook 4150.2 Section 2-2 for unacceptable locations and the protocol in Appendix D of the Handbook for further guidance. If the required component is not visible during the site visit, provide a detailed comment.

**Provide a description of yes responses on Page 4:**
a. Surface evidence of subsidence/sink holes
☐ yes
b. Operating oil or gas wells within 300 feet of existing construction
☐ yes
c. Operating oil or gas wells within 75 feet of new construction
☐ yes
d. Abandoned oil or gas well within 10 feet of new/existing
☐ yes
e. Readily observable evidence of slush pits
☐ yes
f. Excessive noise or hazard from heavy traffic area
☐ yes
g. New/proposed construction in airport clear zone
☐ yes
h. High-pressure gas or petroleum lines within 10 feet of property
☐ yes
i. Overhead high voltage transmission lines within engineering (designed) fall distance
☐ yes
j. Excessive hazard from smoke, fumes, offensive noises or odors
☐ yes
k. New/proposed construction in Special Flood Hazard Areas without LOMA or LOMR
☐ yes
l. Stationary storage tanks with more than 1000 gallons of flammable or explosive material
☐ yes

### PROPERTY CONSIDERATIONS

Mark "Yes" for any *readily observable* deficiency noted below. Each "Yes" constitutes a limiting condition on the appraisal. Each condition requires repair or further inspection. These conditions must be satisfied prior to closing for the mortgage to be eligible for FHA mortgage insurance. Please refer to HUD Handbook 4150.2 Section 3-6 for guidance on HUD's General Acceptability Criteria. Also, refer to the protocol in Appendix D of the Handbook for repair and inspection requirement parameters.

**VC-2 Soil Contamination**
*Check the appropriate response for evidence of environmental contamination*
**Provide a description of yes responses on Page 4:**

a. On-site septic shows observable evidence of system failure
☐ yes ☒ no
b. Surface evidence of an Underground Storage Tank (UST)
☐ yes ☒ no
c. Proximity to dumps, landfills, industrial sites or other locations that could contain hazardous materials
☐ yes ☒ no
d. Presence of pools of liquid, pits, ponds, lagoons, stressed vegetation, stained soils or pavement, drums or odors
☐ yes ☒ no

**VC-3 Grading and Drainage**
*Check the appropriate response for evidence of topographical problems.*
**Provide a description of yes responses on Page 4:**
a. Grading does not provide positive drainage from structure
☐ yes ☒ no
b. Standing water proximate to structure
☐ yes ☒ no

**VC-4 Well, Individual Water Supply and Septic**
*Check the appropriate response with regard to individual wells and septic system.*
**Provide a description of yes responses on Page 4:**
a. Property lacks connection to public water*
☐ yes ☒ no
b. Property lacks connection to a public/community sewer system
☐ yes ☒ no
*Lender will require water testing for "yes" response.
**NOTE:** Connection should be made to public or community water/sewage disposal system. Estimate distance to sewer or water hook-up and whether hook-up is practical.

**VC-5 Wood Destroying Insects**
*Check the appropriate response for evidence of wood infestation*
**Provide a description of yes responses on Page 4:**
a. Structure and accessory buildings are ground level and/or wood is touching ground
☒ yes ☐ no
b. The house and/or other structures within the legal boundaries of the property show obvious evidence of active termite infestation
☐ yes ☒ no

This form was produced on the ACI Development RapidForms system (800)234-8727
high point rpa

Form HUD-92564-VC (8/99)

PHH 0197

Part 2: Comprehensive Valuation Package
Valuation Conditions

Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0538
(exp. 11/30/99)

Case Number: __251-2652439-703__
File Number: __329134__

## VC-6 Private Road Access and Maintenance
*Check the appropriate response for evidence of Private Road Access and maintenance problems.*
**Provide a description of yes responses on Page 4:**
a. Property inaccessible by foot or vehicle
  ☐ yes ☒ no
b. Property accessible only by a private road or drive*
  ☐ yes ☒ no
c. Property is not provided with an all-weather surface (gravel is acceptable).
  ☐ yes ☒ no

*In all cases where a private road exists, submit evidence that

_____
(name of road)

is protected by a permanent recorded easement (non-exclusive, non-revocable roadway, driveway easement without trespass from the property to a public street/road) and that there is an acceptable maintenance agreement recorded on the property.

Provide a detailed description of the road's condition:

_____
_____
_____
_____

## VC-7 Structural Conditions
*Check the appropriate response for evidence of structural condition problems.*
**Provide a description of yes responses on Page 4:**
Floor Support Systems
a. Significant cracks
  ☐ yes ☒ no
b. Evidence of water/leakage or damage
  ☒ yes ☐ no
c. Rodent Infestation
  ☐ yes ☒ no
Framing/Walls/Ceiling
d. Significant cracks
  ☐ yes ☒ no
e. Visible holes in exposed areas that could effect structure
  ☐ yes ☒ no
f. Significant water damage
  ☐ yes ☒ no
Attic
g. Evidence of holes
  ☐ yes ☒ no
h. Support structure not intact or damaged
  ☐ yes ☒ no
i. Significant water damage visible from interior
  ☐ yes ☒ no
j. No ventilation by vent, fan or window
  ☐ yes ☒ no

## VC-8 Foundation
*(Appraiser must have full access to these areas)*
*Check the appropriate response for evidence of foundation/basement or crawl space problems.*
**Provide a description of yes responses on Page 4:**
Foundation/Basement
a. Inadequate access
  ☐ yes ☒ no
b. Evidence of significant water damage
  ☐ yes ☒ no
c. Significant cracks or erosion in exposed areas that could effect structural soundness
  ☐ yes ☒ no

Crawl Space
d. Inadequate Access
  ☐ yes ☒ no
e. Space inadequate for maintenance and repair (<18 inches)
  ☐ yes ☒ no
f. Support beams not intact
  ☐ yes ☒ no
g. Excessive dampness or ponding of water
  ☐ yes ☒ no

## VC-9 Roofing
*Check the appropriate response for evidence of all roofing problems.*
**Provide a description of yes responses on Page 4:**
a. Does not cover entire house
  ☐ yes ☒ no
b. Evidence of deterioration of roofing materials
  ☐ yes ☒ no
c. Roof life less than two years*
  ☐ yes ☒ no
d. Holes
  ☐ yes ☒ no
e. Signs of leakage observable from ground (i.e., missing tiles)
  ☐ yes ☒ no
f. Flat Roof**
  ☐ yes ☒ no

*HUD/FHA requires that the roof have at least 2 years remaining life. If the roof has less than 2 years remaining life, then the appraiser must call for re-roofing or repair. The condition must clearly state whether the subject is to be repaired or re-roofed. FHA will accept a maximum of 3 layers of existing roofing. If more than 2 layers exist and repair is necessary, then all old roofing must be removed as part of the re-roofing.

**All flat roofs require inspection.

## VC-10 Mechanical Systems
*(All utilities must be turned on at time of appraisal, if possible)*
*Check the appropriate response for evidence of mechanical system problems.*
**Provide a description of yes responses on Page 4:**
Furnace/Heating System
a. Unit does not turn 'On'
  ☐ yes ☒ no
b. Warm air is not emitted
  ☐ yes ☒ no
c. Unusual or irregular noises are heard
  ☐ yes ☒ no
d. Smoke or irregular smell is emitted
  ☐ yes ☒ no
e. Unit shuts down prior to reaching desired temperature
  ☐ yes ☒ no
f. Significant holes or deterioration on the unit(s)
  ☐ yes ☒ no
Air Conditioning (central)
g. Unit does not turn 'On'
  ☐ yes ☒ no
h. Cold air is not emitted
  ☐ yes ☒ no
i. Irregular noises are heard
  ☐ yes ☒ no
j. Smoke or irregular smell is emitted
  ☐ yes ☒ no
k. Unit shuts down prior to reaching desired temperature
  ☐ yes ☒ no
l. Significant holes or deterioration on the unit(s)
  ☐ yes ☒ no

This form was produced on the ACI Development RapidForms system (800)234-8727
high point rpa

Form HUD-92584-VC (8/99)

PHH 0198

Part 2: Comprehensive Valuation Package
Valuation Conditions

**Department of Housing
and Urban Development**
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0538
(exp. 11/30/99)

Case Number: **251-2652439-703**
File Number: **329134**

Electrical System
m. Electrical switches do not turn 'on' or 'off' (check representative
sample)
☐ yes ☒ no
n. Outlets do not function (check representative sample)
☐ yes ☒ no
o. Presence of sparks or smoke from outlet(s)
☐ yes ☒ no
p. Exposed wiring visible in living areas
☐ yes ☒ no
q. Frayed wiring
☒ yes ☐ no
Plumbing System
*Toilet*
r. Toilets do not function
☐ yes ☒ no
s. Presence of leak(s)
☐ yes ☒ no
*Leaks*
t. Structural damage under fixtures
☐ yes ☒ no
u. Puddles present
☐ yes ☒ no
*Sewer System*
v. Observable surface evidence of malfunction
☐ yes ☒ no
*Sinks*
w. Basin or pipes leak
☐ yes ☒ no
x. Water does not run
☐ yes ☒ no
*Water*
y. Significant drop or limitation in pressure
☐ yes ☒ no
z. No hot water
☐ yes ☒ no

**VC-11 Other Health and Safety Deficiencies**
*Check the appropriate response for evidence of health and safety
deficiencies.*
**Provide a description of yes responses on Page 4:**
a. Multiple Broken windows
☐ yes ☒ no
b. Broken or missing exterior stairs
☐ yes ☒ no
c. Broken or missing exterior doors
☐ yes ☒ no
d. Inadequate/blocked entrances or exits
☐ yes ☒ no
e. Steps without handrails
☐ yes ☒ no
f. The mechanical garage door does not reverse or stop when meeting
reasonable resistance during closing
☐ yes ☒ no
g. Please identify location of all health and/or safety deficiencies, and
note others not included in this or any other VC on the comment page

**VC-12 Lead Based Paint Hazard**
For any home built prior to 1978, check for evidence of defective
paint surfaces, including: peeling, scaling or chipping paint.

**Provide a description of yes responses on Page 4:**
a. Evidence on interior
☐ yes ☒ no
b. Evidence on exterior
☐ yes ☒ no
Year built 1900

If the home was built before 1978, this may indicate a lead paint hazard.
For all FHA insured properties, the seller is required to correct all
defective paint in or on dwelling units before January 1, 1978 in
accordance with 24 CFR Part 35.

**VC-13 Condominiums and Planned Unit Developments
(PUD)**
**Provide a description of yes responses on Page 4:**
a. This project is not on FHA's approval list
☐ yes ☒ no
b. The property does not meet owner-occupancy standards
☐ yes ☒ no
c. This property does not meet completion standards
☐ yes ☒ no

**ADDENDA**
**A. Provide the current full/market assessed value:**

$ 176,100

**B. Provide a summary of estimated repair costs:**

$ 10,000 ESTIMATED

Please attach any additional information/reports and give number of
attached pages.

