UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY MENDES <br> AND DORIS MENDES, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CENDANT MORTGAGE, <br> <br> Defendant. | \* <br> \* <br> \* <br> \* <br> \*   C. A. No.: 05-11765-DPW <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |

ASSENTED TO MOTION TO EXTEND DATE TO
RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Anthony and Doris Mendes, hereby move to continue the date by which they must respond to Defendant, Cendant Mortgage's, Summary Judgment Motion from October 6, 2006 to October 16, 2006. As grounds therefor, plaintiffs state:

1. Plaintiffs' counsel has been required to try two cases since receiving service of the Cendant motion;

2. Accordingly, he has not possessed the time necessary to prepare a response to said motion;

3. The requested extension will provide him with the time to do so; and

4. Defendant assents to this motion.

WHEREFORE, Plaintiffs, Anthony and Doris Mendes, request that their Assented to Motion to Extend Date to Respond to Summary Judgment Motion be allowed.

ANTHONY AND DORIS MENDES,

By their attorney,
LAW OFFICE OF CHRISTOPHER J. TROMBETTA

/s Christopher J. Trombetta
Christopher J. Trombetta
(BBO# 556923)
310 North Main Street, Suite 6
Mansfield, MA  02048
(508) 339-5900

ASSENTED TO:

CENDANT MORTGAGE
By its attorney,

FOLEY & LARDNER LLP


/s Andrew K. Goldstein
Andrew K. Goldstein, Esq.
(BBO# 552239)
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

October 3, 2006