UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ANTHONY MENDES
AND DORIS MENDES,

                    Plaintiffs,          C. A. No.: 05-11765-DPW

          v.

CENDANT MORTGAGE,

                    Defendant.

\* \* \* \* \* \* \* \* \* \* \*
_____

### ASSENTED TO MOTION TO EXTEND BY FOUR DAYS THE DATE TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Anthony and Doris Mendes, hereby move to continue by four days the date by which they must respond to Defendant, Cendant Mortgage's, Summary Judgment Motion from October 16, 2006 to October 20, 2006. As grounds therefor, plaintiffs state:

1. Plaintiffs' counsel's trial schedule has deprived him of the time necessary to prepare a response to Defendant's Summary Judgment Motion.

2. The requested extension of only four days will provide the time necessary to prepare a response.

3. A hearing as to Defendant's motion is scheduled to occur on November 9, 2006.

4. Accordingly, the requested extension will not delay the present action.

5. Defendant assents to this motion.

WHEREFORE, Plaintiffs, Anthony and Doris Mendes, request that their Assented

to Motion to Extend by Four Days the Date to Respond to Defendant's Summary

Judgment Motion be allowed.

ANTHONY AND DORIS MENDES,

By their attorney,
LAW OFFICE OF CHRISTOPHER J. TROMBETTA

/s Christopher J. Trombetta
Christopher J. Trombetta (BBO #556923)
310 North Main Street, Suite 6
Mansfield, MA  02048
(508) 339-5900

ASSENTED TO:

CENDANT MORTGAGE
By their Attorney,

FOLEY & LARDNER LLP

/s Andrew K. Goldstein
Andrew K. Goldstein, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

October 12, 2006