UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MENDES AND DORIS MENDES, | * * * * |
| Plaintiffs, | *   C. A. No.: 05-11765-DPW |
| v. | * * |
| CENDANT MORTGAGE, | * * * |
| Defendant. | * |

ASSENTED TO MOTION TO EXTEND UNTIL MONDAY,
OCTOBER 23, 2006, THE DATE TO
RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Anthony and Doris Mendes, hereby move to continue to Monday, October 23, 2006, by the date by which they must respond to Defendant, Cendant Mortgage's, Summary Judgment Motion. As grounds therefor, plaintiffs state:

1. Plaintiffs need additional time to format exhibits that need to be e-filed with the court.

2. The requested extension will provide the time to do so.

3. The opposition otherwise is completed.

4. The one day extension will not delay a decision on the Defendant's motion because the next court appearance is scheduled for November 9, 2006.

5. Defendant assents to this motion.

2

WHEREFORE, Plaintiffs, Anthony and Doris Mendes, request that their Assented to Motion to Extend the Date to Respond to Defendant's Summary Judgment Motion be allowed.

ANTHONY AND DORIS MENDES,

By their attorney,
LAW OFFICE OF CHRISTOPHER J. TROMBETTA

/s Christopher J. Trombetta
Christopher J. Trombetta (BBO #556923)
310 North Main Street, Suite 6
Mansfield, MA  02048
(508) 339-5900

ASSENTED TO:

CENDANT MORTGAGE
By their Attorney,

FOLEY & LARDNER LLP

/s Andrew K. Goldstein
Andrew K. Goldstein, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

October 20 , 2006