UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ANTHONY MENDES
AND DORIS MENDES,

                Plaintiffs,        C. A. No.: 05-11765-DPW

v.

CENDANT MORTGAGE,

                Defendant.
_____

## AFFIDAVIT OF DORIS MENDES

I, Doris Mendes, hereby depose and say:

1. My mother had the ability to gift to me a significant sum of money in 2001.

2. She would have gifted me enough money to ensure that I and my husband, Anthony, could fund a ten percent deposit and closing costs on a property which we intended to purchase.

3. The prices as to such properties could have exceeded three hundred thousand dollars.

4. My mother recently gifted my brother $50,000 to purchase a home.

Signed under penalties of perjury this 23rd day of October 2006.

                                      s/Doris Mendes_____
                                      Doris Mendes