UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY MENDES and DORIS MENDES,<br><br>Plaintiffs,<br><br>v.<br><br>CENDANT MORTGAGE,<br><br>Defendant. | )<br>)<br>) Civil Action No. 05CV11765DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION IN LIMINE TO STRIKE THE AFFIDAVIT
OF DORIS MENDES FILED IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant PHH Mortgage Corporation, f/k/a Cendant Mortgage respectfully requests that this Court strike the Affidavit of Doris Mendes filed in support Plaintiffs' opposition to Defendant's Motion for Summary Judgment. As grounds for this motion, Defendants state that Ms. Mendes' affidavit does not comply with the requirements of Federal Rule of Civil Procedure 56(e). Defendant submits a memorandum of law in support of this motion.

                                                      PHH MORTGAGE CORPORATION,
                                                      f/k/a Cendant Mortgage,

                                                      By its attorneys,

                                                      /s/Andrew Keith Goldstein
                                                      Thomas I. Elkind, BBO Number 153080
                                                      Andrew Keith Goldstein, BBO Number 552239
                                                      Foley & Lardner LLP
                                                      111 Huntington Avenue
                                                      Boston, Massachusetts  02199
                                                      (617) 342-4000
                                                      agoldstein@foley.com
                                                      telkind@foley.colm

Dated:  December 1, 2006

2

**CERTIFICATE OF SERVICE**

    I, Andrew Keith Goldstein, hereby certify that on December 1, 2006, a true copy of the foregoing document, filed through the ECF system will be sent electronically to Plaintiffs' counsel, Christopher J. Trombetta, Law Office of Christopher J. Trombetta, 310 North Main Street, Mansfield, MA 02048.

    /s/ Andrew Keith Goldstein
    Andrew Keith Goldstein