UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MENDES AND DORIS MENDES, | * * * * |
| Plaintiffs, | * C. A. No.: 05-11765-DPW |
| v. | * * |
| CENDANT MORTGAGE, | * * |
| Defendant. | * |

## SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE THE AFFIDAVIT OF DORIS MENDES

Plaintiffs, Anthony and Doris Mendes, hereby file this Supplemental Memorandum only to submit the affidavit of Mrs. Mendes' mother, Julia Isabel Loredo. Mrs. Loredo verifies the information set forth in Doris Mendes affidavit. Mrs. Loredo's averments are based indisputably on her personal knowledge.

WHEREFORE, Plaintiffs, Anthony Mendes and Doris Mendes, request that Defendant's Motion to Strike the Affidavit of Doris Mendes be denied.

ANTHONY AND DORIS MENDES,

By their attorney,
LAW OFFICE OF CHRISTOPHER J. TROMBETTA

\s Christopher J. Trombetta
Christopher J. Trombetta (BBO #556923)
310 North Main Street, Suite 6
Mansfield, MA 02048
(508) 339-5900

December 27, 2006

CERTIFICATE OF SERVICE

I, Christopher J. Trombetta, do hereby certify that on December 27, 2006 a copy of the foregoing document has been served via first class mail on opposing counsel in this action.

\s Christopher J. Trombetta
Christopher J. Trombetta

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY MENDES AND DORIS MENDES,<br><br>            Plaintiffs,<br><br>v.<br><br>CENDANT MORTGAGE,<br><br>            Defendant. | *<br>*<br>*<br>*<br>*   C. A. No.: 05-11765-DPW<br>*<br>*<br>*<br>*<br>*<br>* |

### AFFIDAVIT OF JULIA ISABEL LAREDO

I, Julia Isabel Laredo, hereby depose and say:

1. I had the ability to gift a significant sum of money to my daughter, Doris, and her husband, Anthony, in 2001.

2. I would have gifted them enough money to ensure that they could fund a ten percent deposit and closing costs on a property which they intended to purchase.

3. The prices as to such properties could have exceeded three hundred thousand dollars.

4. I recently gifted my son $50,000 to purchase a home.

Signed under penalties of perjury this __ day of December 2006.

*Julia Isabel Laredo*
Julia Isabel Laredo

December __ , 2006