UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONY MENDES and,
DORIS MENDES,
    Plaintiffs,

v.

CEDANNT MORTGAGE,
    Defendant.

CIVIL ACTION NO. 05-11765-DPW

**JUDGMENT**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated OJuly 12, 2007, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: July 20, 2007