**Public reporting burden** for the collection of information is
estimated to average 30 minutes to complete the Comprehensive
Valuation Package. This includes the time for reviewing the
associated Handbook and reporting the data. This does not include
the requisite market research or the appraisal process. This agency
may not collect this information, and you are not required to complete
this form unless it displays a currently valid OMB control number.

**Privacy Act Notice:** This information is required for the U.S.
Department of Housing and Urban Development to endorse a single
family mortgage and is used for underwriting purposes. The collection
of this information is necessary to comply with HUD's Home Buyer
Protection Plan. The information may be made available to a federal
agency for review. This information is not confidential and will be
made available to the public.

This form was produced on the ACI Development RapidForms system (800)234-0727
high point rpa

Form HUD-92564-VC (8/99)

PHH 0199

Part 2: Comprehensive Valuation Package
Valuation Conditions

Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0538
(exp. 11/30/99)

Case Number: 251-2652439-703
File Number: 329134

## Description of Responses and Related Comments

| VC # | Section (a,b,c..) | Comments |
|---|---|---|
| 5 | A | SUBJECT TO WOOD DESTROYING INSECT INSPECTION |
| 7 | B | WATER DAMAGE IN BATH FLOOR ON 1ST LEVEL NORTH UNIT |
| 10 | Q | KNOB & TUBE WIRING SYSTEM |

This form was produced on the ACI Development ReadiForms system (800)234-8727

high point rpa

Form HUD-92564-VC (8/99)

PHH 0200

Part 3: Comprehensive Valuation Package
**Homebuyer Summary**

Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0538
(exp. 11/30/99)

Case Number: 251-2652439-703
File Number: 329134

Property Address: 1-3 CHILSON AVENUE      City: MANSFIELD      State: MA.   Zip Code: 02048

| **Important** | **NOTICE TO THE HOMEBUYER** | **Read Carefully** |

As part of our job insuring the mortgage for the lender, the FHA requires the lender to conduct an appraisal to:

- estimate the value of your potential new home
- make sure it meets *minimal*/FHA standards
- ensure that it will be marketable

*Appraisals are different from home inspections.* Home inspections give more detailed information about your potential new home.

This report is a summary of the observations of an appraiser who visited the property. If there was a problem, the appraiser answered "YES" under "Problem".

If any condition is marked [yes], this means that the property you want to buy does not currently meet FHA's Minimum Property Standards. Until this condition is resolved, your lender may not provide you with an FHA insured loan consistent with FHA procedures.

You should speak to your lender about how this situation needs to be handled. You should also make sure you are confident that the physical condition of this property meets all of your expectations.

For a copy of the full appraisal, contact your lender.

If you have any questions, call us at 1-800-569-4287.

| **Physical Condition** | **Problem (Y)** | **Comments** |
| --- | --- | --- |
| Site Hazards | | |
| Soil Contamination | | |
| Grading and Drainage Problems | | |
| Well, Individual Water Supply and Septic Problems | | |
| Wood Destroying Insects | Y | SUBJECT TO WOOD DESTROYING INSECT INSPECTION |
| Private Road Access and Maintenance Problems | | |
| Structural Deficiencies | Y | WATER DAMAGE IN BATH FLOOR ON 1ST LEVEL NORTH UNIT |
| Foundation Deficiencies | | |
| Roofing Deficiencies | | |
| Mechanical Systems Problems | Y | KNOB & TUBE WIRING SYSTEM |
| General Health and Safety Deficiencies | | |
| Deteriorated Paint | | |

The conditions listed above are reflected on the Valuation Conditions Form (Part 2 of the Comprehensive Valuation Package) of this appraisal. **The lender is required to transmit this <u>Notice to the Homebuyer</u> form to the buyer at least five business days prior to the loan closing.**

X _____                    MA2236   6-26-01
FHA Roster Appraiser Signature                        ID Number   Valuation Date

Homebuyer acknowledges receipt of Part 3: Summary:

X _____

X _____
Homebuyer(s) Signature(s):                            Date Received

This form was produced on the ACI Development RapidForms system (909)234-8727

high point rpa

Form HUD-92564-HS (8/99)

PHH 0201

251-2652439-703
329134
OMB Approval No: 2502-0538
(exp. 11/30/99)

U.S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

# For Your Protection: Get a Home Inspection

Name of Seller   CHILSON AVE REALTY TRUST

Property Address   1-3 CHILSON AVENUE

MANSFIELD, MA. 02048

## What the FHA Does for Buyers... and What We Don't Do

**What we do:** FHA helps people become homeowners by insuring mortgages for lenders. This allows lenders to offer mortgages to first-time buyers and others who may not qualify for conventional loans. Because the FHA insures the loan for the lender, the buyer pays only a very low down-payment.

**What we won't do:** FHA does not guarantee the value or condition of your potential new home. If you find problems with your new home after closing, we can not give or lend you money for repairs, and we can not buy the home back from you.

That's why it's so important for you, the buyer to get an independent home inspection. Ask a qualified home inspector to inspect your potential new home and give you the information you need to make a wise decision.

## Appraisals and Home Inspections are Different

As part of our job insuring the loan, we require that the lender conduct an FHA Appraisal. An appraisal is different from a home inspection. Appraisals are for lenders; home inspections are for buyers. The lender does an appraisal for three reasons:

- to estimate the value of a house
- to make sure that the house meets FHA minimum property standards.
- to make sure that the house is marketable

**Appraisals are not home inspections.**

## Why a Buyer Needs a Home Inspection

A home inspection gives the buyer more detailed information than an appraisal--information you need to make a wise decision. In a home inspection, a qualified inspector takes an in-depth, unbiased look at your potential new home to:

- evaluate the physical condition: structure, construction, and mechanical systems
- identify items that need to be repaired or replaced
- estimate the remaining useful life of the major systems, equipment, structure, and finishes.

## What Goes into a Home Inspection

A home inspection gives the buyer an impartial, physical evaluation of the overall condition of the home and items that need to be repaired or replaced. The inspection gives a detailed report on the condition of the structural components, exterior, roofing, plumbing, electrical, heating, insulation and ventilation, air conditioning, and interiors.

## Be an Informed Buyer

It is your responsibility to be an informed buyer. Be sure that what you buy is satisfactory in every respect. You have the right to carefully examine your potential new home with a qualified home inspector. You may arrange to do so before signing your contract, or may do so after signing the contract as long as your contract states that the sale of the home depends on the inspection.

**I understand the importance of getting an independent home inspection. I have thought about this before I signed a contract with the seller for a home.**

X_____        X_____
Signature & Date                  Signature & Date

This form was produced on the ACI Development RapidForms system (800)234-8727
high point rpa

Form HUD-92564-CN
(6/99)

PHH 0202

251-2652439-703
File No. 329134

**DEFINITION OF MARKET VALUE:**    The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:**    The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated ) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

PHH 0203

251-2652439-703
File No. 329134

**APPRAISERS CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to , or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report  on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**    If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**  1-3 CHILSON AVENUE, MANSFIELD, MA.  02048

| APPRAISER: | SUPERVISORY APPRAISER (only if required) |
|---|---|
| Signature: | Signature: |
| Name:  JOHN G. PACHECO | Name:  GARY FREITAS |
| Date Signed:  JULY 11, 2001 | Date Signed:  JULY 11, 2001 |
| State Certification #: | State Certification #:  328 |
| or State License #:  2236 | or State License #: |
| State: MA. | State: MA |
| Expiration Date of Certification or License:  9-2001 | Expiration Date of Certification or License:  2-2002 |
| | ☐ Did   ☒ Did Not Inspect Property |

Freddie Mac Form 439 6-93                    Page 2 of 2                    Fannie Mae Form 1004B 6-93

PHH 0204

| Borrower: MENDES, Anthony & Doris | | File No.: 329134 |
|---|---|---|
| Property Address: 1-3 CHILSON AVENUE | | Case No.: 251-2652439-703 |
| City: MANSFIELD | State: MA | Zip: 02048 |
| Lender: CENDANT MORTGAGE #15775950 | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: June 26, 2001
Appraised Value: $ 305,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

**COMPARABLE PROPERTY PHOTO ADD.**

| | |
|---|---|
| Borrower: MENDES, Anthony & Doris | File No.: 329134 |
| Property Address: 1-3 CHILSON AVENUE | Case No.: 251-2852439-703 |
| City: MANSFIELD | State: MA | Zip: 02048 |
| Lender: CENDANT MORTGAGE #15775950 | |



**COMPARABLE SALE #1**

39-43 WEST STREET
MANSFIELD
Sale Date: 4/2/01 CLD
Sale Price: $ 281,000

**COMPARABLE SALE #2**

162 CENTRAL STREET
MANSFIELD
Sale Date: 11/7/00 CLD
Sale Price: $ 260,000



**COMPARABLE SALE #3**

89 CHURCH STREET
NORTH ATTLEBORO
Sale Date: 1/3/01 CLD
Sale Price: $ 266,500

## DIMENSION LIST ADDENDUM

| | |
|---|---|
| Borrower: MENDES, Anthony & Doris | File No.: 329134 |
| Property Address: 1-3 CHILSON AVENUE | Case No.: 251-2652439-703 |
| City: MANSFIELD | State: MA. |
| Lender: CENDANT MORTGAGE #15775950 | Zip: 02048 |

| GROSS BUILDING AREA (GBA) | 4,466 |
|---|---|
| GROSS LIVING AREA (GLA) | 2,926 |

| Area(s) | Area | % of GBA |
|---|---|---|
| Living | 2,926 | 65.52 |
| Level 1 | 1,540 | 34.48 |
| Level 2 | 1,386 | 31.03 |
| Level 3 | | |
| Other | | |
| Basement | 1,540 | 34.48 |
| Garage | | |

### Area Measurements / Area Type

| Measurements | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
|---|---|---|---|---|---|---|---|---|
| 20.00 x 24.00 | x 1 | = 480.00 | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 12.00 x 26.00 | x 1 | = 312.00 | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 22.00 x 34.00 | x 1 | = 748.00 | ☒ | ☐ | ☐ | ☐ | ☒ | ☐ |
| 20.00 x 24.00 | x .9 | = 432.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 12.00 x 26.00 | x .9 | = 280.80 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 22.00 x 34.00 | x .9 | = 673.20 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

This form was produced on the ACI Development RapidForms system (800) 234-8727

PHH 0207



**LOCATION MAP**

| | |
|---|---|
| Borrower: MENDES, Anthony & Doris | File No.: 329134 |
| Property Address: 1-3 CHILSON AVENUE | Case No.: 251-2652439-703 |
| City: MANSFIELD    State: MA. | Zip: 02048 |
| Lender: CENDANT MORTGAGE #15775950 | |



PHH 0210

# Exhibit E

**ADDENDUM**

| Borrower: MENDES, Anthony & Doris | | File No.: 329134 | |
|---|---|---|---|
| Property Address: 1-3 CHILSON AVENUE | | Case No.: 261-2862439-703 | |
| City: MANSFIELD | State: MA. | Zip: 02048 | |
| Lender: CENDANT MORTGAGE #15776960 | | | |

ESTIMATED MARKET RENTS OF SALE #2 AND #3:

SALES #2 AND #3 ARE LESS APPLICABLE TO THE SUBJECT AS THEY ARE 2 UNIT HOMES RATHER THAN 3 UNIT PROPERTIES SIMILAR TO SALE #1. THE ESTIMATED MONTHLY INCOME OF SALE #2 IS $1250.00 WHILE THE ESTIMATED MONTHLY INCOME OF SALE #3 IS $1400.00

**Neighborhood Market Factors**
THE SUBJECT PROPERTY IS LOCATED ON CHILSON AVENUE, A ROADWAY WHICH IS SITUATED IN MANSFIELD CENTER. THE SUBJECTS IMMEDIATE AREA IS DEVELOPED WITH A MIXTURE OF COMPATIBLE STYLE SINGLE FAMILY DWELLINGS AND 2-4 FAMILY PROPERTIES RANGING IN SIZE AND AGE. A LIMITED COMMERCIAL INFLUENCE EXISTS IN THE OVERALL AREA HOWEVER NOT APPEARING TO ADVERSELY EFFECT THE SUBJECT. OVERALL PROPERTIES APPEAR IN AVERAGE TO GOOD CONDITION. PROXIMITY FROM THE AREA TO TOWN CENTER, HIGHWAY ACCESS AND ESSENTIAL SERVICES IS A SHORT DRIVE. SCHOOLS ARE LOCATED WITHIN A SHORT DRIVE.

**Site Comments**
THERE IS AN ASPHALT DRIVEWAY TO THE REAR OF THE DWELLING WHICH IS ACCESSED OFF SAMOSET STREET. LANDSCAPE IS CONSIDERED AVERAGE FOR THE AREA CONSISTING MAINLY OF GRASS. NO ADVERSE EASEMENTS, ENCROACHMENTS OR ASSESSMENTS WERE NOTED. THE SUBJECTS LOT IS CONSIDERED LEGAL HOWEVER NON-CONFORMING TO CURRENT ZONING REQUIREMENTS. THIS IS TYPICAL FOR THE AREA AS MOST LOTS WERE APPROVED PRIOR TO CURRENT STANDARDS. IF DESTROYED THE DWELLING MAY BE REBUILT ON THE EXISTING FOOT-PRINT FOR A PERIOD OF 2 YEARS UNDER MASSACHUSETTS LAW. THE SITE IS SERVED BY TOWN WATER & SEWER.

**Condition of Improvements**
THE SUBJECT PROPERTY IS AN ANTIQUE 3 UNIT DWELLING WHICH WAS CONSTRUCTED IN 1900 ACCORDING TO ASSESSORS DATA. THE LAYOUT OF THE DWELLING APPEARS TO BE FUNCTIONAL FOR ITS SIZE & AGE. THE OWNERS OR PRIMARY UNIT OCCUPIES THE MAJORITY OF THE LIVING AREA WITH AN ADDITIONAL UNIT CONTAINING 2 BEDROOMS ON THE 1ST FLOOR AND THE OTHER UNIT CONTAINING 1 BEDROOM ON THE SECOND.. OVERALL THE INTERIOR AND EXTERIOR OF THE HOME APPEAR TO BE IN AVERAGE CONDITION. SOME ITEMS OF MAINTENANCE ARE NEEDED INCLUDING 1ST FLOOR NORTH UNIT BATH FLOOR REPAIR AND ELECTRICAL SYSTEM REPLACEMENT. THE HOME IS POWERED BY A KNOB & TUBE SYSTEM WHICH WOULD APPEAR INADEQUATE TO TODAYS STANDARDS. THE HEATING SYSTEM APPEARS TO BE IN GOOD WORKING ORDER AND UPDATED.

**Adverse Environmental Conditions**
NO ADVERSE ENVIRONMENTAL CONDITIONS WERE OBSERVED AT THE TIME OF INSPECTION. THE DWELLING WAS CONSTRUCTED PRIOR TO 1978 THEREFORE THE PRESENCE OF LEAD PAINT COULD EXIST. THE APPRAISER IS NOT QUALIFIED TO ADDRESS HAZARDOUS MATERIALS ISSUES.

**Comments on Sales Comparison**
THE ADJUSTMENTS TO THE SALES ARE 10% FOR DESIGN & APPEAL (TOTAL NUMBER OF UNITS), $3000 FOR LOT SIZE, $1000 PER BEDROOM, $2000 PER BATH, $20 PER SQUARE FOOT OF LIVING AREA AND $5000 FOR GARAGE. THE SALES UTILIZED ARE THE MOST RECENT AVAILABLE AND ARE THE MOST INDICATIVE OF CURRENT MARKET CONDITIONS. A GENERAL LACK OF 2-4 FAMILY HOMES EXISTS IN THE SUBJECTS MARKET AREA WITH EVEN FEWER 3 UNIT PROPERTIES. IT WAS NECESSARY TO USE A 2 UNIT FROM MANSFIELD AND A 2 UNIT FROM NEIGHBORING ATTLEBORO FOR COMPARISON. SALES #2 AND #3 EXCEED NORMAL NET ADJUSTMENT GUIDELINES.

**Conditions of Appraisal**
THE APPRAISAL OF THE SUBJECT PROPERTY IS MADE SUBJECT TO "VC" CONDITIONS. THE SUBJECT COMPETES IN A MARKET OF INCOME PRODUCING PROPERTIES THEREFORE THE INCOME CAPITALIZATION APPROACH TO VALUE IS UTILIZED IN THE REPORT.

THE SUBJECT IS ESTIMATED TO DERIVE A MONTHLY INCOME OF $2325.00 FOR ALL UNITS. THE ESTIMATED GRM OF 140 IS DERIVED FROM SALE #1 WHICH IS A 3 UNIT. THE TOTAL MONTHLY INCOME ESTIMATED FOR SALE #1 IS $2025.00 WITH A GRM OF 138.77 (140.00 ROUNDED). THE OWNERS OR LARGER UNIT IS ESTIMATED TO DERIVE

**ADDENDUM**

| | |
|---|---|
| Borrower: MENDES, Anthony & Doris | File No.: 329134 |
| Property Address: 1-3 CHILSON AVENUE | Case No.: 261-2852439-703 |
| City: MANSFIELD | State: MA | Zip: 02048 |
| Lender: CENDANT MORTGAGE #15775950 | |

$1060.00 MONTHLY AND THE ADDITIONAL 2 UNITS ARE ESTIMATED TO DERIVE $1275.00 COLLECTIVELY.

**Final Reconciliation**
THE SALES COMPARISON APPROACH IS CONSIDERED THE MOST RELIABLE INDICATOR OF MARKET VALUE. THE COST APPROACH TENDS TO BE LESS RELIABLE WHEN ESTIMATING OLDER PROPERTIES SUCH AS THE SUBJECT THEREFORE IS NOT USED. THE APPRAISAL REPORT IS CONSIDERED A SUMMARY APPRAISAL AND CONSIDERS THE COST, SALES AND INCOME APPROACHES TO VALUE. IN THIS INSTANCE THE SALES AND INCOME APPROACHES ARE UTILIZED, THE COST APPROACH IS NOT CONSIDERED RELIABLE.

THE ESTIMATED YEARLY HOME OWNERS INSURANCE COST FOR THE SUBJECT IS $550.00

**Exhibit F**

Cendant Mortgage Corporation
# GOVERNMENT UNDERWRITING WORKSHEET
C21 ELIZABETH ROBERTS REALTY

Client/Affinity #: 84054

| | |
|---|---|
| Phone: | Fax: |

Customer Name Anthony P Mendas
Doris Mendes

Property Address 1-3 CHILSON AVE MANSFIELD, MA 02048

| | | |
|---|---|---|
| Loan Number | | Tier |
| 0015775950 | | I |
| Agency Number | | |
| 251-2652439 703 | | |

## Section 1 - Loan Characteristics  (Check All Applicable Categories)

Loan Type    30 yr FHA Fixed (880)
CLOSING DATE: 08/31/2001

[X] FHA    [ ] VA

DIRECT BILL: [ ]    CORPORATE 2nd: [ ]    CORPORATE BUYDOWN: [ ]

Loan Terms

| Base Loan | $ 297,765.00 | Initial Note Rate | Initial Monthly Installation | Date of Note | Term (months) |
|---|---|---|---|---|---|
| FF/MIP | $ 4,466.00 | | | | |
| Total Loan | $ 302,231.00 | 7.250% | $ 2,061.75 | 08/31/2001 | 360 |

Loan Purpose  Purchase
Occupancy    Owner Occupied
Property Type  Three Units
Building Type  Detached
Project Name _____
Project Underwriting Status _____

## Section 2 - Underwriting Information

| Sales Price | Appraised Value | Loan to Value | CLTV |
|---|---|---|---|
| $ 305,000.0 | $ 305,000.00 | 97.63 % | 97.63% |

FF/MIP 4,466.48 Financed 4,466.00 Cash0.48
VA Entitlement $

Rate Lock Expr. _____    | Points 0.000

Lock Status

[ ] LOCK [X] FLOAT [ ] RATE PROTECTION [ ] ONE TIME FLOAT DOWN

### Stable Monthly Income

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| Base Income | $ 3,671.91 | $ 3,087.84 | $ 6,759.75 |
| Second Income | $ 0.00 | $ 0.00 | $ 0.00 |
| Other Income | $ 0.00 | $ 0.00 | $ 0.00 |
| Positive Cash Flow (Subject Property) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total Gross Income | $ 3,671.91 | $ | $ 6,759.75 |

### Ratios

| | |
|---|---|
| Primary Housing Expense/Income | 36.84 % |
| Total Obligation/Income | 52.74 % |
| Residual Income | $ 3,194.40 |
| (Required Residual | $ 755.00 ) |

### Proposed Monthly Payments

Borrower's Primary Residence

| | | |
|---|---|---|
| First Mortgage P&I | $ | 2,061.75 |
| Second Mortgage P&I | $ | 0.00 |
| Hazard Insurance | $ | 30.00 |
| Taxes | $ | 275.17 |
| Mortgage Insurance Premium Monthly | $ | 123.43 |
| Home Owner Association Fees | $ | 0.00 |
| Other: | $ | 0.00 |
| CoBorrower Housing Expense | $ | |
| Total Primary Housing Expense | $ | 2,490.35 |

Other Obligations

| | | |
|---|---|---|
| Negative Cash Flow (Subject Property) | $ | 0.00 |
| All Other Monthly Payments | $ | 1,075.00 |
| Total All Monthly Payments | $ | 3,565.35 |

## ASSET QUALIFICATION

Assets Verified

| | | |
|---|---|---|
| Deposits | $ | 1,000.00 |
| Banks | $ | 12,955.23 |
| Stocks & Bonds | $ | |
| Gifts | $ | |
| R.E. Proceeds | $ | |
| Co. pd. costs | $ | |
| Relo Bonus | $ | |
| Sub-Financing | $ | |
| VA/MIP FF | $ | 4,466.00 |
| Other | $ | |
| TOTAL | $ | 18,421.23 |

Assets Req'd to Close

| | | |
|---|---|---|
| Downpayment | $ | 7,235.00 |
| Closing Costs | $ | 3,951.80 |
| Prepaid Items | $ | 2,127.80 |
| Pmt. for debts | $ | 0.00 |
| VA/MIP FF | $ | 4,466.48 |
| | $ | 0.00 |
| | $ | 0.00 |
| Cntrb/BorrPd | $ | (727.79) |
| (- Sell Pd) | $ | (2,042.85) |
| TOTAL REQ'D. | $ | 15,010.44 |

| | |
|---|---|
| Underwriting Status | Suspended |
| Underwriting Status Date | 7/26/01 |
| Approval Expiration Date | |
| Underwriting Quality | 4 |
| Underwriting Difficulty | 3 |
| Underwriter Name | Shamikah Solom |
| Underwriting Extension | 87140 |

0641097 (060401).01
8/1/2001 3:19 PM

See 2nd page for Conditions
Page 1 of 2

PHH 0172

**UNDERWRITING CONDITIONS**

Customer(s):   Anthony P Mendes
               Doris Mendes

Loan #:  0015775950

Remarks:

Alternatives:

The following "Pre-Decision" conditions are missing/incorrect. In order for us to render an Underwriting Decision on this loan these items must be forwarded to your above contact.

NA 36)  Customer to provide bank statement to show where that $9,000 deposit on sales contract came from and an escrow letter from attorney. (solomon,s)

39)  Credit documents expire 07/10/01. Updates will be required if loan is not closed by that date. (Credit report -90 days, other docs - 120 days) (credit report expired) (solomon,s)

45)  Appraiser to provide the net market rental for all 3 units for the area to evidence that PITI doesn't exceed 75% of the market rental. (also to obtain additional income to lower ratios) (solomon,s)

The following "Pre-Closing" conditions are missing/incorrect. They must be forwarded to your above contact in order for us to prepare the Closing Package.

3)  Any changes in your application may affect, but is not limited to, rate, points, maximum loan amount, and additional documentation requirements. (cogan,k)

4)  Fully executed FHA Amendatory Clause. (ten03interface)

6)  Please provide the declaration page for the homeowner's insurance policy to equal or exceed mortgage amount or replacement value(5 days prior to closing). (ten03interface)

11)  Mortgage services will obtain verbal or written verification of employment. (cogan,k)

12)  Fully executed Real Estate Certification. (ten03interface)

13)  Satisfactory wood destroying insect infestation report (NPCA 1 or state specific must be obtained within 30 days of closing). Please provide the form to your counselor 5 days before closing. (ten03interface)

14)  Any large deposits that appear on the bank/investment account statements will need to be explained and documented. (cogan,k)

22)  In order to obtain a satisfactory 12 month rental reference, we will need the name and phone number of your landlord. (cogan,k)

26)  Return the Home Inspection Disclosure (HUD-92564-CN) that was provided to you, signed and dated prior to the date on the contract of sale. (cogan,k)

27)  The parameters of your loan were determined based on the information you provided during your loan application. (cogan,k)

28)  Appraisal expires 12/26_01_/_ ; a new appraisal will be needed if loan not closed by that date (thornton,j)

29)  Borrower to sign Homebuyer Summary. (thornton,j)

31)  Original appraisal to be placed in file; MCAW and 92900a to be signed by credit underwriter (thornton,j)

33)  professional electrician to inspect & certify knob & tube wiring. (thornton,j)

34)  professional to inspect & repair water damage in bath floor on 1st level north unit & certify. (thornton,j)

1008124.UFF (9908SS)
8/4/2001 3:19 PM

PHH 0173

37)   Corrected final application and addendum (1003 and 92900a (pgs. 1-4))  (solomon,s)
44)   Mortgage amount can not exceed $370,098.00  3 unit property (statutory limit)  (solomon,s)
46)   Verify three months PITI reserves  (solomon,s)
47)   If non-occupant co-borrower, LTV cannot exceed 75%  (thornton,j)
48)   Principal, interest, taxes, and insurance (PITI) may not exceed $1763.75  (thornton,j)


The following "At-Closing" conditions are missing/incorrect. They must be forwarded to your above contact before the Closing is complete.

32)   Satisfactory Wood-Destroying Insect Infestation Report (NCPA or official state form)  (thornton,j)
39)   Subject to re-qualification if: Buyer's investment into the transaction (allowable closing costs & downpayment) is less than 3% of the sales price  (solomon,s)
40)   Sign final application and addendum (1003 and 92900a)  (solomon,s)
41)   Subject to re-qualification if: rate or points change from 7.125% with 1% origination fee and 0% discount points  (solomon,s)

42)   Subject to requalification if: buyer paid "Closing Costs" are less than $1883.51  (solomon,s)
43)   Fully-executed hotel and transient use certification  (solomon,s)


The following Conditions have been cleared or Waived.

1)    Fully executed agreement of sale on 1-3 Chilson Ave, MANSFIELD, MA to show sales price of $305,000.00.  (cogan,k)
2)    Subject to receipt and review of a satisfactory appraisal on the subject property to support the value of $305,000.00, to be ordered by Mortgage Services.  (cogan,k)
5)    Evidence any outstanding tax liens, or judgements have been satisfied.  (cogan,k)
7)    Flood zone certification ordered by Mortgage Services.  (cogan,k)
9)    All pages of the past two months bank statements for all accounts to show $14,100.00.  (cogan,k)
10)   All pages of the most recent quarterly statement for 401K account to show $6,000.00.  (cogan,k)
15)   Copy of Doris Mendes' most recent pay statements showing a monthly income of $3,933.00. Year-to-date income must reflect 30 days of earnings.  (cogan,k)
16)   Copy of Anthony Mendes' most recent pay statements showing a monthly income of $3,500.00. Year-to-date income must reflect 30 days of earnings.  (cogan,k)
17)   Please provide the past two years W-2's for Doris Mendes.  (cogan,k)
18)   Please provide the past two years W-2's for Anthony Mendes.  (cogan,k)
21)   Mortgage Services to order a credit supplement in order to delete erroneous accounts and verify previously paid accounts have a zero balance. If we are unable to verify the accounts are inaccurate, you must qualify with the monthly payment.  (cogan,k)
23)   Mortgage Services to obtain evidence of clear CAIVRS and LDP/GSA prior to closing, verifying no delinquent outstanding debts owed to the government.  (cogan,k)


1008124X.uff

# Exhibit G

Cendant Mortgage
3000 Leadenhall Road
Mount Laurel, NJ 08054



**CENDANT**
*Mortgage*

## FINAL COMMITMENT

Date:           August 10th, 2001
Loan Number:    0015775950
Customer:       Anthony P Mendes                    Doris Mendes

Property Address: 1-3 CHILSON AVE MANSFIELD, MA 02048

Dear   Anthony P Mendes                             Doris Mendes

Congratulations!  Cendant Mortgage Corporation is pleased to issue a mortgage loan commitment to you which reflects the final terms of your loan.

### A. Your Approved Loan terms

| | |
|---|---|
| Base loan amount: $ 297,765.00 | Loan term: 360 |
| MIP/ funding fee (if applicable): $ 4,466.48 | Loan to Value Ratio: 97.63 |
| Total loan amount: $ 302,231.00 | Loan Type: (FHA/VA/Conv) FHA |
| Approved Interest Rate: 7.250 | Commitment Expiration Date: 08/31/2001 |
| Rate Lock Expiration Date: 08/31/2001 | Escrow account required: YES |
| Initial Monthly Principal and Interest: $ 2,061.75 | |
| Private Mortgage Insurance required:  NO | MIP required (FHA loans):  YES |
| Assumable: (Y or N)  Y | Prepayment Penalty applicable: (Y or N)  Y |
| Premium Pricing: | Rate Lock Option  [X] Lock   [ ] Rate Protect |
| Balloon Payment Required: (Y or N)  N | |
| Product:  30 yr FHA Fixed (880) | [ ] Float   [ ] 1X Float Down |

If your loan is an Adjustable Rate Mortgage, the following additional terms apply:

| | |
|---|---|
| Index: | Margin: 0.0000 |
| Rate change cap: | Lifetime Cap: |
| Rate change frequency: (weeks, months, years) | |
| First Adjustment: | |
| Subsequent Adjustment: | |

If your loan is a Balloon payment loan, please refer to your program description.

### B. Points you pay in connection with your loan

Total points:    0.000
Origination fee:  0.000
Discount points:  0.000
Commitment fee: 0.000

### C. Conditions to commitment: *Please read the conditions listed below carefully.* They are a part of this commitment and are needed to meet your August 31st, 2001 closing date.
**PLEASE SIGN AND RETURN THIS FINAL COMMITMENT.**
* Any changes in your application may affect, but is not limited to, rate, points, maximum loan amount, and additional documentation requirements.
* Fully executed FHA Amendatory Clause.
* Please provide the declaration page for the homeowner's insurance policy to equal or exceed mortgage amount or replacement value(5 days prior to closing).
* Mortgage services will obtain verbal or written verification of employment.
* Fully executed Real Estate Certification.
* Return the Home Inspection Disclosure (HUD-92564-CN) that was provided to you, signed and dated prior to the date on the contract of sale.
* Borrower to sign Homebuyer Summary.

* Customer to provide bank statement to show where that $9,000 deposit on sales contract came from and an escrow letter from attorney.
* Appraiser to provide the net market rental for all 3 units for the area to evidence that PITI doesn't exceed 75% of the market rental. (also to obtain additional income to lower ratios)
* Corrected final application and addendum (1003 and 92900a (pgs. 1-4))

### D. Inspections - Well, Septic, Radon, Termite: Inspections are required only if requested by the appraiser and noted in the *Conditions*.

### E. Assumability:
[ ] This loan is not assumable.
[X] Your rights and obligations under the note and mortgage are assumable under certain conditions described in your loan documents.

PHH 0169

**F. Prepayment Penalty:**
☐ This loan may be prepaid in part or in full at any time without penalty.
☒ This loan has a prepayment penalty. Refer to your loan documents for when the penalty will be collected.

**G. Expiration of Commitment:** This commitment will expire on 08/31/2001 unless an extension is granted by Cendant Mortgage Corporation. We may cancel this commitment if something occurs which we feel may effect the security or your ability to repay this loan.

**H. Title to Property and Title Insurance:** Cendant Mortgage Corporation must have first lien position on the property. The title to the property must be acceptable to us. The property must comply with zoning regulations. The Title Search/Abstract, Tax Search and Certificates, Instrument Survey and Title Commitment must be forwarded at least 10 days prior to closing, if possible.

A policy of title acceptable to us at your expense, is required. If your proposed mortgage loan is an Adjustable Rate Mortgage, the title policy must include affirmative coverage of an ARM and take no exception to the adjustable feature. Title insurance is also available to protect your interest as owner of the property at an extra charge to you but is not required by us. If you desire such insurance protecting your interest as an owner, please advise your attorney or closing agent.

**I. Survey:** Lender's title insurance policy to be issued pursuant to Paragraph H above shall not contain a survey exception. Should an instrument survey or plot plan be required by the title insurer in order to remove such exception, you must supply us, at your expense, a currently dated survey/plot plan, acceptable to us, noting the location of all boundaries, improvements, set back lines, easements and encroachments on or off of the property. The instrument must be certified to:
Cendant Mortgage Corporation/Secretary of Housing and Urban Development, its Successors and/or Assigns, as their interests may appear, 3000 Leadenhall Road Mount Laurel, NJ 08054

**J. Fire and Flood Insurance:** The following insurance must be provided by you at or prior to closing. Policies must be in effect on the closing date. The Endorsement on the policy should read for First Mortgagee:
Cendant Mortgage Corporation/Secretary of Housing and Urban Development, its Successors and/or Assigns, as their interests may appear, P.O. Box 5954 Springfield, OH 45501-5954, Attn: Insurance Department.

Fire and extended coverage in the amount of full replacement cost or the loan amount, whichever is less, must be fully paid for 1 year with receipt. We will not require you to obtain a policy in excess of the replacement cost of the improvements on the property securing your loan.

If flood insurance is required in connection with your loan, it will be listed under your *Conditions*. Flood insurance will be required if your property is in flood zone "A" or "V". We do not require you to obtain a flood insurance policy in excess of the replacement costs of the improvements on the property securing your loan.
A binder with a one year paid receipt is acceptable evidence of coverage unless prohibited by state law.

**K. Appraisal:** If an appraisal was obtained in connection with your loan transaction, a copy of it will be provided to you prior to or at closing.

**L. Closing:** At closing, you must sign all of the customary mortgage documents.

**M. Interest Rate:** Your interest rate and terms are governed by your rate lock/confirmation agreement.

**N. Contacts:** PLEASE DIRECT ALL CALLS AND DOCUMENTATION TO
Kevin Cogan
(800) 236-3268 ext. 87806

**O. State Specific Supplement:** Florida and the New York Department of Banking require us to provide you with additional information contained in the Final Commitment Supplement. Please refer to that supplement for further information about your Final Commitment.

**P. Acceptance:** To accept this commitment, you must sign below and return this letter to us within 15 days from the date of this letter. This agreement cannot be changed orally.

Very truly yours:
Cendant Mortgage Corporation

*Claire Taylor*

Claire Taylor
Production Manager

**ACCEPTANCE OF OFFER:** The terms and conditions offered by this Final Commitment letter and Attachments are accepted by the undersigned. I/we have received a duplicate original of this document.

| Applicant Name Anthony P Mendes | 8-14-01 | Applicant Name Doris H. Mendes | 8-14-01 |

| Applicant Name | 8/14/01 | Applicant Name DORIS H. MENDES | 8-14-01 |

0441301 (011501).02

Page 2 of 2

PHH 0170

## ADDENDUM TO FINAL COMMITMENT

### C. Conditions to commitment, continued.

* Credit documents expire 07/10/01. Updates will be required if loan is not closed by that date. (Credit report -90 days, other docs - 120 days) (credit report expired)
* Subject to re-qualification if: Buyer's investment into the transaction (allowable closing costs & downpayment) is less than 3% of the sales price
* Sign final application and addendum (1003 and 92900a)
* Subject to re-qualification if: rate or points change from 7.125% with 1% origination fee and 0% discount points
* Subject to requalification if: buyer paid "Closing Costs" are less than $1883.51
* Fully-executed hotel and transient use certification

_[signature]_  Applicant Name Anthony P Mendes  _8/14/01_ Date  _[signature]_ Doris M. Mendes  Applicant Name Doris Mendes  8-14-01 Date

_[signature]_  Applicant Name  _8-14-01_ Date  DORIS H. MENDES  Applicant Name  8-14-01 Date

PHH 0171

Exhibit H

08/28/01   12:06   MORTGAGE SERVICES → 508 999 9881

Mortgage Services

3000 Leadenhall Rd., Mount Laurel NJ 08054

**C** CENDANT

# Fax

**To:** John / Jessica

**From:** Kevin Cogan
800-236-3268 x 87806
fax: 856-917-2960

**Fax:** 508-999-9881

**Pages:** 4

**Phone:**

**Date:**

**Re:** 1-3 Chison Ave.

**CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● For Homeowners Insurance, Mortgagee Clause:

**VA:**

Secretary of VA, its successors and/or assigns, PO BOX 5954 Springfield OH 45501

**FHA:**

Secretary of HUD, its successors and/or assigns, PO BOX 5954 Springfield OH 45501

Please let me know if this
is OK.

23

$1000 Owner
$ 600 —
$ 600 —
$ 200

08/28/01   12:05    MORTGAGE SERVICES    508 999 8931    PAGE 82
08/24/2001  17:18    508 2611219    GERRY ABBOTT REALTOR    PAGE 82

---

plexes. $600 & up. No
s, please. (508) 695-6950

BORO -Olivet area. Mas-
BR w/FP., Newly remod-
d . 1st floor. Garage , in-
und pool . $1700/mo 1st/
t/ sec. 508-677-0240.

‹BORO'S FINEST APTS.
1., 1 or 1.5 ba., heat & hw
I'd. Storage. No pets.
ol & clubhouse. Mayfair
alty, 543-4697 / 543-1751
w.mayfairrealty.com .

ISFIELD - 1 bdrm, Walk to
. town. $625 + util. Avail.
1, 781-248-9085, eve-
gs.

SFIELD - Cute 1 br. l/r,
. Patio deck, Priv. prkg.
ard. Near T. Cntry setting.
pets. Avl. 9/1. $825/mo.
608-339-8492

TTLEBORO - 3 bdrms, 2nd
2 yr old apt. Tile kit./bath
st. park, $890/mo p
508-509-9980.

TTLEBORO - 1 Bedrm
tage. Priv. lots of Stor
. No util. No Pets. Park-
Ideal for 1 person. $750/
508-699-7327

TTLEBORO - 2 BR apt.,
fl., near center, off st.
king. $625/mo. plus sec.
-695-6549.

TTLEBORO - Modern 1
w/w, off st. pkg., quiet
. $675-$725/mo., Stu-
$800/mo. 1st/last/sec. &
. fee, 508-337-3128

TTLEBORO - Mod. spac.
r./den appl., prkg.. 1st/
/sec. $800/mo. Avl. 9/15.
pets. 508-944-3440.

- Broker Listings

---

S. ATTLEBORO - 2 bedroom,
1st floor. Quiet area. No pets
and Transportation. $850/mo.
No pets 781-762-879
508-226-3085.

TOWNHOUSE RENTALS
ATTLEBORO & NO. ATTLEBORO
Luxury Townhouses, 2-3
bdrms., 1 ½-2 ½ baths,
w/d hookups, some with
basement, garage, den
with skylight, large
closets, all-appliances
kitchen with pantry
disposal. Deck view
woods pond.

Houses might be available
No dogs. By owner,
$880-$1200 per Mo
(508) 695-2580

WRENTH... 1 room , 1
kitchen, $375, includes all
utilities. Call Jeannie @ 508-
384-5334, after 4.



ATTLEBORO
High Sierra Estates
508-226-1480
Relocate this beautiful apart-
ment community nestled
among 25 acres of wooded
& landscaped charm.
Featuring seasonal indoor
pool, tennis, playground, etc.
2-room studios, 1 & 2-bdrm
apts. from $600-$980.

CONVENIENCE
AND
SERENITY...
THE IDEAL LOCATION

---

## 136 - Houses

ATTLEBORO - New executive
townhouse. Triplex, 3 BR.,
1.5 BA. Full bsmnt, w/d h/u.,
Lg. kit. & sep. DR. Lots of
closets. Tile & Berber. C/A,
Priv. deck. Close to T & 95.
1st/last/sec. No pets/smok-
ers. $1500/mo. + util. (508)
761-7072.

ATTLEBORO - New Town
home ..... ...... ... .. bath,
full bsmnt, w/d h/u., Country
kitchen, C/A, Deck. 1st/Last.
No pe... .... ..... .... ...
+ util. Call 508-226-29

NORTON - Available immedi-
ately - short term rental (3-6
months). Two bedroom one
bath home on Lake Winne-
cunnet. 1 car garage, all ap-
pliances stay. $1350 a
month includes heat. Tenant
pays tax. Viewing on Sunday
from 4:30 - 6 P.M. 33 King
Philip Rd. John Tyler 800-
864-3629 ext. 320. No
Smokers. Pets OK

NORTON - Sm. older house
... ...... ... ..... Norton
Attleboro line, Day, 508-222-
0067, Even 222-5100

NORTON - Starter/ Retire-
ment, Maint. free, 1 acre lot,
priv. Norton Cntry Club area.
$1650/mo, 508-285-9390

## 137 - Resort Property

WHT. MOUNTAINS - Intervale
NH. 2 Bdrm. Condo. Sleeps
6. Quiet, riverside. $800/wk.
Immed. Avail. 888-664-6060

## 139 - Condominiums

FRANKLIN - 2 br. corner unit.
Central AC, pool, tennis.
Near T., shopping. $975/mo.
Call (508) 384-5645.

MANSFIELD - 2 bdrd. w/w,

---

## 152 - Owner Listings

ATTLEBORO - 9 rm. 4 br. 2 ba.
Cape. Hyman Fine schl dist.
comp. remid. $245,000. 418
marth St. 508-226-4211

DARLINGTON - Brand new 3
br. home. C/A, cathedrals,
full bsmt., roughed in 2nd ba./
central vac. incl. new appli...
$164,900.   800-864-1950.

DARLINGTON - S. Attleboro
line, updated 3-fmly, 3-3-3,
double lot. Oversized block
garages. Great area. Near T.
$26K  income.  $199,900.
800-864-1950.

ATTLEBORO - Open 8/26,
2-4, 107 Laurelwood Dr. 4
rm. Col., 1.5 baths, cul-
e-sec. 508-695-7586. Rt.1
take Landry to 1st right past
AMB. 290K.

SEEKONK - OPEN HOUSE
25 & 8/26, 1-4 P.M. 372
Central Ave. (Rt. 152), 7 rm.
Raised Ranch, garage, fin.
bsmnt. 2/3 acres. $293,900.
(508) 761-7123.

S. ATTLEBORO - 2 fam. 1st flr.
2 br, 2nd flr. 3 br, Appl., Grge,
Sep. Util., Final, Newly reno-
vated. $225,000. Call For
Appt. 401-559-1737.

S. ATTLEBORO - New to Mar-
ket. 2000 Built. Raised
Ranch on corner lot. .25
acre, 3-4 br, 2 full bath,
w/whpl. Open kit, w/appl.
$239,500. 508-399-7775.

## 153 - Mobile Homes

NORTON
Mobile Home, New, 14x56, 2
bdrm. $74,900. Call (508)
868-6686 or (508) 878-4472.

S.ATTLEBORO/PAWTUCKET
Bdfl. 1 br., appl., porch. Qui-
et adult park. $293/mo. mfg.
Financing. (401) 434-6005

---

To all perso
the above-ca
a petition has
ed praying tha
said decedent
allowed, and
KENNEY of t
County of W
appointed ex
in the will to
surety.
IF YOU DE
JECT THERE
YOUR ATTO
FILE A WRIT
ANCE IN SAI
DEDHAM ON
TEN O'CLOC
NOON (10:0
SEPTEMBE
In addition,
written affidav
to the petition,
ic facts and
which the obje
within thirty (
the return day
time as the co
with notice to
may allow) i
with Probate F
WITNESS,
Hon. David
Esquire, First
Court at DEDI
August 10, 20
Richard P. S
Register of P
8:24

TOWN OF
Zoning Boar
NOTI
PUBLIC I
RESCHE
HEARIN
Septemb

08/28/01    12:06    MORTGAGE SERVICES    GERRY ABBOTT REALTOR    PAGE 93

**130 - Roommates**

FEMALE to share 2 bdr. Townhouse in N. Attleboro, $145/week, plus 1/3 of util. W/D incl. Call 508-643-6084.

NORTON - 1800'S Estate, 8 baths, cable TV, deck, bicycle garage, non-smkr, all util. $485/mo. 508-695-5759

Weekend Father looking to share 2 bedroom house in Attleboro. $550/mo plus utils. W/D (508) 226-2003

**131 - Rooms**

ATTLEBORO CTR. Furnished, refrg., lndry., cable tel. ready. $105. Ref's req. (508) 222-9936 or 642-2620 cell.

ATTLEBORO - Near center. Wall/wall, paneling, kitchen privileges. $75 & up per wk. (508) 226-9501 / 699-3202.

MANSFIELD - Furnished rooms. Clean & quiet. Close to train. All utilities No smkg. O'MALLEY R.E.    339-3342.

**151 - Broker Listings**

NEW COLONIAL - Under construction, 38x26 4 bedroom home offering 2½ baths at 1st floor laundry room, vinyl siding, gas fired fireplace, town sewer and water. Gas 2 zone fhw heat. $329,900. CHRISTIAN & SCHROMM R.E., INC. 508-339-3712.

---

Duplexes. $600 & up. No pets, please. (508) 695-6950

FOXBORO - Quiet area. Master BR w/FP., Newly remodeled . 1st floor. Garage , inground pool . $1000/mo 1st/last/ sec., 508-577-0240.

FOXBORO'S FINEST APTS. 2 BR., 1 or 1.5 ba., heat & hw incl'd. Storage. No pets. Pool & clubhouse. Mayfair Realty, 543-4897/543-1751 www.mayfairrealty.com

MANSFIELD - 1 bdrm, Walk to T & town. $825 + util. Avail. Sept 1. 781-245-8085, eves.

MANSFIELD - Cute 1 br. l/r, den. Patio deck, Priv. prkg. in yard. Near T. Cntry setting. No pets. Avl. 9/1. $825/mo. Call 508-339-8492

---

11., 2 yr old apt. Tile kit./bath. Off st. park. , $880/mo plus util. 508-509-9980.

N. ATTLEBORO - 1 Bedroom Cottage. Priv. lots of Storage. No util. No Pets. Parking, Ideal for 1 person. $750/ mo. 508-699-7327

N. ATTLEBORO - 2 BR apt., 1st fl., near center, off st. parking. $825/mo. plus sec. 508-695-6549.

N. ATTLEBORO - Modern 1 br., w/w, off st. pkg., quiet area. $675-$725/mo., Studio; $600/mo. 1st/last/sec. & appl. fee, 508-337-3126

N. ATTLEBORO - Mod. spac. 1 br./den appl., prkg., 1st/ last/sec. $900/mo. Avl. 9/15. No pets. 508-944-3440.

**151 - Broker Listings**

---

Other locations in Foxboro & N. Attleboro. No pets please

S. ATTLEBORO - 2 bedroom, 1st floor. Quiet area. Near 95 and Train station. $850/mo. No pets. 781-762-8790 or 508-223-8885.

**TOWNHOUSE RENTALS**
**ATTLEBORO & NO. ATTLEBORO**
Luxury Townhouses, 2-3 drms., 1 ½-2 ½ baths, w/d hookups, some with basement garage, den with skylight, large closets, all-applianced kitchen with pantry & disposal, Deck view - woods or pond.
**Houses might be available. No deposit. By owner.**
**$850-$1600 per Mo.**
**(508) 695-2580**

WRENTHAM - 1 room, No kitchen, $475. Includes all utilities, Call Jeannie @ 508-384-3354. After 4.

**ATTLEBORO**
**Gold Houses Estates**
**508-226-1480**
Relocate to a beautiful apartment community nestled among 28 acres of wooded & landscaped charm. Featuring seasonal indoor pool, tennis, playground, etc. 2-room studios, 1 & 2-bdrm. apts. from $600/$880.

**CONVENIENCE AND SERENITY...**
THE IDEAL LOCATION

---

**136 - Houses**

ATTLEBORO - New exec townhouse, Triplex, 3 1.5 BA. Full bsmnt, w/d . Lg. kit. & sep. DR, Lc closets. Tile & Berber. Priv. deck. Close to T 1st/last/sec, No pets/er ers. $1300/mo. + util. 781-7072.

ATTLEBORO - New To house duplex, 3 br, 1.5 b full bsmnt, w/d h/u., Cou kitchen, C/A. Deck. 1st/l No pets, No smokers. $1 mo + util. Call 508-226-2

NORTON - Available imm ately - short term rental ( months). Two bedroom bath home on Lake Win cunnet. 1 car garage, all pliances stay. $1350 month includes heat. Ten pays fee. Viewing on Sunc from 4:30 - 6 P.M. 33 K Phillip Rd. John Tyler 50 564-3829 ext. 320. Smokers, Pets OK

NORTON - Sm. older house br. Country setting. Norto Attleboro line. Day, 508-22 0067, Even 508-5100

NORTON - Starter/ Retir ment, Maint. free, 1 acre lo priv. Norton Cntry Club area $1650/mo, 508-286-6990

**137 - Resort Property**

WHT. MOUNTAINS - Intervak NH. 2 Bdrm. Condo. Sleeps 8, Quiet, riverside. $600/wk Immed. Avail. 588-664-8060

**139 - Condominiums**

FRANKLIN - 2 br. corner unit. Central AC, pool, tennis. Near T., shopping. $975/mo. Call (508) 384-5643.



# Exhibit I

Property - 1-3 Chilson Avenue
Mansfield. MA

to John Pacheco

From    Linde Bisthine, Clendant Mortgage
        1800 446 0963 X 77266
        Fax 859 - 917 - 6918

Please provide addendum explaining
why the monthly income was
increased From your original
report + please look at
the attached listings to advise
if it could be raised any
    Further

this is of a urgent matter.
Please Fax Back your reply
to my attention

                thank you
                Linde Bisthine

Search Results

 



 

> **SEARCH**
REAL ESTATE SECTION LISTINGS   | Homes |



**Real Estate Home**

Bringing you Boston's most visual ads, current classifieds from
the Globe and the best local information. All under one roof.

You searched for: **Massachusetts ▶ MANSFIELD**

**Renting**
Renting page
Search other
Search vacation
rentals
Search apartments
My Picks
Corporate/Short-Term
Apartment to share
Ask Abuzz

**Matches: 2 Total**

✓ = Matched Your Search Crit.
▣ = Match with Photos

### Classified Listings

MANSFIELD, walk to T, remod., lg 2+BR, 2 firs, a/c, tennis, pool, $1450+ utils. Avl. 9/1. 508-643-7379
Source: The Boston Globe

MANSFIELD, 1BR, 700sf, prch, newly renov, $850+ utils, 1st, last, sec.
413-625-0355
Source: The Boston Globe

**Other sections**
Relocating
Buying
Selling
Renting
Financing

**Search Criteria :**

State : Massachusetts
City : MANSFIELD
Bedrooms : Any Bedroom Size
Bathrooms : Any Bathroom Size
Type Of Housing: Unfurnished Apartments

Have new listing
automat

**Resources**
Place an ad
Post a Want

**MovingCenter**
Moving Checklist
How to Library
Moving Calculators
Truck rental
Furniture rental
Credit reports
Storage
Self-Service Moving
Renter's insurance
Roommates
Moving companies
Change Your
Address

Comments to Apartments.com | Advertise with Us | Local News

Legal Information and Privacy Policy 🏠 Equal Housing Opportunity
©2001 Classified Ventures, Inc.

GERRY ABBOTT REALTOR

08/24/2001   17:19   588-251210

the return day (or such other time as the court, consistent with notice to the petitioner may allow), in accordance with Probate Rule 16.

WITNESS,
Hon. David H. Kopelman, Esquire, First Justice of said Court at DEDHAM this day of August 10, 2001.

Richard P. Schmidt
Register of Probate
8/24

Richard P. Schmidt
Register of Probate
8/24

TOWN OF NORTON
Zoning Board of Appeals
NOTICE OF
PUBLIC HEARING
RESCHEDULED
HEARING DATE

September 7, 2001

In accordance with the provisions of Chapter 40A of and to all persons entitled to the benefit of the 'Soldiers' and Sailors' Civil Relief Act of 1940 as amended.

Board of Appeals will hold a public hearing on Friday, September 7, 2001 at 8:00 p.m. in the Municipal Center, 70 East Main Street, Norton.

Lerner for a variance from Article 6.1, of the By-laws for the construction of a 6'x15' breezeway and 25'x32' two car garage with more above at 14 Street Stone Lane.

Roland Gendreau
Chairman
Thomas R. Noel
Paul Famiglione
8/24, 31

COMMONWEALTH OF
MASSACHUSETTS
(SEAL)
LAND COURT
DEPARTMENT OF THE
TRIAL COURT
Case No. 274007

To George B. Simpson, RI of and to all persons entitled to the benefit of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended.

Litton Loan Servicing LP claiming to be the holder of a mortgage covering real property in Attleboro, MA property numbered at 59 Collins Street, given by George B. Simpson, RI to Real Realty Simpson, RI to First Realty Funding Corp. dated May 14, 1998, recorded in Bristol County (North District) Registry of Deeds in Book 5505, Page 304, and now held by the Plaintiff by Assignment, has filed with said court a complaint for authority to foreclose said mortgage in the manner

Appt. 401-569-1797.

S. ATTLEBORO - New to Market. 2000 Bull. Raised Ranch on corner lot. 2.5 acre, 3-4 br, 2 full bath, w/whpl. Open lot, w/appl. $238,500. 508-399-7775.

153 - Mobile Homes

NORTON
Mobile Home, New, 14x56, 2 bdrm. $74,900. Call (508) 668-8880 or (508) 378-4422.

155 - Industrial &
Commercial

ATTLEBORO - 6600 sq. ft. of industrial space for light manufacturing. Agnes Fountas Realty 508-222-2400.

156 - Farms & Land

FOXBORO - (S) 1.5 acre wooded lots, Off Spruce St. 2 min. perc. $95,000. Ready to go! 508-698-9528.

159 - Real Estate
Wanted

Real Estate Investor looking to buy

ment, Maint. free, 1 acre lot, priv. Norton Cntry Club pass. $1650/mo, 508-285-3530

157 - Resort Property

WHT. MOUNTAINS - Interval NH. 2 bdrm. Condo. Sleeps 8. Quiet, riverside. $850/wk. Immed. Avail. 888-564-9050

158 - Condominiums

FRANKLIN - 2 br. corner unit. Condo. A/C, pool, tennis, near shops, w/w carpet, $1150/mo. Call (508) 520-7020

MANSFIELD - 2 bdrm, w/w, dishwasher, deck, A/C, laundry rm., plus sec. No Pets. Avail. 1/1. 508-337-6086. Leave Message.

ATTLEBORO - 2 bdrm. Condo. 1½ baths, laundry facilities. $900/mo. 1st, last & sec. CENTURY 21 Ed Panseau, Realtors. 508-695-2511.

S. ATTLEBORO - Condo. 4 rm, 1.5 ba, full bsmt, w/d hk-up. Nept/lawn. Close to BST. 508-272-0394.

140 - Townhouses

N. ATTLEBORO - 3 Fl, Large, 2-3 br, 2 ½ bath, built w/garage, Fall burn. Mt. Ctr. rm. Lg. Mt. wdng. Priv.

508-226-1480

Relocate to a beautiful apartment community nestled among 25 acres of wooded charm. Featuring seasonal indoor pool, tennis, playground, etc. 2-room suites, 1 & 2 bdrm. apts. from $800-$950.

CONVENIENCE
AND
SERENITY...

THE IDEAL LOCATION
• 2-bdrm. Apartments
• Some over 1,000 sq.
• Oversized Closets
• Patios
• Arcade
• Subway's
• Sparkling Pool
• 1.3 Miles to Commuter Rail Station
• On Bus Line
• 14 Miles North of Providence

WOODS EDGE
APARTMENTS
Attleboro, Mass.
508-222-6644

139 - Apt. Furnished

N. ATTLEBORO - 1 or 2 room

BORO - Modern, 1 off st. pkg, quiet 575-5725/mo, Stu-dio, 1st/last/sec. A 508-337-9128

BORO - Mod. spac. n apt., pkg., 1st/ $800/mo, Avl. 9/15, 508-944-3441,

other Listings

other Listings

PAGE 03

GERRY ABBOTT REALTOR

---

**140. Townhouses**
**141. Wanted to Rent**

Duplexes. $600 & up. No pets, please. (508) 695-6950

FOXBORO - Quiet area. Master BR w/FP., Newly remodeled, 1st floor. Garage, inground pool. $1000/mo 1st/last/sec. 508-577-0240.

## 130 - Roommates

FEMALE to share 2 br. Townhouse in N. Attleboro. $145/week, plus 1/3 of util. W/D incl. Call 508-643-9394.

NORTON - 1800'S Estate, 8 baths, cable TV, deck/grill bicycle garage, non-smkr, all util. $495/mo. 508-695-5759

Weekend Father looking to share 2 bedroom house in Attleboro. $550/mo plus utils. W/D (508) 226-2503

## 131 - Rooms

ATTLEBORO CTR - Furnished. refrig., indiv. cable/tel. ready. $105. Ref's req. (508) 222-1936 or 642-2620 cell.

ATTLEBORO - Near center. Wall/wall, paneling, kitchen privileges. $75 & up per wk. (508) 226-6501 / 695-3902.

MANSFIELD - Furnished rooms. Clean & quiet. Close to train. All utilities No smkg. O'MALLEY R.E.    339-2342.

## 151 - Broker Listings

NEW COLONIAL - Under construction. 38x26 4 bedroom home offering 2¼ baths, 1st floor laundry room, vinyl siding, gas fired fireplace, town sewer and water. Gas 2 zone fhw    heat. $329,800. CHRISTIAN & SCHROMM R.E., INC. 508-339-3712.

---

FOXBORO'S FINEST APTS. 2 BR., 1 or 1.5 ba., heat & hw incl'd. Storage. No pets. Pool & clubhouse. Mayfair Realty, 543-4697/543-1751 www.mayfairrealty.com

MANSFIELD - 1 bdrm. Walk to T & town. $625 + util. Avail. Sept 1. 781-849-9936, eve.

MANSFIELD - Cute 1 br. Wr, deck. Patio deck. Priv. prkg. in yard. Near T. Entry setting. No pets. Avl. 9/1. $825/mo. Call 508-839-6492

1., 2 yr old apt. Tile kit./bath. Off st. park., $980/mo plus util. 508-509-9980.

N. ATTLEBORO - 1 Bedroom Cottage. Priv. lots of Storage. No util. No Pets. Parking. Ideal for 1 person. $750/mo. 508-699-7327

N. ATTLEBORO - 2 BR apt., 1st fl., near center, off st. parking. $825/mo, plus sec. 508-695-6548.

N. ATTLEBORO - Modern 1 br., w/w, off st. pkg., quiet area. $675-$725/mo., Studio; $600/mo. 1st/last/sec. & appl. fee, 508-337-3125

N. ATTLEBORO - Mod. apar. 1 br./den appl., prkg., 1st/last/sec. $600/mo. Avl. 9/15. No pets. 508-944-3440.

## 151 - Broker Listings

---



8. ATTLEBORO - 2 bedroom 1st floor. Quiet area. Near 95 and Train station. $850/mo. No pets. 781-762-8790 or 508-222-5585.

### TOWNHOUSE RENTALS

ATTLEBORO & NO. ATTLEBORO Luxury Townhouses, 2-3 bdrms., 1 ½-2 ½ baths, w/d hookups, some with basement, garage, den with skylight, large closets; all-applianced kitchen with pantry & disposal. Deck view - woods or pond.

Houses might be available.
No dogs. By owner.
**$850-$1800 per Mo.**
(508) 695-2590

WRENTHAM - 1 room. No kitchen, $475. Includes all utilities. Call Jeannie @ 508-384-6354. After 4.

## ATTLEBORO

### Brigh Haven Estates
508-226-1480

Relocate to a beautiful apartment community nestled among 26 acres of wooded & landscaped charm. Featuring seasonal indoor pool, tennis, playground, etc. 2-room studios, 1 & 2-bdrm. apts from $600-$260.

### CONVENIENCE AND SERENITY...
THE IDEAL LOCATION

---

## 136 - Houses

ATTLEBORO - New exec townhouse.Triplex, 3 1.5 BA. Full bsmnt, w/d , Lg. kit. & app. DR.Lc closets. Tile & Berber. Priv. deck. Close to T. 1st/last/sec. No pets/smkers. $1500/mo. + util. 761-7072.

ATTLEBORO - New Townhouse duplex, 3 br, 1.5 full bsmnt. w/d h/u., Oak kitchen, C/A. Deck, 1st/l. No pets. No smokers. $1200/mo + util. Call 508-226-2

NORTON - Available immediately - short term rental (months). Two bedroom bath home on Lake Win cunnel. 1 car garage, all pliances stay. $1350 month includes heat. Tenant pays fee. Viewing on Sund from 4:30 - 6 P.M. 33 Ki Phillip Rd. John Tyler 508-564-3829 ext. 320. No Smokers. Pets OK

NORTON - Sm. older house. br. Country setting. Norto Attleboro line. Day, 508-222-0087, Even 222-6100

NORTON - Starter/ Retirement, Maint. free, 1 acre lot prv. Norton Cntry Club area $1650/mo, 508-285-9390

## 137 - Resort Property

WHT. MOUNTAINS - Intervale NH. 2 Bdrm. Condo. Sleeps 6. Quiet, riverside, $900/wk Immed. Avail. 888-664-8060

## 138 - Condominiums

FRANKLIN - 2 br. corner unit. Central AC, pool, tennis. Near T., shopping. $975/mo. Call (508) 384-5545.

MANSFIELD

09/24/2001   17:18   508-051-1918
Lpt of claim's 1, ...
Listings
131/21 REALTORS
(THE BEAUTY!!

Search Results



**boston.com**

boston.com home
PULL DOWN FOR OTHER SECTIONS

Real Estate

Help others.

> SEARCH    Homes
REAL ESTATE SECTION LISTINGS

apartments.com.    Bringing you Boston's most visual ads, current classifieds from the Globe and the best local information. All under one roof.

You searched for: Massachusetts ▶ Eastern Massachusetts ▶ South Suburbs ▶ Canton, Dedham
Matches: 8 Total
• Click on Smart Mail, and get new apartment listings e-mailed to you automatically.

**Real Estate Home**

**Renting**
Renting page
Search other
Search vacation rentals
Search apartments
My Picks
Corporate/Short-Term
Apartment to share
Ask Abuzz

**Other sections**
Relocating
Buying
Selling
Renting
Financing

**Resources**
Place an ad
Post a Want

**MovingCenter**
Moving Checklist
How to Library
Moving Calculators
Truck rental
Furniture rental
Credit reports
Storage
Self-Service Moving
Renter's Insurance
Roommates
Moving companies
Change Your Address

View By: Classified Listings
Sort by
Property Name

| | City | Price |
| Avalon at Forbes Park | Quincy, MA | $1390 - $2145 |
| 800 Falls Blvd. | | |

Just outside of Boston, in a city that's been home to Presidents and patriots, an extraordinary lifestyle awaits your arrival at Avalon at Forbes Park!

More Info

Contact Now
(888) 749-6602
Call Toll Free!

More...

Windsor Village at Waltham    Waltham, MA    $1470 - $2990
976 Lexington St.

Windsor Village at Waltham offers spacious one-bedroom apartments and two and three bedroom townhomes.

More Info

Contact Now
(866) 289-3999
Call Toll Free!

More...

**CLASSIFIED LISTINGS**

CANTON, 3 BR, 1.5 ba, cul-de-sac w/a deck, $1650, call Judy, (617) 641-2078.
Source: The Boston Globe
CANTON, Duplex, 3 BR, 2 full bth, lndry & dw, hwf, nr T. $1800 +. 781-828-6377

Source: The Boston Globe
DEDHAM, 3 br, elk, pets ok, fee. $1600 Laura x112
Century 21 Westward
Homes 781-237-9280
Source: The Boston Globe

DEDHAM, Apts for rent!
*cozy 2 br, ref,on T; $1000
*lg mod 2 br, porch;$1400

Search Results



**900 Falls Blvd.**                                              $2145

Just outside of Boston, in a city that's
been home to Presidents and patriots,
an extraordinary lifestyle awaits your
arrival at Avalon at Faxon Park!

More Info

**Contact Now**

(888) 749-6602
Call Toll Free!

More...

**Faxon Commons**                          Quincy, MA        $1210 -
**1001Southern Artery**                                      $1640

Welcome to Faxon Commons! Ideally
located in convenient Quincy and only
nine miles from downtown Boston,
Faxon Commons offers the best in
urban apartment living.

More Info

**Contact Now**

(866) 334-3070
Call Toll Free!

More...

## CLASSIFIED LISTINGS

CANTON, 1BR, balc., gas ht, new w/w, paint & appl. No smoking/pets, walk/RR. $1200+, RE 781
828-6080
Source: The Boston Globe
CANTON, Cntr., Walk to TI Incl ht/hw, nr 95/128. 1BR, $1099. No Pets/No Fee
617-571-2200
Source: The Boston Globe
DEDHAM, 1BR, $650, excel mgmnt. Avail 9/1,
(617) 510-0605
Source: The Boston Globe
WEST ROXBURY, 1br $850+; 2br $1200+; lg 2BR $1350 htd; 3br $1400+; 2Br TH $1500 htd;
2Br mod, fpl $1600+; 3Br mod, $1800 htd; DEDHAM, 3br duplex, $1600+ RE 617-327-6300
Source: The Boston Globe
WEST ROXBURY, Lg 1Br, $1050 htd; 2Br $1200+; lg 2Br $1350 htd; 3Br $1400+; 2Br TH $1500
htd; 2Br mod, fpl $1600+; 3Br mod, $1800 htd; DEDHAM, 3br duplex, $1600+ RE Open Labor
Day Weekend. 617-327-6300
Source: The Boston Globe

**Search Criteria :**

State : Massachusetts
Region(s) : Eastern Massachusetts
Area(s) : South Suburbs                                      Have new listing
Community(ies) : Canton, Dedham                              automati
Price : All Price Ranges
Bedrooms : One
Bathrooms : Any Bathroom Size
Type Of Housing: Unfurnished Apartments , Rental homes

Comments to Apartments.com | Advertise with Us | Local News
Legal Information and Privacy Policy   Equal Housing Opportunity
©2001 Classified Ventures, Inc.

Search Results



**367 Bolivar St.**

Welcome to Archstone Canton, where quality and comfort meet.

More Info

$1795

Contact Now
(866) 893-9582
Call Toll Free!

Quincy, MA          $1390 -
                    $2145

**Avalon at Faxon Park**
**500 Falls Blvd.**

Just outside of Boston, in a city that's been home to Presidents and patriots, an extraordinary lifestyle awaits your arrival at Avalon at Faxon Park!

More Info

More...

Contact Now
(888) 749-6602
Call Toll Free!

Quincy, MA          $1210 -
                    $1640

**Faxon Commons**
**1001 Southern Artery**

Welcome to Faxon Commons! Ideally located in convenient Quincy and only nine miles from downtown Boston, Faxon Commons offers the best in urban apartment living.

More Info

More...

Contact Now
(866) 334-3070
Call Toll Free!

## CLASSIFIED LISTINGS

CANTON ESTATES,
Spring into 2 BR apts start at $1280 incl ht/hw, mod applcs, w/w, lndry & prkg, conv to major hwys & commuter rail. Mon-Sat 9-6; Sun 12-5. No pets. 781-828-6043. EHO
Source: The Boston Globe

CANTON, New deluxe apts LR, DR, fully applc kit, 2BR, 2BA, laundry hkups, nwflrs, C/A, basement storage, walk to train & shops. $2000+/mo. John Marini Mgmt. Sat/Sun: 617-719-1064, Wkdys: 781-828-5781
Source: The Boston Globe

CANTON, 2Br in 2 fam, cath ceils, 2 decks, 2 full ba, w/d hkup, shed, walk to T/Ctr $1625 978-375-1455
Source: The Boston Globe

CANTON, Archstone. Lux. 2BR 2BA apts, h/hw, pool, gym, tennis court included, only $500/dep. Instant approval. Starting at $1595. Call 781-821-2870 and ask to "pop your own special".
Source: The Boston Globe

Search Criteria :

State : Massachusetts

http://www.apartments.com/search/oasis.dll?p=boston&rentrange=1&twobdrm=1&allbaths=09/10/2001

"mint 3 br singl fam; $1900
Discover Rlty781-326-1800
Source: The Boston Globe
WEST ROXBURY, 1br $850+; 2Br $1200+; lg 2Br $1350 htd; 3Br $1400+; 2Br TH $1500 htd;
2Br mod, fpl $1600+; 3Br mod, $1800 htd; DEDHAM, 3br duplex, $1600+ RE 617-327-6300
Source: The Boston Globe
WEST ROXBURY, Lg 1Br, $1050 htd; 2Br $1200+; lg 2Br $1350 htd; 3Br $1400+; 2Br TH $1500
htd; 2Br mod, fpl $1600+; 3Br mod, $1800 htd; DEDHAM, 3br duplex, $1600+ RE Open Labor
Day Weekend. 617-327-6300
Source: The Boston Globe

**Search Criteria :**

State : Massachusetts
Region(s) : Eastern Massachusetts
Area(s) : South Suburbs
Community(ies) : Canton, Dedham                    Have new listing
Price : All Price Ranges                            automat0
Bedrooms : Three or More
Bathrooms : Any Bathroom Size
Type Of Housing: Unfurnished Apartments , Rental homes

Comments to Apartments.com | Advertise with Us | Local News
Legal Information and Privacy Policy 🏠 Equal Housing Opportunity
©2001 Classified Ventures, Inc.

Advertise on Boston.com

Help or Real estate feedback

Search Results



# boston.com

## Wall Street focus

boston.com home
PULL DOWN FOR OTHER SECTIONS

## Real Estate

▶ SEARCH   Homes
REAL ESTATE SECTION LISTINGS

Bringing you Boston's most visual ads, current classifieds from
the Globe and the best local information. All under one roof.

apartments.com

Real Estate Home

You searched for: Massachusetts ▶ Eastern Massachusetts ▶ South Suburbs ▶ Canton, Dedham
Matches: 20 Total (11 through 20 displayed)
• Click on Smart Mail, and get new apartment listings e-mailed to you automatically.

**Renting**
Renting page
Search other
Search vacation
rentals
Search apartments
My Picks
Corporate/Short-Term
Apartment to share
Ask Abuzz

View By: Classified Listings

## CLASSIFIED LISTINGS

CANTON, Mint 2BR apt in 2fam, wlk to ctr & train. Immed occ. $1400. Ref, sec & fee. 781-283-6269
COLDWELL BANKER
HUNNEMAN
CANTON 781-821-2100
Source: The Boston Globe

**Other sections**
Relocating
Buying
Selling
Renting
Financing

CANTON, New deluxe apts at Washington PL, LR, DR, fully appl kit, 2BR/2BA's, FP hwfls, laund hkups, bsmt $2000. John Marini Mgmt. (781)-828-5781 Mon-Fri
Source: The Boston Globe
CANTON, Nr comm Rail 2br's semi-mod k&b ww Indry AC prkg $1095-$1135 htd 1/4 fee) no do
Linden Realty LLC 617-560-6603
Source: The Boston Globe
DEDHAM, 2 BR Twnhse, 1 1/2 ba, deleaded, full bsmt., central air, d/d, micro, exc. cond., $165 + utils. Pet OK, R.E. 617-969-8018.
Source: The Boston Globe
DEDHAM, 2BR TH's 1 1/2 ba, ac pkg Fr $1350. No fee 781-828-7353; 329-0695
Source: The Boston Globe
DEDHAM, Needham ln, Except 2BR, new k&b, hwfls, w/d hk ups, yard, nr mjr rt's avail 10/1, no smoke/pets $1800 (781) 461-1929
Source: The Boston Globe
DEDHAM, Sunny 2 BR, EIK, dw wsd hkup conv loca pkg $1400. RE 617-489-7811
Source: The Boston Globe
DEDHAM, Apts for rent!
*cozy 2 br, ref,on T; $1000
*lg mod 2 br, porch;#1400
*mint 3 br singl fam; $1900
Discover Rlty 781-326-1800
Source: The Boston Globe
WEST ROXBURY, 1br $850+; 2Br $1200+; lg 2Br $1350 htd; 3Br $1400+; 2Br TH $1500 htd; 2Br mod, fpl $1600+; 3Br mod, $1800 htd; DEDHAM, 3br duplex, $1600+ RE 617-327-6300
Source: The Boston Globe
WEST ROXBURY, Lg 1Br, $1050 htd; 2Br $1200+; lg 2Br $1350 htd; 3Br $1400+; 2Br TH $150 htd; 2Br mod, fpl $1600+; 3Br mod, $1800 htd; DEDHAM, 3br duplex, $1600+ RE Open Labor Day Weekend. 617-327-6300
Source: The Boston Globe

**Resources**
Place an ad
Post a Want

**Moving Center**
Moving Checklist
How to Library
Moving Calculators
Truck rental
Furniture rental
Credit reports
Storage
Self-Service Moving
Renter's insurance
Roommates
Moving companies
Change Your
Address



**Search Criteria :**

**State : Massachusetts**